ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GUTHRIE, TONY DAVIDSON, RONALD ZERANGUE, SAMUEL RESTER, JOHN GRAY, ELMER PAROLINI, WAYNE DUFAULT, JESSE BEVERLY, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, TODD SHIPYARDS CORPORATION, LOCKHEED MARTIN CORPORATION, RAYTHEON AIRCRAFT COMPANY, MCDONNELL DOUGLAS CORPORATION, and DOES 1-300, <br><br> Defendants. | No. C07-2542-JL <br><br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

///

| Plaintiff | Interested Person / Entity |
|---|---|
| JAMES GUTHRIE | Spouse: Ruby Carolyn Guthrie. Children: Tony C. Guthrie, Jo Etta Edging, Bonnie K. Ezell, Janet Lynn Ogg |
| TONY DAVIDSON | Children: Denese E. Davidson, Claudyne A. Perry, Tony Lawrence Davidson, Jr. |
| RONALD ZERANGUE | Spouse: Mary Zerangue |
| SAMUEL RESTER | Children: David Rester, Jr., Ronda Rester, Samson Rester, Shamon Rester |
| JOHN GRAY | Spouse: Norma A. Gray. Children: Monty A. Gray, Clayton J. Gray |
| ELMER PAROLINI | Spouse: Elizabeth Parolini |
| WAYNE DUFAULT | Children: Christopher Lee Dufault, Wayne Anthony Dufault, Jr. |
| JESSE BEVERLY, JR. | Spouse: Minnie E. Beverly Children: Linda D. Beverly Kenneth Beverly Angela M. Beverly Juanita Beverly |

Dated: April 15, 2007

BRAYTON❖PURCELL LLP

/s/ David R. Donadio

By: _____
David R. Donadio
Attorneys for Plaintiffs