Raytheon Aircraft Company

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE · 5-22-2007 at 10:35 a.m. |
| Name of SERVER (PRINT) Mark Valenti, Reg. #2782 | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[X]　Served Personally upon the Defendant. Place where served: 818 W. 7th.St., 2nd Fl.
Los Angeles, ca 90036 (Margaret Wilson)

[ ]　Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
　　Name of person with whom the summons and complaint were left

[ ]　Returned unexecuted:

[ ]　Other (specify):
SUMMONS, COMPLAINT, WELCOME TO THE US DISTRICT COURT, ECF
BROCHURE, CERTIFICATION OF INTERSTED PARTIES, NOTICE
OF ASSIGNMENT OF CASE TO A US MAGISTRATE JUDGE FOR TRIAL

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $8.00 |

### DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-25-2007
　　　Date

Signature of Server　Mark Valenti, Reg. 2782

Address of Server
5042 Wilshire Blvd., #507
Los Angeles, CA 90036
(213) 487-4123
Los Angeles County

(1)　As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RAYAIR v. C07-2542JL

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

JAMES GUTHRIE et al, Plaintiffs

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

GENERAL ELECTRIC COMPANY , et. al.,
Defendants

**C 07 2542 JL**

TO:
SEE ATTACHED LIST

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

David R. Donadio, Esq., S.B. #154436
BRAYTON PURCELL
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555

an answer to the complaint which is herewith served upon you, within 20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**RICHARD W. WIEKING**

CLERK

Helen L. Almacen

(BY) DEPUTY CLERK

MAY 1 4 2007

DATE

Raytheon Aircraft Company



BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

2    GENERAL ELECTRIC COMPANY,

3

4
     TODD SHIPYARDS CORPORATION,
5

6

7    LOCKHEED MARTIN CORPORATION,

8

9
     RAYTHEON AIRCRAFT COMPANY,
10

11

12   MCDONNELL DOUGLAS CORPORATION,

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
     JAMES GUTHRIE  *et al v. General Electric et al; U.S. District Court, ND Calif.*
28

K:\Injured\107443\Attachment to Summons.wpd                    1
                                              Attachment to Summons