AO -40 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE • |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 5-21-07     3:27 PM |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| LUIS E. JOMOK SANTA CLARA REG # 896 | CA PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: LOCKHEED MARTIN CORPORATION
.................................................................................................

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
Name of person with whom the summons and complaint were left BECKY DE GEORGE, AUTHORIZED AGENT
FOR SERVICE OF PROCESS

☐ Returned unexecuted:

☐ Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/21/07___
Date

Signature of Server

3750 AUBURN BLVD, STE B
SACRAMENTO, CA 95821
*Address of Server*
916-483-7030

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Notes: Guthrie et al v. GE et al C07-2542 JL; **Service on Lockheed Martin Corporation**
CSC-Lawyers Incorporating Service, 2730 Gateway Oaks Dr., Suite 100, Sacramento, Ca. 95833

GENERAL ELECTRIC COMPANY,

TODD SHIPYARDS CORPORATION,

LOCKHEED MARTIN CORPORATION,

RAYTHEON AIRCRAFT COMPANY,

MCDONNELL DOUGLAS CORPORATION,

JAMES GUTHRIE *et al v. General Electric et al; U.S. District Court, ND Calif.*

Attachment to Summons

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

JAMES GUTHRIE et al, Plaintiffs

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**V.**

GENERAL ELECTRIC COMPANY , et. al.,
Defendants

**C 07 2542**

TO:

SEE ATTACHED LIST

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

David R. Donadio, Esq., S.B. #154436
BRAYTON PURCELL
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555

an answer to the complaint which is herewith served upon you, within 20      days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**RICHARD W. WIEKING**

**MAY 1 4 2007**

CLERK

DATE

(BY) DEPUTY CLERK