AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE - |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 5-21-07   3:27 PM |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| LUIS E. JOMOK   SANTA CLARA REG # 896 | CA PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served: MCDONNELL DOUGLAS CORPORATION, ........
.......................... 2730 GATEWAY OAKS BLVD., STE 100, SACRAMENTO, CA 95833.

☒    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
     Name of person with whom the summons and complaint were left BECKY DE GEORGE, AUTHORIZED AGENT
FOR SERVICE OF PROCESS

☐    Returned unexecuted:

☐    Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/21/07___
      Date

                      Signature of Server
                      3750 AUBURN BLVD, STE B
                      SACRAMENTO, CA 95821
                      Address of Server
                      916-483-7030

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Notes: Guthrie et al v. GE et al C07-2542 JL; **Service on McDonnell Douglas Corporation**
CSC-Lawyers Incorporating Service, 2730 Gateway Oaks Dr., Suite 100, Sacramento, Ca. 95833



1

2  GENERAL ELECTRIC COMPANY,

3

4
   TODD SHIPYARDS CORPORATION,
5

6

7  LOCKHEED MARTIN CORPORATION,

8

9
   RAYTHEON AIRCRAFT COMPANY,
10

11

√ 12  MCDONNELL DOUGLAS CORPORATION,

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
   JAMES GUTHRIE  *et al v. General Electric et al; U.S. District Court, ND Calif.*
28

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JAMES GUTHRIE et al, Plaintiffs

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

**V.**

GENERAL ELECTRIC COMPANY , et. al.,
Defendants

C 07 2542

TO:

SEE ATTACHED LIST

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

David R.  Donadio, Esq., S.B. #154436
BRAYTON PURCELL
Attorneys at Law
222 Rush Landing Road
Novato, California  94948-6169
(415) 898-1555

an answer to the complaint which is herewith served upon you, within 20     days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

## RICHARD W. WIEKING

CLERK

DATE    MAY 1 4 2007

(BY) DEPUTY CLERK