FILICE BROWN EASSA & McLEOD LLP
SUSAN A. OGDIE (SBN: 050016)
TED MECHTENBERG (SBN: 219602)
1999 Harrison Street, 18th Floor,
Oakland, California 94612
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendant
HAWKER BEECHCRAFT CORPORATION
F/K/A RAYTHEON AIRCRAFT COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GUTHRIE, TONY DAVIDSON, RONALD ZERANGUE, SAMUEL RESTER, JOHN GRAY, ELMER PAROLINI, WAYNE DUFAULT, and JESSE BEVERLY, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, TODD SHIPYARDS CORPORATION, LOCKHEED MARTIN CORPORATION, RAYTHEON AIRCRAFT COMPANY, MCDONNELL DOUGLAS CORPORATION, and DOES 1-300,<br><br>Defendants. | CASE NO. C07-2542JL<br><br>**DEFENDANT HAWKER BEECHCRAFT CORPORATION (F/K/A RAYTHEON AIRCRAFT COMPANY)'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>AND<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Honorable James Larson, Chief Magistrate Judge<br><br>Action Filed: May 14, 2007<br>Trial Date: Not Assigned |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED: June 11, 2007

FILICE BROWN EASSA & MCLEOD LLP

/s/ Susan A. Ogdie
By:_____
SUSAN A. OGDIE
TED MECHTENBERG
Attorneys for Defendant
Hawker Beechcraft Corporation
f/k/a Raytheon Aircraft Company

**PROOF OF SERVICE**

*Jesse Beverly, Jr. v. Asbestos Defendants [B\*P]*
**United States District Court Northern District of California San Francisco
C07-2542JL**

I am a citizen of the United States, over 18 years of age and not party to the within action. I am employed in the county of Alameda; my business address is 1999 Harrison Street, 18th Floor, Oakland, CA 94612.

On the date listed below, I served the within documents:

**DEFENDANT HAWKER BEECHCRAFT CORPORATION'S (F/K/A RAYTHEON AIRCRAFT COMPANY'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSITNMENT TO A UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT CASE NO.: C07-2542JL**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

**ALL COUNSEL
VIA ELECTRONIC COURT FILING (ECF) AND PACER
(SEE PLAINTIFF'S SERVICE LIST ATTACHED)**

| ☒ **VIA ELECTRONIC SERVICE** | I caused a true and correct copy of such document(s) to be electronically served on counsel of record by transmission The U.S. District Court Northern District of California, San Francisco Division via Electronic Court Filing (ECF). |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 11, 2007, at Oakland, California.

/s/ Lori D. Tyler

_____
Lori D. Tyler

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

PROOF OF SERVICE

*James Guthrie, et al v. General Electric Company, et al.*
U.S. Northern District Court, San Francisco Division, Case No. C07-2542JL

| COUNSEL: | REPRESENTING: | PHONE/FAX NOS: |
|---|---|---|
| **PLAINTIFFS' COUNSEL** | | |
| **BRAYTON ❖ PURCELL LLP**<br>222 Rush Landing Road<br>P.O. Box 6769<br>Novato, California 94948-6769 | James Guthrie, Tony Davidson, Ronald Zerangue, Samuel Rester, John Gray, Elmer Parolini, Wayne default, and Jesse Beverly, Jr. | PHONE (415) 898-1555<br>**FAX (415) 898-1247** |
| **DEFENSE COUNSEL** | | |
| **SEDGWICK, DETERT, et al.**<br>One Embarcadero Center, 16th Floor<br>San Francisco, CA 94111-3765 | General Electric Company | PHONE (415) 781-7900<br>**FAX (415) 781-2635** |
| **PRINDLE, DECKER & AMARO**<br>369 Pine Street, Suite 800<br>San Francisco, CA 94104 | Lockheed Martin Corporation (fka and/or aka Lockheed Corp.) | PHONE (415) 788-8354<br>**FAX (415) 788-3625** |
| **YARON & ASSOCIATES**<br>111 Pine Street, 12th Floor<br>San Francisco, CA 94111 | Todd Shipyards Corporation | PHONE (415) 658-2929<br>**FAX (415) 658-2930** |
| **BRYAN CAVE LLP (Law Offices of)**<br>Robert E. Boone, III, Esq.<br>120 Broadway, Suite 300<br>Santa Monica CA 90401 | McDonnell Douglas Corporation | (310) 576-2100<br>**(310) 576-2200** |