1  **FILICE BROWN EASSA & McLEOD LLP**
   SUSAN A. OGDIE (SBN: 050016)
2  TED MECHTENBERG (SBN: 219602)
   1999 Harrison Street, 18th Floor,
3  Oakland, California 94612
   Tel: (510) 444-3131
4  Fax: (510) 839-7940

5  Attorneys for Defendant
   HAWKER BEECHCRAFT CORPORATION
6  F/K/A RAYTHEON AIRCRAFT COMPANY

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11  JAMES GUTHRIE, TONY DAVIDSON,        )   **CASE NO. C07-2542JL**
    RONALD ZERANGUE, SAMUEL RESTER,      )
12  JOHN GRAY, ELMER PAROLINI, WAYNE     )
    DUFAULT, and JESSE BEVERLY, JR.,     )   **DEFENDANT HAWKER BEECHCRAFT**
13                                       )   **CORPORATION (F/K/A RAYTHEON**
                  Plaintiffs,            )   **AIRCRAFT COMPANY)'S**
14                                       )   **NOTICE RE: NOTICE OF TAG-ALONG**
         v.                              )   **ACTION**
15                                       )
    GENERAL ELECTRIC COMPANY, TODD       )
16  SHIPYARDS CORPORATION, LOCKHEED      )   Honorable James Larson, Chief Magistrate
    MARTIN CORPORATION, RAYTHEON         )
17  AIRCRAFT COMPANY, MCDONNELL          )   Judge
    DOUGLAS CORPORATION, and DOES 1-     )   Action Filed: May 14, 2007
18  300,                                 )
                                         )   Trial Date: Not Assigned
19               Defendants.             )
                                         )
20  ─────────────────────────────────

21       PLEASE TAKE NOTICE THAT Defendant Raytheon Aircraft Company is sending a

22  Notice of Tag-Along Action to the Clerk of the Judicial Panel on Multidistrict Litigation. Attached

23  hereto as Exhibit A is a copy of the Notice of Tag-Along Action, including Proof of Service on the

24  parties. Not served on the parties are copies of enclosures consisting of the Complaint and this

25  Court's electronic Docket Sheet as of June 11, 2007.

26

27

28

**FBE&M**
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

-1-

DEFENDANT HAWKER BEECHCRAFT CORPORATION (F/K/A RAYTHEON AIRCRAFT COMPANY'S
NOTICE RE NOTICE OF TAG-ALONG ACTION
UNITED STATES DISTRICT COURT CASE NO.: C07-2542JL

1

DATED:  June 11, 2007

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILICE BROWN EASSA & MCLEOD LLP

/s/  Ted Mechtenberg

By:_____
TED MECHTENBERG
Attorneys for Defendant
Hawker Beechcraft Corporation f/k/a Raytheon
Aircraft Company

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

DEFENDANT HAWKER BEECHCRAFT CORPORATION (F/K/A RAYTHEON AIRCRAFT COMPANY'S
NOTICE RE NOTICE OF TAG-ALONG ACTION
UNITED STATES DISTRICT COURT CASE NO.:  C07-2542JL

# PROOF OF SERVICE

### *Jesse Beverly, Jr. v. Asbestos Defendants [B*P]*
**United States District Court Northern District of California San Francisco
C07-2542JL**

I am a citizen of the United States, over 18 years of age and not party to the within action. I am employed in the county of Alameda; my business address is 1999 Harrison Street, 18th Floor, Oakland, CA 94612.

On the date listed below, I served the within documents:

**DEFENDANT HAWKER BEECHCRAFT CORPORATION'S (F/K/A RAYTHEON AIRCRAFT COMPANY'S NOTICE RE NOTICE OF TAG-ALONG ACTION UNITED STATES DISTRICT COURT CASE NO.: C07-2542JL**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

**ALL COUNSEL
VIA ELECTRONIC COURT FILING (ECF) AND PACER
(SEE PLAINTIFF'S SERVICE LIST ATTACHED)**

| ☒ **VIA ELECTRONIC SERVICE** | I caused a true and correct copy of such document(s) to be electronically served on counsel of record by transmission The U.S. District Court Northern District of California, San Francisco Division via Electronic Court Filing (ECF). |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 11, 2007, at Oakland, California.

/s/ Lori D. Tyler

_____

Lori D. Tyler

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

**PROOF OF SERVICE**

*James Guthrie, et al v. General Electric Company, et al.*
U.S. Northern District Court, San Francisco Division , Case No. C07-2542JL

| COUNSEL: | REPRESENTING: | PHONE/FAX NOS: |
|---|---|---|
| **PLAINTIFFS' COUNSEL** | | |
| **BRAYTON ❖ PURCELL LLP**<br>222 Rush Landing Road<br>P.O. Box 6769<br>Novato, California 94948-6769 | James Guthrie, Tony Davidson, Ronald Zerangue, Samuel Rester, John Gray, Elmer Parolini, Wayne default, and Jesse Beverly, Jr. | PHONE (415) 898-1555<br>**FAX** **(415) 898-1247** |
| **DEFENSE COUNSEL** | | |
| **SEDGWICK, DETERT, et al.**<br>One Embarcadero Center, 16th Floor<br>San Francisco, CA 94111-3765 | General Electric Company | PHONE (415) 781-7900<br>**FAX** **(415) 781-2635** |
| **PRINDLE, DECKER & AMARO**<br>369 Pine Street, Suite 800<br>San Francisco, CA 94104 | Lockheed Martin Corporation (fka and/or aka Lockheed Corp.) | PHONE (415) 788-8354<br>**FAX** **(415) 788-3625** |
| **YARON & ASSOCIATES**<br>111 Pine Street, 12th Floor<br>San Francisco, CA 94111 | Todd Shipyards Corporation | PHONE (415) 658-2929<br>**FAX** **(415) 658-2930** |
| **BRYAN CAVE LLP (Law Offices of)**<br>Robert E. Boone, III, Esq.<br>120 Broadway, Suite 300<br>Santa Monica CA 90401 | McDonnell Douglas Corporation | (310) 576-2100<br>**(310) 576-2200** |

**DEFENDANT HAWKER BEECHCRAFT CORPORATION (F/K/A RAYTHEON
AIRCRAFT COMPANY)'S NOTICE OF TAG-ALONG ACTION**

**ATTACHMENT – A**

1

2

3

4

5

6

7

8                          **BEFORE THE JUDICIAL PANEL**

9                                            **ON**

10                    **MULTI-DISTRICT LITIGATION**

11  In re Asbestos Product Liability Litigation        )     MDL Docket No. 875
    (No. VI)                                           )
12                                                     )     **NOTICE OF TAG-ALONG ACTION**
                                                       )
13  _____           )

14

15  JAMES GUTHRIE, TONY DAVIDSON,                      )     Civil action pending in:
    RONALD ZERANGUE, SAMUEL RESTER,                    )
16  JOHN GRAY, ELMER PAROLINI, WAYNE                   )
    DUFAULT, and JESSE BEVERLY, JR.,                   )     United States District Court
17                                                     )     Northern District of California
              Plaintiffs,                              )     San Francisco Division
18                                                     )     Docket No. C 07-2542 JL
              v.                                       )
19                                                     )     The Honorable James Larson, Chief
    GENERAL ELECTRIC COMPANY, TODD                     )     Magistrate Judge
20  SHIPYARDS CORPORATION, LOCKHEED                    )
    MARTIN CORPORATION, RAYTHEON                       )
21  AIRCRAFT COMPANY, MCDONNELL                        )
    DOUGLAS CORPORATION, and DOES 1-                   )
22  300,                                               )
                                                       )
23            Defendants.                              )
                                                       )
24  _____           )

25  TO THE CLERK OF THE PANEL:

26       PLEASE TAKE NOTICE THAT the civil action entitled *James Guthrie, Tony Davidson,*

27  *Ronald Zerangue, Samuel Rester, John Gray, Elmer Parolini, Wayne Dufault, and Jesse Beverly,*

28  *Jr. v. General Electric Company, Todd Shipyards Corporation, Lockheed Martin Corporation,*

FBE&M

LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

-1-

1    *Raytheon Aircraft Company, McDonnell Douglas Corporation and Does 1-300* ("the Action"),

2    now pending in the United States District Court for the Northern District of California (Docket No.

3    C 07-2542 JL) is a potential Tag-Along Action with respect to *In re Asbestos Product Liability*

4    *Litigation (No VI)* (MDL Docket No. 875), now pending in the United States District Court for the

5    Eastern District of Pennsylvania.  The Plaintiffs in the Action allege personal injuries arising from

6    exposure to asbestos, including claims of product liability.

7         Under MDL Rule 1.1, a "Tag-Along Action" is a civil action pending in a District Court

8    and involving common questions of fact with actions previously transferred under 28 U.S.C. §

9    1407.  On January 17, 1991, the Judicial Panel on Multidistrict Litigation issued an order to show

10   cause why all pending Federal District Court actions not then in trial involving allegations of

11   personal injury or wrongful death caused by asbestos should not be centralized in a single forum.

12   On July 29, 1991, the Panel ordered the transfer of asbestos cases pending in the District Courts,

13   not then in trial, to the United States District Court for the Eastern District of Pennsylvania for

14   coordinated or consolidated pretrial proceedings pursuant to § 1407.  *In re Asbestos Products*

15   *Liability Litigation (No. VI)*, 771 F. Supp. 415 (J.P.M.L. 1991).

16        The Panel's transfer Order and the MDL Rules provide that notice be given to the Clerk of

17   the Panel of Potential tag-along actions.  *See id.* at 424; MDL Rules 722(i), 7.3(a), and 7.5(e).

18   Accordingly, defendant Raytheon Aircraft Company gives this notice that United States District

19   Court – Northern District of California Civil Action No. C07-242 JL is a potential Tag-Along

20   Action.

21

22

23

24

25

26

27

28

**NOTICE OF TAG-ALONG ACTION**

1

Respectfully,

2

3    DATED:  June 11, 2007

FILICE BROWN EASSA & MCLEOD LLP

4

/s/  Ted Mechtenberg

5

By:_____

TED MECHTENBERG

6

**FILICE BROWN EASSA & McLEOD LLP**

7    SUSAN A. OGDIE (SBN:  050016)
TED MECHTENBERG (SBN: 219602)

8    1999 Harrison Street, 18th Floor,
Oakland, California 94612

9    Tel:  (510) 444-3131
Fax: (510) 839-7940

10

Attorneys for Defendant

11    HAWKER BEECHCRAFT CORPORATION
F/K/A RAYTHEON AIRCRAFT COMPANY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF TAG-ALONG ACTION**

1

## PROOF OF SERVICE

2

*Jesse Beverly, Jr.  v. Asbestos Defendants [B*P]*
**United States District Court Northern District of California San Francisco**
**C07-2542JL**

3

4

I am a citizen of the United States, over 18 years of age and not party to the within

5

action. I am employed in the county of Alameda; my business address is 1999 Harrison

6

Street, 18th Floor, Oakland, CA 94612.

7

On the date listed below, I served the within documents:

8

**DEFENDANT HAWKER BEECHCRAFT CORPORATION (F/K/A RAYTHEON AIRCRAFT COMPANY'S NOTICE OF TAG ALONG ACTION - (JPMDL) UNITED STATES DISTRICT COURT CASE NO.:  C07-2542JL**

9

10

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed

11

as follows:

12

13

**ALL COUNSEL**
**VIA ELECTRONIC COURT FILING (ECF) AND PACER**
**(SEE PLAINTIFF'S SERVICE LIST ATTACHED)**

14

15

**☒**  **VIA ELECTRONIC SERVICE**    I caused a true and correct copy of such document(s) to be electronically served on counsel of record by transmission to Lexis-Nexis File and Serve.

16

17

18

I declare under penalty of perjury under the laws of the State of California that the

19

foregoing is true and correct.

20

Executed on June 11, 2007, at Oakland, California.

21

/s/  Lori D. Tyler

22

Lori D. Tyler

23

24

25

26

27

28

**FBE&M**
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

**PROOF OF SERVICE**