**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
Tyler R. Johnson, California Bar No. 246235
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200

Attorneys for Defendant
McDONNELL DOUGLAS CORPORATION

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GUTHRIE, TONY DAVIDSON, RONALD ZERANGUE, SAMUEL RESTER, JOHN GRAY, ELMER PAROLINI, WAYNE DUFAULT, JESSE BEVERLY, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, TODD SHIPYARDS CORPORATION, LOCKHEED MARTIN CORPORATION, RAYTHEON AIRCRAFT COMPANY, MCDONNELL DOUGLAS CORPORATION, and DOES 1-300,<br><br>Defendants. | Case No. C07-2542 JL<br><br>[Assigned to the Hon. James Larson]<br><br>**MCDONNELL DOUGLAS CORPORATION'S NOTICE OF TAG ALONG ACTION** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 29, 1991 the Judicial Panel on Multi-District Litigation entered an order transferring all asbestos personal injury cases pending in Federal Court to the United State District Court, Eastern District of Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. 1407 ("MDL Transfer Order"). That Order also applies to "tag-along actions," or actions involving

1 common questions of fact filed after the January 17, 1991 filing of the Panel's Order to
2 Show Cause.
3     MDL Rule 7.5(e) provides:
4     Any party or counsel in actions previously transferred under section 1407 or
5     under consideration by the Panel for transfer under section 1407 shall notify the
6     Clerk of the Panel of any potential "tag-along actions" in which that party is also
7     named or in which that counsel appears.
8     Defendant McDonnell Douglas Corporation hereby notifies the Court that this
9 case is a potential "tag-along action" which may be subject to the transfer to the
10 Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a
11 conditional transfer order pursuant to MDL Rule 7.4(a), or (2) file an order to show
12 cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

Dated: June 11, 2007

**BRYAN CAVE LLP**
ROBERT E. BOONE III
TYLER R. JOHNSON

By: _____
Tyler R. Johnson
Attorneys for Defendant
McDONNELL DOUGLAS CORPORATION

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401.

On June 11, 2007, I served the foregoing document, described as MCDONNELL DOUGLAS CORPORATION'S NOTICE OF TAG ALONG ACTION, on each interested party in this action, as follows:

Alan R. Brayton
Brayton & Purcell LLP
222 Rush Landing Road
PO Box 6169
Novato, CA 94948–6169
Tel: 415–898–1555; Fax: 415–898–1247

☒ (BY MAIL) I placed a true copy (or original) of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ (BY FAX) I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each attached transmission report from sending facsimile machine telephone number (310) 576-2200 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served. A true copy of each such transmission report is attached hereto.

Executed on June 11, 2007, at Santa Monica, California.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

/s/ Diane Kinder
Diane Kinder

```
                         ********************
                         ***   TX REPORT   ***
                         ********************

         TRANSMISSION OK

         TX/RX NO                    1877
         CONNECTION TEL                         #179914158981247
         CONNECTION ID
         ST. TIME                    06/11 16:36
         USAGE T                      06'21
         PGS. SENT                      24
         RESULT                         OK
```



# Facsimile Cover

This facsimile contains information that (a) is or may be LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE and (b) is intended for the use of the Addressee(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, copying or distributing this facsimile is prohibited. If you have received this facsimile in error, please telephone us immediately and mail the facsimile back to us at the address to the right. Thank you.

**Bryan Cave LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Tel (310) 576-2100
Fax (310) 576-2200
www.bryancave.com

| | | | |
|---|---|---|---|
| Date: | June 11, 2007 | | |
| From: | Tyler R. Johnson | Telephone: | 310-576-2363 |
| To: | **Allan R. Brayton** | Fax Number: | 415 –898–1247 |
| Company: | Brayton & Purcell LLP | Telephone: | 415 –898–1555 |
| Matter | 0210593 | | Number of Pages Including Cover: 24 |

Message:
**Guthrie et al. vs. General Electric Company et al.**
**USDC Northern – San Francisco - C07-2542 JL**

Service copies attached of McDonnell Douglas Corporation's:
**Answer to Complaint**
**Certification of Interested Entities or Persons**
**Notice of Tag Along Action**
**Notice of Pendency of Other Action**

Copies will follow via U.S. Mail

— 4 —