SEDGWICK, DETERT, MORAN & ARNOLD LLP
CHARLES T. SHELDON (Bar No. 155598)
DEREK S. JOHNSON (Bar No. 220988)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
GENERAL ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GUTHRIE, TONY DAVIDSON, RONALD ZERANGUE, SAMUEL RESTER, JOHN GRAY, ELMER PAROLINI, WAYNE DUFAULT, JESSE BEVERLY, JR., <br><br>Plaintiffs, <br><br>v. <br><br>GENERAL ELECTRIC COMPANY, et al., <br><br>Defendants. | CASE NO. C 07-2542 JL <br><br>**NOTICE OF TAG-ALONG ACTION** <br><br>Multi-District Rule 7.5(e) |

**PLEASE TAKE NOTICE THAT** on July 29, 1991, the Judicial Panel of Multi-District Litigation ("MDL Panel") entered an order transferring all asbestos pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1207 ("MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions," which refers to a civil action pending in a district court and involving common questions of fact with actions previously transferred under Section 1407 by the Judicial Panel of Multi-District Litigation pursuant to a January 17, 1991 Order to Show Cause. *See* Multi-District Litigation Rules ("MDL Rules), Rule 11.

Pursuant to MDL Rule 7.5(c),

Any party or counsel in actions previously transferred under Section 1407 or

under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along" actions" in which that party is also named or in which that counsel appears.

Defendant GENERAL ELECTRIC COMPANY ("GE") hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the United States District Court, Eastern District of Pennsylvania. GE has forwarded a copy of this notice to the Clerk of the MDL Panel. The Clerk of the MDL Panel may either (1) enter a conditional transfer order pursuant to the MDL Rule 7.4(a), or (2) file an order to show cause why this action should not be transferred, pursuant to MDL Rule 7.5(b).

DATED: June 15, 2007            SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:      /S/   Derek S. Johnson
         Derek S. Johnson
         Attorneys for Defendant
         GENERAL ELECTRIC COMPANY

SEDGWICK
DETERT, MORAN & ARNOLD LLP
SEDGWICK
Detert, Moran & Arnold, LLP
SF/1409601v1

-2-
NOTICE OF TAG-ALONG ACTION          CASE NO. C 07-2542 JL