| | |
|---|---|
| 1 | **FILICE BROWN EASSA & McLEOD LLP** |
|   | SUSAN A. OGDIE (SBN: 050016) |
| 2 | TED MECHTENBERG (SBN: 219602) |
|   | 1999 Harrison Street, 18th Floor, |
| 3 | Oakland, California 94612 |
|   | Tel: (510) 444-3131 |
| 4 | Fax: (510) 839-7940 |
|   | sogdie@filicebrown.com |
| 5 | tmechtenberg@filicebrown.com |

Attorneys for Defendant
HAWKER BEECHCRAFT CORPORATION
F/K/A RAYTHEON AIRCRAFT COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GUTHRIE, TONY DAVIDSON, RONALD ZERANGUE, SAMUEL RESTER, JOHN GRAY, ELMER PAROLINI, WAYNE DUFAULT, and JESSE BEVERLY, JR., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY, TODD SHIPYARDS CORPORATION, LOCKHEED MARTIN CORPORATION, RAYTHEON AIRCRAFT COMPANY, MCDONNELL DOUGLAS CORPORATION, and DOES 1-300, <br><br> Defendants. | CASE NO. C07-2542 SI <br><br> [PROPOSED] ORDER GRANTING DEFENDANT HAWKER BEECHCRAFT CORPORATION F/K/A RAYTHEON AIRCRAFT COMPANY'S MOTION TO SEVER PURSUANT TO FED.R.CIV.P. 21 |

The hearing on Defendant Hawker Beechcraft Corporation f/k/a Raytheon Aircraft Company's motion to sever the claims of Plaintiff Jesse Beverly, Jr. pursuant to Fed.R.Civ.P. 21 came before this Court on July 27, 2007 at 9:00 a.m. in Courtroom 10 of the United States District Court for the Northern District of California. The law firm of Filice Brown Eassa & McLeod LLP appeared on behalf of Defendant Hawker Beechcraft Corporation and the law firm of Brayton * Purcell appeared on behalf of plaintiffs.

1  Having considered the papers filed and served, and the arguments made by counsel, the
2  Court rules as follows:
3  Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Defendant's motion to sever
4  or, alternatively, dimiss the claims of plaintiff Jesse Beverly, Jr. is hereby **GRANTED.**

6  **IT IS SO ORDERED.**

8  Dated: _____                    _____
                                                      THE HONORABLE SUSAN ILLSTON

FBE&M
Lake Merritt Plaza
1999 Harrison Street
Eighteenth Floor
Oakland CA 94612-3541

-2-
[PROPOSED] ORDER GRANTING DEFENDANT HAWKER BEECHCRAFT CORPORATION F/K/A RAYTHEON AIRCRAFT COMPANY'S MOTION TO SEVER PURSUANT TO FED.R.CIV.P.21
Case No. C07-2542 SI

# PROOF OF SERVICE

*Jesse Beverly, Jr. v. General Electric Company, et al.*
United States District Court Northern District of California San Francisco
C07-2542 SI

I am a citizen of the United States, over 18 years of age and not party to the within action. I am employed in the county of Alameda; my business address is 1999 Harrison Street, 18th Floor, Oakland, CA 94612.

On the date listed below, I served the within documents:

**[PROPOSED] ORDER GRANTING DEFENDANT HAWKER BEECHCRAFT CORPORATION F/K/A RAYTHEON AIRCRAFT COMPANY'S MOTION TO SEVER PURSUANT TO FED.R.CIV.P.21**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

**ALL COUNSEL**
**VIA ELECTRONIC COURT FILING (ECF) AND PACER**
**(SEE PLAINTIFF'S SERVICE LIST ATTACHED)**

| | |
|---|---|
| ☒ **VIA ELECTRONIC SERVICE** | I caused a true and correct copy of such document(s) to be electronically served on counsel of record by transmission The U.S. District Court Northern District of California, San Francisco Division via Electronic Court Filing (ECF). |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 19, 2007, at Oakland, California.

/s/ Lori D. Tyler

_____
Lori D. Tyler

-3-
[PROPOSED] ORDER GRANTING DEFENDANT HAWKER BEECHCRAFT CORPORATION F/K/A RAYTHEON AIRCRAFT COMPANY'S MOTION TO SEVER PURSUANT TO FED.R.CIV.P.21
Case No. C07-2542 SI

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541