**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES GUTHRIE,   No. C 07-02542SI

      Plaintiff,   **NOTICE**

v.

GENERAL ELECTRIC CO,

      Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the defendant's motion to sever has been continued to Friday, August 17, 2007. The initial case management conference has been continued to Friday, September 21, 2007 at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: June 21, 2007   RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk