GUY P. GLAZIER, SBN 162628
LAURA PATRICIA YEE, SBN 163944
BRIAN T. CLARK, SBN 184003
KNOTT & GLAZIER LLP
201 Spear Street, Suite 1520
San Francisco, California 94105
Telephone: (415) 356-1100
Facsimile: (415) 356-1105
Email: clark@knottglazier.com

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GUTHERIE, TONY DAVIDSON, RONALD ZERANGUE, SAMUEL RESTER, JOHN GRAY, ELMER PAROLINI, WAYNE DUFAULT, JESSE BEVERLY, JR., <br><br>Plaintiffs, <br><br>vs. <br><br>GENERAL ELECTRIC COMPANY, TODD SHIPYARDS CORPORATION, LOCKHEED MARTIN CORPORATION, RAYTHEON AIRCRAFT COMPANY, MCDONNELL DOUGLAS CORPORATION, and DOES 1-300, <br><br>Defendants. | CASE NO. C 07 2542 JL <br><br>**DEFENDANT LOCKHEED MARTIN CORPORATION'S DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Lockheed Martin Corporation discloses that it has no parent corporation and no publicly held corporation owns 10% or more if its stock.

Dated: June 26, 2007                     KNOTT & GLAZIER LLP


By: *Brian T. Clark*

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION