1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

7                  UNITED STATES DISTRICT COURT
8                  EASTERN DISTRICT OF PENNSYLVANIA

9  IN RE: ASBESTOS PRODUCTS LIABILITY    )   Civil Action No.  MDL. 875
10 LITIGATION (NO. VI),                   )
                                          )
11                                        )
                                          )
12                                        )
   This document relates to James Guthrie, Tony )   STATEMENT OF CASE STATUS AS
13 Davidson, Ronald Zerangue, Samuel Rester,   )   TO PLAINTIFF John A. Gray
   John Gray, Elmer Parolini, Wayne Dufault, Jesse )
14 Beverly, Jr. v. General Electric Company, Todd )
   Shipyards Corporation, Lockheed Martin     )
15 Corporation, Raytheon Aircraft Company,    )
   McDonnell Douglas Corporation, United States )
16 District Court for the Northern District of  )
   California, Case No.C07-2542-JL , Filed May )
17 14, 2007.                                  )
                                              )
18                                            )

19         Pursuant to Administrative Order No. 12 of May 31, 2007, the above-referenced plaintiff
20 makes the following statements:
21         1.    SUBMISSION OF IDENTIFICATION INFORMATION
22         Plaintiff (full name): John A. Gray;
23         Date of Birth: May 21, 1948;
24         Last four digits of plaintiff's social security number: 4213;
25         Plaintiff is a:   asbestos-related injury victim. (The person who suffered the asbestos-
26 related injury was John A. Gray).
27         2.    SUBMISSION OR RELATED COURT ACTIONS
28         Plaintiff identifies the following related actions, the status of each of the following being

G:\MDL\AUGUST 1 PROJECT\run on 7 6 07 as of 1051.wpd [ 100770.003   John A. Gray  ]
STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875

1 "pending" in the court unless otherwise indicated; with additional information on these related
2 action(s) attached hereto and incorporated herein by this reference:
3       John A. Gray v. Asbestos Defendants, San Francisco Superior Court of the State of
4 California, Case No. 274119; Claim of the Asbestos Injured Party for his personal injury. This
5 case is active, pre-trial.
6     3.     SUBMISSION OF STATEMENT OF CASE STATUS
7     A.     Plaintiff identifies the following defendants as non-bankrupt and unsettled the
8           above stated plaintiff has pled against:  GENERAL ELECTRIC COMPANY
9     B.     Plaintiff has achieved resolution of plaintiff's claim with the following
10           defendants: Not applicable.
11     C.     Plaintiff now desires to dismiss from Plaintiff's action the following Defendants:
12           Not applicable.
13     D.     Plaintiff identifies the following defendant(s) as currently in bankruptcy: Not
14           applicable.
15     4.     SUBMISSION OF MEDICAL REPORTS
16     Plaintiff submits that attached medical diagnosing report / opinion based upon objective
17 and subjective data which is identified and descriptively set out within the report / opinion which
18 will withstand a dispositive motion, and is based on objective and subjective data which is
19 identified and descriptively set out within the report / opinion.
20     5.     ALTERNATIVE PLAINTIFF SUBMISSION
21     Not Applicable.
22     6.     TIMING REQUIREMENTS
23     Above plaintiff's action was filed on May 14, 2007 making this submission due on or
24 before  August 1, 2007.
25     7.     SCREENED CASES
26     Plaintiff's claims are not the result of a mass screening.
27     8.     EXCLUSIONS
28     This case is not designated as 2MDL 875 (MARDOC).

1 | 9.     SETTLEMENT CONFERENCE / SUGGESTIONS OF REMAND

Plaintiff asks that a settlement conference be set in this matter and seeks remand of this case back to the originating court.

10.     MANNER OF SUBMISSIONS

In accordance with FRCivP Rule 5, a copy of the foregoing submission is served upon all parties in this above-identified action (Case No.C07-2542-JL) pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

Dated: 7/10/07

BRAYTON✥PURCELL LLP

By: _____
David R. Donadio
Attorneys for Plaintiff John A. Gray

---

G:\MDL\AUGUST 1 PROJECT\run on 7 6 07 as of 1051.wpd [ 100770.003 John A. Gray ]
STATEMENT OF CASE STATUS -- MDL DOCKET NO. 875

DEFENDANTS IN RELATED COURT ACTION

ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST
BUCYRUS INTERNATIONAL, INC.
CROWN CORK & SEAL COMPANY, INC.
CRANE CO.
THOMAS DEE ENGINEERING CO., INC.
DURABLA MANUFACTURING COMPANY, INC.
THE GOODYEAR TIRE & RUBBER COMPANY
FOSTER WHEELER LLC
GARLOCK SEALING TECHNOLOGIES, LLC
LAMONS GASKET COMPANY
OWENS-ILLINOIS, INC.
PARKER-HANNIFIN CORPORATION
PLANT INSULATION COMPANY
QUINTEC INDUSTRIES, INC.
RAPID-AMERICAN CORPORATION
THORPE INSULATION COMPANY
UNIROYAL HOLDING, INC.
VIACOM, INC.
WESTERN MacARTHUR COMPANY
MacARTHUR COMPANY
WESTERN ASBESTOS COMPANY
DAIMLERCHRYSLER CORPORATION
FORD MOTOR COMPANY
GENERAL MOTORS CORPORATION
CSK AUTO, INC.
INGERSOLL-RAND COMPANY
LESLIE CONTROLS, INC.
VELAN VALVE CORPORATION
NATIONAL STEEL AND SHIPBUILDING COMPANY
IMO INDUSTRIES, INC.
HOPEMAN BROTHERS, INC.
J.T. THORPE & SON, INC.
METROPOLITAN LIFE INSURANCE COMPANY
GATKE CORPORATION
AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
UNDERWRITERS LABORATORIES, INC.
PNEUMO ABEX LLC
and DOES 1-8500,

    Defendants.

John Gray vs. Asbestos Defendants (B❖P)
San Francisco Superior Court

GRAY, JOHN

**DATE OF RADIOGRAPH**
MONTH | DAY | YEAR
10 | 25 | 2006

**WORKER'S Social Security Number**
[ ][ ][ ] [ ][ ] [ ][ ][ ][ ]

Note: Please record your interpretation of a single film by placing an "x" in the appropriate boxes on this form.

**ROENTGENOGRAPHIC INTERPRETATION**
**TYPE OF READING**
A [ ]   B [X]   P [ ]

1. **FILM QUALITY**
   - [X] Overexposed (dark)
   - [ ] Improper position
   - [ ] Underinflation
   - [ ] Underexposed (light)
   - [ ] Poor contrast
   - [ ] Mottle
   - [ ] Artifacts
   - [ ] Poor processing
   - [ ] Other (please specify)
   
   Grade: 1 [ ]  2 [X]  3 [ ]  U/R [ ]
   (If not Grade 1, mark all boxes that apply)

2A. **ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** — YES [X] Complete Sections 2B and 2C / NO [ ] Proceed to Section 3A

2B. **SMALL OPACITIES**
   - a. SHAPE/SIZE: PRIMARY p[X] q[ ] r[ ] t[ ] u[ ]; SECONDARY p[X] q[ ] r[ ] t[ ] u[ ]
   - b. ZONES: R UPPER [ ] L [ ]; R MIDDLE [X] L [X]; R LOWER [X] L [X]
   - c. PROFUSION: 0/- [ ] 0/0 [ ] 0/1 [ ]; 1/0 [X] 1/1 [ ] 1/2 [ ]; 2/1 [ ] 2/2 [ ] 2/3 [ ]; 3/2 [ ] 3/3 [ ] 3/+ [ ]

2C. **LARGE OPACITIES** — SIZE: 0 [X] A [ ] B [ ] C [ ] Proceed to Section 3A

3A. **ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** — YES [X] Complete Sections 3B, 3C / NO [ ] Proceed to Section 4A

3B. **PLEURAL PLAQUES** (mark site, calcification, extent, and width)

   Chest wall — Site | Calcification | Extent (chest wall; combined for in profile and face on) Up to 1/4 =1; 1/4 to 1/2 =2; >1/2 =3 | Width (in profile only, 3mm min) 3 to 5mm=a; 5 to 10mm=b; ≥10mm=c
   - In profile: [X] R [ ] L | [X] R [ ] L | [X] R [ ] | [X] R [ ] L
   - Face on: O [ ] R [X] L | O [X] R [ ] L | O [X] | [ ]
   - Diaphragm: O [ ] R [X] L | O [ ] R [ ] L | [X] R | O [X] L
   - Other site(s): [X] R [ ] L | [X] R [ ] L | 1 2 3 / [X] 2 3 | a b c / a b c

3C. **COSTOPHRENIC ANGLE OBLITERATION** — R [ ] L [ ] Proceed to Section 3D / NO [X] Proceed to Section 4A

3D. **DIFFUSE PLEURAL THICKENING** (mark site, calcification, extent, and width)
   Chest wall — Site / Calcification / Extent / Width
   - In profile: O [ ] R [ ] L | O [ ] R [ ] L | O R / O L / 1 2 3 / 1 2 3 | O R / O L / a b c / a b c
   - Face on: O [ ] R [ ] L | O [ ] R [ ] L

4A. **ANY OTHER ABNORMALITIES?** — YES [X] Complete Sections 4B, 4C, 4D, 4E / NO [ ] Proceed to Section 5

4B. **OTHER SYMBOLS (OBLIGATORY)**
aa | at | ax | bu | ca | [X]cg | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | me | pa | pb | pi | px | ra | rp | tb

OD [ ]  If other diseases or significant abnormalities, findings must be recorded on reverse. (section 4C/4D)
Date Physician or Worker notified? MONTH [ ] DAY [ ] YEAR [ ]

4E. Should worker see personal physician because of findings in section 4? YES [ ]  NO [X]
Proceed to Section 5

5.
Donald Breyer, M.D.
6861 Gunn Drive
Oakland, CA  94611-1442

**DATE OF READING**
MONTH | DAY | YEAR
11 | 08 | 2006

4C. MARK ALL BOXES THAT APPLY: (Use of this list is intended to reduce handwritten comments and is optional)

**Abnormalities of the Diaphragm**

☐ Eventration

☐ Hiatal hernia

**Airway Disorders**

☐ Bronchovascular markings, heavy or increased

☐ Hyperinflation

**Bony Abnormalities**

☐ Bony chest cage abnormality

☐ Fracture, healed (non-rib)

☐ Fracture, not healed (non-rib)

☐ Scoliosis

☐ Vertebral column abnormality

**Lung Parenchymal Abnormalities**

☐ Azygos lobe

☐ Density, lung

☐ Infiltrate

☐ Nodule, nodular lesion

**Miscellaneous Abnormalities**

☐ Foreign body

☐ Post-surgical changes/sternal wire

☐ Cyst

**Vascular Disorders**

☐ Aorta, anomaly of

☐ Vascular abnormality

4D. OTHER COMMENTS

_____

_____

_____

_____

_____

_____

_____

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

## CERTIFICATE OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California, 94948-6169.

On the date indicated below, I served the foregoing Statement of Case Status and attachments upon all counsel of record pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

On this _____ day of July 2007

/s/ John Derby
_____
John Derby