ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | Civil Action No. MDL. 875 |
| This document relates to James Guthrie, Tony Davidson, Ronald Zerangue, Samuel Rester, John Gray, Elmer Parolini, Wayne Dufault, Jesse Beverly, Jr. v. General Electric Company, Todd Shipyards Corporation, Lockheed Martin Corporation, Raytheon Aircraft Company, McDonnell Douglas Corporation, United States District Court for the Northern District of California, Case No.C07-2542-JL , Filed May 14, 2007. | STATEMENT OF CASE STATUS AS TO PLAINTIFF James C. Guthrie |

Pursuant to Administrative Order No. 12 of May 31, 2007, the above-referenced plaintiff makes the following statements:

1. SUBMISSION OF IDENTIFICATION INFORMATION

Plaintiff (full name): James C. Guthrie;

Date of Birth: December 15, 1933;

Last four digits of plaintiff's social security number: 2708;

Plaintiff is a: asbestos-related injury victim. (The person who suffered the asbestos-related injury was James C. Guthrie).

2. SUBMISSION OR RELATED COURT ACTIONS

Plaintiff identifies the following related actions, the status of each of the following being

1  "pending" in the court unless otherwise indicated; with additional information on these related
2  action(s) attached hereto and incorporated herein by this reference:
3      James C. Guthrie v. Asbestos Defendants, San Francisco Superior Court of the State of
4  California, Case No. 458516. Claim of the Asbestos Injured Party for his personal injury.This
5  case is active, pre-trial.
6      3.    SUBMISSION OF STATEMENT OF CASE STATUS
7      A.    Plaintiff identifies the following defendants as non-bankrupt and unsettled the
8          above stated plaintiff has pled against: GENERAL ELECTRIC COMPANY
9      B.    Plaintiff has achieved resolution of plaintiff's claim with the following
10         defendants: Not applicable.
11     C.    Plaintiff now desires to dismiss from Plaintiff's action the following Defendants:
12         Not applicable.
13     D.    Plaintiff identifies the following defendant(s) as currently in bankruptcy: Not
14         applicable.
15     4.    SUBMISSION OF MEDICAL REPORTS
16     Plaintiff submits that attached medical diagnosing report / opinion based upon objective
17 and subjective data which is identified and descriptively set out within the report / opinion which
18 will withstand a dispositive motion, and is based on objective and subjective data which is
19 identified and descriptively set out within the report / opinion.
20     5.    ALTERNATIVE PLAINTIFF SUBMISSION
21     Not Applicable.
22     6.    TIMING REQUIREMENTS
23     Above plaintiff's action was filed on May 14, 2007 making this submission due on or
24 before August 1, 2007.
25     7.    SCREENED CASES
26     Plaintiff's claims are not the result of a mass screening.
27     8.    EXCLUSIONS
28     This case is not designated as 2MDL 875 (MARDOC).

9.     SETTLEMENT CONFERENCE / SUGGESTIONS OF REMAND

Plaintiff asks that a settlement conference be set in this matter and seeks remand of this case back to the originating court.

10.     MANNER OF SUBMISSIONS

In accordance with FRCivP Rule 5, a copy of the foregoing submission is served upon all parties in this above-identified action (Case No.C07-2542-JL) pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

Dated: 7/18/07

BRAYTON❖PURCELL LLP

By: _____
David R. Donadio
Attorneys for Plaintiff James C. Guthrie

G:\MDL\AUGUST 1 PROJECT\run on 7 6 07 as of 1051.wpd [ 100784.003 James C Guthrie ]
STATEMENT OF CASE STATUS -- MDL DOCKET NO. 875

DEFENDANTS IN RELATED COURT ACTION

ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST
ASBESTOS CORPORATION LIMITED
CLEAVER-BROOKS, INC.
BUCYRUS INTERNATIONAL, INC.
CROWN CORK & SEAL COMPANY, INC.
THOMAS DEE ENGINEERING CO., INC.
DURAMETALLIC CORPORATION
FOSTER WHEELER LLC
GARLOCK SEALING TECHNOLOGIES, LLC
HAMILTON MATERIALS, INC.
KAISER GYPSUM COMPANY, INC.
OWENS-ILLINOIS, INC.
PARKER-HANNIFIN CORPORATION
PLANT INSULATION COMPANY
QUINTEC INDUSTRIES, INC.
RAPID-AMERICAN CORPORATION
R.F. MACDONALD CO.
THORPE INSULATION COMPANY
UNION CARBIDE CORPORATION
UNIROYAL HOLDING, INC.
VIACOM, INC.
WESTERN MacARTHUR COMPANY
MacARTHUR COMPANY
WESTERN ASBESTOS COMPANY
IMO INDUSTRIES, INC.
INDOPCO, INC.
MOORE SECURITIES COMPANY
VERITAS CONSTRUCTION, INC.
HOPEMAN BROTHERS, INC.
J.T. THORPE & SON, INC.
BURLINGTON NORTHERN SANTA FE CORPORATION
METROPOLITAN LIFE INSURANCE COMPANY
GATKE CORPORATION
AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
UNDERWRITERS LABORATORIES, INC.
PNEUMO ABEX LLC
and DOES 1-8500,

    Defendants.

<u>James Guthrie vs. Asbestos Defendants (B❖P)</u>
San Francisco Superior Court

# JAMES V. SCUTERO, M.D.

Pulmonary Disease, Inhalation Allergies, and Occupational Pulmonary Medicine

November 1, 2001

James V. Scutero M.D.
Occupational Pulmonary Medicine

3100 London Blvd.
Suite #4
Portsmouth, VA 23707

Phone 24 Hrs   757-393-6069
Fax Line        757-397-7561

Mr. Richard Serpe
Glasser & Glasser
Crown Center
Suite 600
580 East Main Street
Norfolk, VA 23510

Dear Mr. Serpe:

Re: James C. Guthrie

At your request, I have reviewed the report on James C. Guthrie. I do make the diagnosis of asbestosis in this case based upon a reasonable degree of medical certainty.

Sincerely,

James V. Scutero, M.D.

JVS/rlc

*Pulmonary Asbestos Lung Disease*

# JAMES V. SCUTERO, M.D.

Pulmonary Disease, Inhalation Allergies, and Occupational Pulmonary Medicine

November 1, 2001

ASBESTOS EVALUATION IN THE CASE OF James C. Guthrie

HISTORY: Mr. Guthrie is a 67-year-old male who states that his first job was in the Navy in 1952. He worked there for three years as a engineman. He states that he did work in the engine rooms. He did repairs at sea in the engine room. It was his job to remove and apply asbestos as needed to get to the areas that needed to be worked on. For about four months, the ships that he was on did go into shipyards for major overhauls. When they did this, he worked along side of the shipyard workers and states that he was again exposed heavily to asbestos insulation dust doing this work. In 1955, he went to work doing basically steel work until 1959. At that time, he was in Kansas City, Missouri and began working for the Housing Authority in Kansas City. He states that he worked in power plants about one-third of his time while working there. He worked there a total of 7 ½ years. He states about one-third of the time was spent in power plants. He overhauled the furnaces. He did preventive maintenance on the pipes and boilers. He states it was a very dusty environment. In 1966, he went to work at Hercules Powder. He worked there for 2 ½ years. He states in that job he did encounter a great deal of insulated pipes. He states that men were working on these pipes on an almost continuous basis. These pipes were insulated pipes. As the men worked on the pipes, a great deal of dust was produced, and this was insulation dust. From 1969-1994, he worked as a general contractor building houses and did not have exposure to asbestos at that time. He smoked for about five years in the early 1960s. He states that he smoked about 5-6 cigarettes a day at that time. He has had multiple bouts of what he calls pneumonia. Many of these bouts were diagnosed by physicians without chest x-rays. He states that the last time he had pneumonia was in 1996. This was diagnosed by x-ray, and he was told that he had "double pneumonia." He has had four cases of pneumonia that were documented by x-ray. In 1998, he had a myocardial infarction. In 1970, he was hospitalized for pneumonia. He has a "nervous condition" that caused him to leave the service after three years. He states that many years ago he did live with a man who developed tuberculosis. He was tested, and he had no active disease at that time. At the present time, his only medication is antihistamines and Albuterol spray.

PHYSICAL EXAMINATION: Weight 158; height 64.5"; blood pressure 164/83; pulse 70. Examination of the head, eyes, ears, nose and throat was unremarkable. Examination of the chest and lungs was clear to auscultation and percussion. Examination of the heart revealed a regular rhythm. There were no murmurs, rubs or gallops. Examination of the abdomen was soft. Liver and spleen were not palpably enlarged. Bowel sounds were normoactive. No bruits were heard over the abdomen.

LABORATORY: Pulmonary Function Studies were normal. Chest x-ray revealed increased markings at both bases of the lung consistent with pulmonary fibrosis. There is a B-reading done by Dr. Richard Bernstein on a film dated 4/27/01 which is interpreted as showing parenchymal abnormalities consistent with pneumoconiosis at the bases of both lungs with a profusion intensity of 1/1. In addition, pleural thickening was detected in both the right and left diaphragms.

ASBESTOS EVALUATION IN THE CASE OF James C. Guthrie

IMPRESSION: Based upon these data, that is, the work history as noted above and chest x-ray findings of pulmonary fibrosis, it is my opinion that Mr. James Guthrie has asbestosis. The patient is aware of the fact that he is at increased risk for the development of cancer of the lung and cancer of the lining of the lung. He is aware of the fact that he may develop progressive problems with shortness of breath through the years because of his asbestosis. It was recommended that he be seen on a regular basis because of the potential complications of his asbestosis as outlined above.

James V. Scutero, M.D.

JVS/rlc

JAMES V. SCUTERO, M.D.
3100 LONDON BLVD. SUITE 4
PORTSMOUTH, VIRGINIA 23707

': JAMES C. GUTHRIE                                    PT#: 510302708
:E: 67  SEX: M  HT: 64.5 in    WT: 158.0 lb  DATE: 11/01/2001  TIME: 10:30:37
:YSICIAN: JAMES SCUTERO,M.D.                  TECH:  ELAINE MANN

|  |  | Pre-Drug* Avg | | |
|---|---|---|---|---|
| ung Volumes |  | ACTUAL | %PRED | PREDICTED |
| C | (L) | 2.47 | 76 | 3.23 |
| V | (L) | 0.81 | 73 | 1.11 |
|  | (L) | 2.59 | 103 | 2.52 |
|  | (L) | 1.66 | 78 | 2.12 |
|  | (L) | 3.40 | 94 | 3.64 |
| C | (L) | 5.06 | 88 | 5.75 |
| Equil. | (MIN) | 3.00 |  |  |
| /TLC | (%) | 33 | 89 | 37 |
|  |  | Pre-Drug* Std | | |
| iffusion |  | ACTUAL | %PRED | PREDICTED |
| b ml/min/mmHg |  | 24.13 | 100 | 24.19 |
| O ml/min/mmHg |  | 23.92 | 99 | 24.19 |
| (rb) | (L) | 4.95 | 86 | 5.75 |
| (sb) | (L) | 4.99 | 87 | 5.75 |
| VA |  | 4.83 | 115 | 4.21 |
| (gm/100ml) |  | 14.90 |  |  |
|  |  | Pre-Drug* | | |
| pirometry |  | ACTUAL | %PRED | PREDICTED |
| C | (L) | 3.20 | 88 | 3.64 |
| V1 | (L) | 2.52 | 100 | 2.53 |
| V3 | (L) | 2.95 | 84 | 3.53 |
| F25-75% | (L/S) | 2.29 | 91 | 2.53 |
| F50% | (L/S) | 3.63 | 79 | 4.57 |
| V1/FVC | (%) | 79 | 114 | 70 |
| V3/FVC | (%) | 92 | 95 | 97 |



NORMAL FLOWS.
NORMAL VOLUMES.
NORMAL FLOW VOLUME LOOP.
NORMAL DIFFUSION CAPACITY.
NORMAL STUDY.

NO PREVIOUS STUDIES.



Pt. Name: GUTHRIE  
Pre-Drug  
Pt. ID: 510302708  
Date: 11/01/2001  
Set #: 0



| Effort | FVC | FEV1 | FEV1% | F25/75 | PEFR |
|---|---|---|---|---|---|
| Pred | 3.64 | 2.53 | 69 | 2.53 | 7.90 |
| 3 | >2.07 | >0.59 | 28 | 0.44 | 0.88 |
| 4 | 3.09 | >2.31 | 74 | 1.64 | 3.06 |
| 5 | 3.13 | 2.57 | 82 | 2.67 | 4.00 |
| 6 BEST | 3.20 | 2.52 | 78 | 2.29 | 5.70 |

Pt. Name: GUTHRIE  
Pre-Drug  
Pt. ID: 510302708  
Date: 11/01/2001  
Set #: 0



| Effort | FVC | FEV1 | FEV1% | F25/75 | PEFR |
|---|---|---|---|---|---|
| Pred | 3.64 | 2.53 | 69 | 2.53 | 7.90 |
| 3 | >2.07 | >0.59 | 28 | 0.44 | 0.88 |
| 4 | 3.09 | >2.31 | 74 | 1.64 | 3.06 |
| 5 | 3.13 | 2.57 | 82 | 2.67 | 4.00 |
| 6 BEST | 3.20 | 2.52 | 78 | 2.29 | 5.70 |



Pt. Name: GUTHRIE          Pt. ID: 510302708    Date: 11/01/2001
Pre-Drug    Effort: 1  BP:772 TEMP:25.0

| Effort | 1 | | | %Pred | Avg |
|---|---|---|---|---|---|
| Dsb | 22.32 | | | 92 | |
| Dsbhb | 22.14 | | | 92 | |
| DCO | 23.12 | | | 96 | |
| DCOhb | 22.93 | | | 95 | |
| VAcb | 5.09 | | | 89 | |
| VAsb | 4.91 | | | 85 | |
| D/VA | 4.54 | | | 108 | |
| D/VAhb | 4.50 | | | 107 | |
| Vinsp | 3.65 | | | | |
| BHT | 10.62 | | | | |
| CO | 36.63 | | | | |
| CH4 | 0.00 | | | | |
| He | 7.33 | | | | |
| WASH | 1.00 | | | | |



Pt. Name: GUTHRIE          Pt. ID: 510302708    Date: 11/01/2001
Pre-Drug    Effort: 2  BP:772 TEMP:25.0

| Effort | 1 | 2 | | %Pred | Avg |
|---|---|---|---|---|---|
| Dsb | 22.32 | 24.13 | | 100 | |
| Dsbhb | 22.14 | 23.93 | | 99 | |
| DCO | 23.12 | 23.92 | | 99 | |
| DCOhb | 22.93 | 23.72 | | 98 | |
| VAcb | 5.09 | 4.95 | | 86 | |
| VAsb | 4.91 | 4.99 | | 87 | |
| D/VA | 4.54 | 4.83 | | 115 | |
| D/VAhb | 4.50 | 4.79 | | 114 | |
| Vinsp | 3.65 | 3.51 | | | |
| BHT | 10.62 | 10.34 | | | |
| CO | 36.63 | 33.73 | | | |
| CH4 | 0.00 | 0.00 | | | |
| He | 7.33 | 6.92 | | | |
| WASH | 1.00 | 1.00 | | | |

Richard C. Bernstein, M.D.
Mobile Respiratory Assessment
3042 C Berkmar Drive
Charlottesville, VA 22901

| Worker's Social Security # | Name: Last, First | Type of Reading | Group Designation: |
|---|---|---|---|
| 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 | GUTHRIE, JAMES | A ☒ P | RB-407 |

**1A. Date of X-Ray:** 4/27/01

**1B. Film Quality:** ② (1, 2, 3, U/R)

**If not Grade 1 Give reason:** scapulas

**1C. Is film completely negative?** Yes ☐ Proceed to Sec 5    No ☒ Proceed to Sec 2

**2A. Any Parenchymal abnormalities consistent with Pneumoconiosis?** Yes ☒ Complete 2B and 2C    No ☐ Proceed to Section 3

**2B. Small Opacities**
- a. Shape/Size: Primary — (s) circled (p, s, q, t, r, u); Secondary — (t) circled
- b. Zones: R: X X / X X ; L: X X / X X
- c. Profusion: 1/1 circled

**2C. Large Opacities:** Size (0) circled (0, A, B, C) — Proceed to Section 3

**3A. Any Pleural abnormalities consistent with Pneumoconiosis?** Yes ☒ Complete 3B, 3C, and 3D    No ☐ Proceed to Section 4

**3B. Pleural Thickening**
- a. Diaphragm (plaque) Site: (R)(L) circled
- b. Costophrenic Angle Site: (0) circled

**3C. Pleural Thickening ... Chest Wall**
- a. Circumscribed (plaque)
  - Site: R — (0) circled; L — (0) circled
  - In Profile — i. width: (0) / (0); ii. extent: 0/1/2/3 / 0/1/2/3
  - Face On — iii. extent: 0/1/2/3 / 0/1/2/3
- b. Diffuse
  - Site: R — (0) circled; L — (0) circled
  - In Profile — i. width: (0) / (0); ii. extent: 0/1/2/3 / 0/1/2/3
  - Face On — iii. extent: 0/1/2/3 / 0/1/2/3

**3D. Pleural Calcification**
- Site: (R) circled   Extent
  - a. Diaphragm: (1) circled (0,1,2,3)
  - b. Wall: (0) circled
  - c. Other Sites: (0) circled
- Site: (L) circled   Extent
  - a. Diaphragm: (1) circled
  - b. Wall: (0) circled
  - c. Other Sites: (0) circled

Proceed to Section 4

**4A. Any other abnormalities?** Yes ☒ Complete 4B and 4C    No ☐ Proceed to Section 5

**4B. Other Symbols (obligatory):** O | ax | bu | ca | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | pi | px | rp | tb
(O circled)

**4C. Other Comments:** Granulomas are present.

Should worker see personal physician because of comments in section 4C? Yes ☐   No ☒   Proceed to Section 5

**5. Film Reader's Initials:** R C B

**Physician's Social Security Number:** 2 7 2 5 6 2 2 7 1

**Phys Name - Address:** Richard C. Bernstein, M.D.
Mobile Respiratory Assessment
3042 C Berkmar Drive
Charlottesville, VA 22901

**Date of Reading:** 5/30/01

## CERTIFICATE OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California, 94948-6169.

On the date indicated below, I served the foregoing Statement of Case Status and attachments upon all counsel of record pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

On this _____ day of July 2007

/s/ John Derby

_____

John Derby

**BRAYTON❖PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875