ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON✜PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | Civil Action No. MDL. 875 |
| This document relates to James Guthrie, Tony Davidson, Ronald Zerangue, Samuel Rester, John Gray, Elmer Parolini, Wayne Dufault, Jesse Beverly, Jr. v. General Electric Company, Todd Shipyards Corporation, Lockheed Martin Corporation, Raytheon Aircraft Company, McDonnell Douglas Corporation, United States District Court for the Northern District of California, Case No.C07-2542-JL , Filed May 14, 2007. | STATEMENT OF CASE STATUS AS TO PLAINTIFF Jesse Beverly, Jr |

Pursuant to Administrative Order No. 12 of May 31, 2007, the above-referenced plaintiff makes the following statements:

1. SUBMISSION OF IDENTIFICATION INFORMATION

Plaintiff (full name): Jesse Beverly, Jr;

Date of Birth: November 5, 1936;

Last four digits of plaintiff's social security number: 3986;

Plaintiff is a: asbestos-related injury victim. (The person who suffered the asbestos-related injury was Jesse Beverly, Jr).

2. SUBMISSION OR RELATED COURT ACTIONS

Plaintiff identifies the following related actions, the status of each of the following being

G:\MDL\AUGUST 1 PROJECT\run on 7 6 07 as of 1051.wpd [ 104529.003  Jesse Beverly, Jr ]
STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875

1  "pending" in the court unless otherwise indicated; with additional information on these related
2  action(s) attached hereto and incorporated herein by this reference:
3        Jesse Beverly, Jr. v. Asbestos Defendants, San Francisco Superior Court of the State of
4  California, Case No. 274014. Claim of the Asbestos Injured Party for his personal injury. This
5  case is active, pre-trial.
6      3.    SUBMISSION OF STATEMENT OF CASE STATUS
7      A.    Plaintiff identifies the following defendants as non-bankrupt and unsettled the
8          above stated plaintiff has pled against: GENERAL ELECTRIC COMPANY,
9          TODD SHIPYARDS CORPORATION, RAYTHEON AIRCRAFT COMPANY,
10         MCDONNELL DOUGLAS CORPORATION
11     B.    Plaintiff has achieved resolution of plaintiff's claim with the following
12         defendants: Not applicable.
13     C.    Plaintiff now desires to dismiss from Plaintiff's action the following Defendants:
14         Not applicable.
15     D.    Plaintiff identifies the following defendant(s) as currently in bankruptcy: Not
16         applicable.
17     4.    SUBMISSION OF MEDICAL REPORTS
18     Plaintiff submits that attached medical diagnosing report / opinion based upon objective
19 and subjective data which is identified and descriptively set out within the report / opinion which
20 will withstand a dispositive motion, and is based on objective and subjective data which is
21 identified and descriptively set out within the report / opinion.
22     5.    ALTERNATIVE PLAINTIFF SUBMISSION
23     Not Applicable.
24     6.    TIMING REQUIREMENTS
25     Above plaintiff's action was filed on May 14, 2007 making this submission due on or
26 before August 1, 2007.
27     7.    SCREENED CASES
28     Plaintiff's claims are not the result of a mass screening.

8. EXCLUSIONS

This case is not designated as 2MDL 875 (MARDOC).

9. SETTLEMENT CONFERENCE / SUGGESTIONS OF REMAND

Plaintiff asks that a settlement conference be set in this matter and seeks remand of this case back to the originating court.

10. MANNER OF SUBMISSIONS

In accordance with FRCivP Rule 5, a copy of the foregoing submission is served upon all parties in this above-identified action (Case No.C07-2542-JL) pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

Dated: 7/10/07

BRAYTON✣PURCELL LLP

By: _____
David R. Donadio
Attorneys for Plaintiff Jesse Beverly, Jr

G:\MDL\AUGUST 1 PROJECT\run on 7 6 07 as of 1051.wpd [ 104529.003 Jesse Beverly, Jr ]
STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875

DEFENDANTS IN RELATED COURT ACTION

CLEAVER-BROOKS, INC.
BUCYRUS INTERNATIONAL, INC.
GOODRICH CORPORATION
THOMAS DEE ENGINEERING CO., INC.
FOSTER WHEELER LLC
GARLOCK SEALING TECHNOLOGIES, LLC
OWENS-ILLINOIS, INC.
PARKER-HANNIFIN CORPORATION
PLANT INSULATION COMPANY
QUINTEC INDUSTRIES, INC.
RAPID-AMERICAN CORPORATION
R.F. MACDONALD CO.
THORPE INSULATION COMPANY
UNIROYAL HOLDING, INC.
VIACOM, INC.
WESTERN MacARTHUR COMPANY
MacARTHUR COMPANY
WESTERN ASBESTOS COMPANY
HONEYWELL INTERNATIONAL, INC.
FORD MOTOR COMPANY
GENERAL MOTORS CORPORATION
THE GOODYEAR TIRE & RUBBER COMPANY
LOCKHEED MARTIN TACTICAL SYSTEMS, INC.
AIRCRAFT BRAKING SYSTEMS CORPORATION
BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC
INGERSOLL-RAND COMPANY
THE BOEING COMPANY
UNITED TECHNOLOGIES CORPORATION
VOUGHT AIRCRAFT INDUSTRIES, INC.
CURTISS-WRIGHT CORPORATION
MISSION VALLEY FORD
JOHN HINE PONTIAC
RAYTHEON AIRCRAFT COMPANY
3M COMPANY
ROHR, INC.
HOPEMAN BROTHERS, INC.
J.T. THORPE & SON, INC.
METROPOLITAN LIFE INSURANCE COMPANY
GATKE CORPORATION
AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
UNDERWRITERS LABORATORIES, INC.
PNEUMO ABEX LLC   AND JOHN HINE PONTIAC
and DOES 1-8500,

    Defendants.

Jesse Beverly, Jr. vs. Asbestos Defendants (B❖P)
San Francisco Superior Court

# ALVIN J. SCHONFELD, D.O., F.C.C.P., P.C.
PULMONARY MEDICINE
OCCUPATIONAL LUNG DISEASE

438 W. ST. JAMES PLACE
CHICAGO, IL 60614

PHONE: 1-773-472-2810
FAX:   1-773-472-2809

CONSULTANT IN PULMONARY MEDICINE:

RUSH NORTH SHORE MEDICAL CENTER
9600 GROSS POINTE ROAD
SKOKIE, IL 60077

VAIL VALLEY MEDICAL CENTER
181 W. MEADOW DRIVE
VAIL, CO 81657

October 12, 2006

Brayton Purcell
Attention: Alan R. Brayton, Esq.
222 Rush Landing Road
Novato, CA 94948

Re:  Patient:  **Jesse J. Beverly**
     SSN:     **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**
     DOB:     **11/05/36**

Dear Mr. Brayton:

This is a physician's report pertaining to the above-named patient whom I had the pleasure of interviewing and examining on the above date.

Mr. Beverly is a 69-year-old male with a high school education.

**MILITARY SERVICE:** He served in the U.S. Navy between 1955 and 1974. He was a jet engine mechanic aboard several ships. This included the USS Hancock CVA-19, the USS Point Cruz CVE-119, the USS Pine Island AV-12, and the USS Randolph CVS-15. He worked with asbestos on manifolds. He changed brake pucks on aircraft. He worked on asbestos-covered pipes overhead, especially in sleeping compartments. He never wore a mask or respirator.

**OCCUPATIONAL HISTORY:** From 1974 until 1981 he was a welder at National Steel & Ship Building Company (Nasco). This also involved exposures to asbestos. He worked on asbestos-covered overhead pipes in the berthing compartments. He did this for the last four years of his employment at Nasco, never wearing a mask or respirator.

From 1981 to the present he has been an engine mechanic at Naval Air Station North Island. He continues to work around some asbestos involving overhead pipes and asbestos-containing clamps. He never wore a mask or respirator.

(continued Page 2)

**ALVIN J. SCHONFELD, D.O., F.C.C.P., P.C.**

To: Brayton Purcell
Re: Jesse J. Beverly
Page 2

**OCCUPATIONAL HISTORY (cont.):** During the above intervals he knocked asbestos off of pipes. He swept up asbestos using brooms. He cut asbestos panels. He worked with asbestos gaskets, ropes, blankets and gloves. He used asbestos-covered wire.

He changed brake shoes on aircraft and also on his own Ford vehicles.

**SMOKING HISTORY:** He smoked one pack of cigarettes every three days between 1955 and 1978. Since that time he has been a nonsmoker.

**RESPIRATORY SYMPTOMS:** He has had some shortness of breath while running. Otherwise, he denies significant dyspnea on exertion. He has some wheeze in the early morning, no significant cough or mucus production.

**PAST MEDICAL HISTORY:** Positive for angina pectoris, hypercholesterolemia, hypertension, and prostate enlargement and malignancy.

He denies any history of asthma, bronchitis, emphysema, pneumonia, diabetes, gout, ulcers, bowel or bladder problems, MI or CVA.

**MEDICATIONS:** Felodipine, aspirin, Zocor, primidone, hydrochlorothiazide, Nitrobid and Plavix.

**SURGICAL HISTORY:** Coronary stent.

**FAMILY HISTORY:** Negative for lung cancer, colon cancer or chronic respiratory disease.

**PHYSICAL EXAMINATION:** Physical examination revealed an alert and oriented male in no acute distress. Head and neck exam was unremarkable. Lungs were clear to auscultation. Cardiac exam revealed a regular rate and rhythm without murmurs. Abdomen was soft and without masses. Extremities showed 2+ pitting edema, no clubbing or cyanosis.

**CHEST X-RAY:** PA chest x-ray dated 3/24/06 was read by Dr. Breyer according to the 2000 ILO Classification as a Quality I film. Irregular interstitial infiltrates were seen in both mid and lower lung zones having a shape and size of s/s and profusion of 1/0. Pleural thickening was seen bilaterally en face having an extent of 1 bilaterally.

(continued Page 3)

**ALVIN J. SCHONFELD, D.O., F.C.C.P., P.C.**

To: Brayton Purcell
Re: Jesse J. Beverly
Page 3

**PULMONARY FUNCTION STUDIES:** Complete PFT's dated 10/12/06 were performed according to ATS guidelines and showed a mild impairment in diffusion.

|  | observed | % predicted |
|---|---|---|
| FVC | 3.59 L | 87% |
| $FEV_1$ | 2.96 L | 94% |
| $FEV_1/FVC$ | 83% | |
| TLC | 5.60 L | 89% |
| Diffusion capacity | 26.29 | 77% |

**IMPRESSION:**
1) Given the patient's history of significant exposure to asbestos in the workplace associated with an appropriate latency, and given the roentgenographic and pulmonary function findings described above, I feel with a reasonable degree of medical certainty that Mr. Beverly is diagnosed as having interstitial fibrosis caused by bilateral pulmonary asbestosis as well as bilateral asbestos-related pleural disease. I feel with a reasonable degree of medical certainty that this diagnosis is causally related to his asbestos exposure in the military and his workplace exposure to asbestos at National Steel & Ship Building Company (Nasco) and at Naval Air Station North Island.
2) Lower extremity edema for which medical follow-up is indicated.
3) History of prostate cancer.

**RECOMMENDATIONS:**
1) He is at increased risk for the development of lung cancer, mesothelioma and other non-pulmonary malignancies associated with asbestos exposure.
2) He should be advised to have yearly chest x-rays, pulmonary function screening and screening for gastrointestinal malignancy.
3) He should be advised that chest x-rays and pulmonary function may deteriorate in the absence of further asbestos exposure.
4) He should be advised to refrain from the use of all tobacco-containing products.

This report serves only to establish the presence of an occupational lung disease and does not establish a doctor-patient relationship.

I hope that the above information is useful to you.

Sincerely,

Alvin J. Schonfeld, D.O., FCCP, FAADEP

ALVIN SCHONFELD, D.O., FCCP
2138 West St 39 James Place
Chicago, Ill. 60614

```
PT: JESSE BEVERLY                                    HT: 72.0 in   DATE: 10/12/2006
PT#: 438523986                  AGE: 69 SEX: M       WT: 248.0 lb  TIME: 08:05:03
PHYSICIAN:                      TECH: J. PANZERA, RRT
PRED-COLLINS3----- Predicted Values Have Been Race Corrected -----


                                      Pre-Drug*
  Spirometry         Predicted    Actual    %Pred
  FVC      (L)         4.12        3.59      87
  FEV1     (L)         3.14        2.96      94
  FEV1/FVC (%)         76          83        108
  FEF25-75%(L/S)       3.24        3.09      95
  FEFmax   (L/S)       8.93        10.17     114
  TET      (SEC)                   6.90
                                      Pre-Drug* Avg
  Lung Volumes        Predicted    Actual    %Pred
  TLC      (L)         6.31        5.60      89
  FRC      (L)         3.37        2.45      73<
  RV       (L)         2.16        2.07      96
  VC       (L)         4.12        3.53      86
  IC       (L)         2.94        3.15      107
  ERV      (L)         1.21        0.38      31<
  RV/TLC   (%)         35          37        104
  He Equil.(MIN)                   2.00
                                      Pre-Drug* Std
  Diffusion           Predicted    Actual    %Pred
  Dsb ml/min/mmHg      34.18       26.29     77<
  VA(sb)   (L)         7.43        5.15      69<
  D/VA                 4.65        5.10      110
```





Pt. Name: BEVERLY        Pt. ID: 438523986    Date: 10/12/2006
Pre-Drug    Effort: 1   BP:761  TEMP:21.2




| Sys. Volume | He 1 | He 2 | He 3 | Air Added | Eq. Time | Sw. Error |
|---|---|---|---|---|---|---|
| 9.24 | 9.00 | 7.26 | 5.69 | 1.78 | 2.00 | -0.20 |

| Param. | | | | FRC1 | | %Pred | |
|---|---|---|---|---|---|---|---|
| | | | | SVC101 | | | |
| IC | | | | 3.15 | | 107 | |
| ERV | | | | 0.38 | | 31 | |
| TV | | | | 0.82 | | -- | |
| VC | | | | 3.53 | | 86 | |
| FRC | | | | 2.45 | | 73 | |
| RV | | | | 2.07 | | 96 | |
| TLC | | | | 5.60 | | 89 | |
| RV/TLC | | | | 36.97 | | 104 | |

Pt. Name: BEVERLY        Pt. ID: 438523986    Date: 10/12/2006
Pre-Drug                                      Set #: 0




| Effort | FVC | FEV1 | FEV1% | F25/75 | PEFR |
|---|---|---|---|---|---|
| Pred | 4.12 | 3.14 | 76 | 3.24 | 8.93 |
| 1 | 3.53 | 2.77 | 78 | 2.53 | 10.00 |
| 3 BEST | 3.59 | 2.96 | 82 | 3.09 | 10.17 |
| 4 | 3.56 | 2.81 | 78 | 2.74 | 10.70 |

Pt. Name: BEVERLY  Pt. ID: 438523986  Date: 10/12/2006
Pre-Drug   Effort: 2   BP:761  TEMP:21.2

| Effort | 1 | 2 | | %Pred | Avg |
|---|---|---|---|---|---|
| Dsb | 25.53 | 26.29 | | 77 | |
| Dsbhb | 25.53 | 26.29 | | 77 | |
| DCO | 21.65 | 24.44 | | 72 | |
| DCOhb | 21.65 | 24.44 | | 72 | |
| VArb | 4.92 | 4.79 | | 64 | |
| VAsb | 5.80 | 5.15 | | 69 | |
| D/VA | 4.40 | 5.10 | | 110 | |
| D/VAhb | 4.40 | 5.10 | | 110 | |
| Vinsp | 3.15 | 3.02 | | | |
| BHT | 10.24 | 9.58 | | | |
| CO | 26.98 | 27.45 | | | |
| CH4 | 0.00 | 0.00 | | | |
| He | 5.16 | 5.54 | | | |
| WASH | 1.10 | 1.10 | | | |



Pt. Name: BEVERLY  Pt. ID: 438523986  Date: 10/12/2006
Pre-Drug   Effort: 1   BP:761  TEMP:21.2

| Effort | 1 | 2 | | %Pred | Avg |
|---|---|---|---|---|---|
| Dsb | 25.53 | 26.29 | | 75 | |
| Dsbhb | 25.53 | 26.29 | | 75 | |
| DCO | 21.65 | 24.44 | | 63 | |
| DCOhb | 21.65 | 24.44 | | 63 | |
| VArb | 4.92 | 4.79 | | 66 | |
| VAsb | 5.80 | 5.15 | | 78 | |
| D/VA | 4.40 | 5.10 | | 95 | |
| D/VAhb | 4.40 | 5.10 | | 95 | |
| Vinsp | 3.15 | 3.02 | | | |
| BHT | 10.24 | 9.58 | | | |
| CO | 26.98 | 27.45 | | | |
| CH4 | 0.00 | 0.00 | | | |
| He | 5.16 | 5.54 | | | |
| WASH | 1.10 | 1.10 | | | |



**DONALD BREYER, M.D., F.A.C.R.**
Certified ILO B Reader

6861 Gunn Drive
Oakland, CA 94611
(510) 339-9204
Fax: (510) 338-0069

---

October 22, 2006

**BEVERLY, JESSE**

**EXAMINATION:** A CT scan of the chest including conventional and prone high resolution images. The study is performed at RMG San Diego on 10/6/06 and is technically adequate.

**DATE OF EXAMINATION:** October 6, 2006

In the nondependent lung fields on the prone high resolution images there are bilateral changes of thickened irregular intralobular septa and thickening of the intralobular interstitium. These findings are present on multiple images in the mid and lower lung fields and found primarily in the paravertebral regions.

Chest wall pleural thickening is noted bilaterally. This is noted on the right post chest wall on prone high resolution image #24, and prone high resolution image #41, and on the left posterior chest wall on prone high resolution images #37 and #42.

There is borderline cardiomegaly and coronary artery calcification is present.

**IMPRESSION:**

THE PARENCHYMAL FINDINGS PRESENT ARE COMPATIBLE WITH INTERSTITIAL FIBROSIS. THE DISTRIBUTION AND APPEARANCE ARE COMPATIBLE WITH ASBESTOS RELATED INTERSTITIAL FIBROSIS.

BILATERAL CHANGES OF CHEST WALL PLEURAL THICKENING. ALTHOUGH NONSPECIFIC, THESE COULD REPRESENT ASBESTOS RELATED PLEURAL DISEASE.

BEVERLY, JESSE

**DATE OF RADIOGRAPH**
MONTH 03 DAY 24 YEAR 2006

**WORKER'S Social Security Number**

**ROENTGENOGRAPHIC INTERPRETATION**
TYPE OF READING
☐ A ☐ B ☐ P

Note: Please record your interpretation of a single film by placing an "x" in the appropriate boxes on this form.

## 1. FILM QUALITY
[X] 1  ☐ 2  ☐ 3  ☐ U/R
(If not Grade 1, mark all boxes that apply)

☐ Overexposed (dark)  ☐ Improper position  ☐ Underinflation
☐ Underexposed (light)  ☐ Poor contrast  ☐ Mottle
☐ Artifacts  ☐ Poor processing  ☐ Other (please specify)

## 2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?
YES [X]  Complete Sections 2B and 2C
NO ☐  Proceed to Section 3A

### 2B. SMALL OPACITIES
**a. SHAPE/SIZE**
PRIMARY: p [X]s  q t  r u
SECONDARY: p [X]s  q t  r u

**b. ZONES**
|  | R | L |
|---|---|---|
| UPPER | ☐ | ☐ |
| MIDDLE | [X] | [X] |
| LOWER | [X] | [X] |

**c. PROFUSION**
| 0/- | 0/0 | 0/1 |
| [X] | 1/1 | 1/2 |
| 2/1 | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/+ |

### 2C. LARGE OPACITIES
SIZE [X] ☐ A ☐ B ☐ C  Proceed to Section 3A

## 3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?
YES [X]  Complete Sections 3B, 3C
NO ☐  Proceed to Section 4A

### 3B. PLEURAL PLAQUES (mark site, calcification, extent, and width)

| Chest wall | Site | Calcification | Extent (chest wall; combined for in profile and face on) Up to 1/4 of lateral chest wall = 1, 1/4 to 1/2 of lateral chest wall = 2, > 1/2 of lateral chest wall = 3 | Width (in profile only) (3mm minimum width required) 3 to 5 mm = a, 5 to 10 mm = b, > 10 mm = c |
|---|---|---|---|---|
| In profile | [X] R L | O R L | | |
| Face on | O [X] L | O R L | | |
| Diaphragm | [X] R L | O R L | O [X] / 2 3 | [X] R / [X] L |
| Other site(s) | [X] R L | O R L | [X] / 2 3 | a b c / a b c |

### 3C. COSTOPHRENIC ANGLE OBLITERATION
R L  Proceed to Section 3D
NO [X]  Proceed to Section 4A

### 3D. DIFFUSE PLEURAL THICKENING (mark site, calcification, extent, and width)

| Chest wall | Site | Calcification | Extent | Width |
|---|---|---|---|---|
| In profile | O R L | O R L | O R / O L / 1 2 3 / 1 2 3 | O R / O L / a b c / a b c |
| Face on | O R L | O R L | | |

## 4A. ANY OTHER ABNORMALITIES?
YES [X]  Complete Sections 4B, 4C, 4D, 4E
NO ☐  Proceed to Section 5

### 4B. OTHER SYMBOLS (OBLIGATORY)
[X] at  ax  bu  ca  cg  cn  [X] cp  cv  di  ef  em  es  fr  hi  ho  id  ih  kl  me  pa  pb  pi  px  ra  rp  tb
☐ OD  If other diseases or significant abnormalities, findings must be recorded on reverse. (section 4C/4D)

Date Physician or Worker notified?
MONTH ___ DAY ___ YEAR ___

### 4E. Should worker see personal physician because of findings in section 4?
YES ☐  NO [X]  Proceed to Section 5

5.
Donald Breyer, M.D.
6861 Gunn Drive
Oakland, CA 94611-1442

**DATE OF READING**
MONTH 07 DAY 03 YEAR 2006

4C. MARK ALL BOXES THAT APPLY: (Use of this list is intended to reduce handwritten comments and is optional)

**Abnormalities of the Diaphragm**
☐ Eventration
☐ Hiatal hernia

**Airway Disorders**
☐ Bronchovascular markings, heavy or increased
☐ Hyperinflation

**Bony Abnormalities**
☐ Bony chest cage abnormality
☐ Fracture, healed (non-rib)
☐ Fracture, not healed (non-rib)
☐ Scoliosis
☐ Vertebral column abnormality

**Lung Parenchymal Abnormalities**
☐ Azygos lobe
☐ Density, lung
☐ Infiltrate
☐ Nodule, nodular lesion

**Miscellaneous Abnormalities**
☐ Foreign body
☐ Post-surgical changes/sternal wire
☐ Cyst

**Vascular Disorders**
☐ Aorta, anomaly of
☐ Vascular abnormality

4D. OTHER COMMENTS
_____
_____
_____
_____
_____
_____
_____

## CERTIFICATE OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California, 94948-6169.

On the date indicated below, I served the foregoing Statement of Case Status and attachments upon all counsel of record pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

On this _____ day of July 2007

/s/ John Derby
_____
John Derby

**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875