ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | Civil Action No. MDL. 875 |
| This document relates to James Guthrie, Tony Davidson, Ronald Zerangue, Samuel Rester, John Gray, Elmer Parolini, Wayne Dufault, Jesse Beverly, Jr. v. General Electric Company, Todd Shipyards Corporation, Lockheed Martin Corporation, Raytheon Aircraft Company, McDonnell Douglas Corporation, United States District Court for the Northern District of California, Case No.C07-2542-JL , Filed May 14, 2007. | STATEMENT OF CASE STATUS AS TO PLAINTIFF Samuel David Rester |

Pursuant to Administrative Order No. 12 of May 31, 2007, the above-referenced plaintiff makes the following statements:

1.    SUBMISSION OF IDENTIFICATION INFORMATION

Plaintiff (full name): Samuel David Rester;

Date of Birth: March 9, 1937;

Last four digits of plaintiff's social security number: 7924;

Plaintiff is a:    asbestos-related injury victim. (The person who suffered the asbestos-related injury was Samuel David Rester).

2.    SUBMISSION OR RELATED COURT ACTIONS

Plaintiff identifies the following related actions, the status of each of the following being

"pending" in the court unless otherwise indicated; with additional information on these related action(s) attached hereto and incorporated herein by this reference:

Samuel David Rester v. Asbestos Defendants, San Francisco Superior Court of the State of California, Case No. 274105; Claim of the Asbestos Injured Party for his personal injury. This case is active, pre-trial.

3.     SUBMISSION OF STATEMENT OF CASE STATUS

A.     Plaintiff identifies the following defendants as non-bankrupt and unsettled the above stated plaintiff has pled against:  GENERAL ELECTRIC COMPANY

B.     Plaintiff has achieved resolution of plaintiff's claim with the following defendants: Not applicable.

C.     Plaintiff now desires to dismiss from Plaintiff's action the following Defendants: Not applicable.

D.     Plaintiff identifies the following defendant(s) as currently in bankruptcy: Not applicable.

4.     SUBMISSION OF MEDICAL REPORTS

Plaintiff submits that attached medical diagnosing report / opinion based upon objective and subjective data which is identified and descriptively set out within the report / opinion which will withstand a dispositive motion, and is based on objective and subjective data which is identified and descriptively set out within the report / opinion.

5.     ALTERNATIVE PLAINTIFF SUBMISSION

Not Applicable.

6.     TIMING REQUIREMENTS

Above plaintiff's action was filed on May 14, 2007 making this submission due on or before  August 1, 2007.

7.     SCREENED CASES

Plaintiff's claims are not the result of a mass screening.

8.     EXCLUSIONS

This case is not designated as 2MDL 875 (MARDOC).

9.   SETTLEMENT CONFERENCE / SUGGESTIONS OF REMAND

Plaintiff asks that a settlement conference be set in this matter and seeks remand of this case back to the originating court.

10.   MANNER OF SUBMISSIONS

In accordance with FRCivP Rule 5, a copy of the foregoing submission is served upon all parties in this above-identified action (Case No.C07-2542-JL) pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

Dated: ___7/18/07___                                BRAYTON❖PURCELL LLP

By: _____
    David R. Donadio
    Attorneys for Plaintiff Samuel David Rester

G·MDL\AUGUST 1 PROJECT\run on 7·6·07 as of 1051 w.pd [ 105290·003  Samuel David Rester ]
STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875

1

DEFENDANTS IN RELATED COURT ACTION

2

3
BUCYRUS INTERNATIONAL, INC.
CROWN CORK & SEAL COMPANY, INC.
4
THOMAS DEE ENGINEERING CO., INC.
FOSTER WHEELER LLC
5
GARLOCK SEALING TECHNOLOGIES, LLC
OWENS-ILLINOIS, INC.
6
PARKER-HANNIFIN CORPORATION
PLANT INSULATION COMPANY
7
QUINTEC INDUSTRIES, INC.
RAPID-AMERICAN CORPORATION
8
THORPE INSULATION COMPANY
UNIROYAL HOLDING, INC.
9
VIACOM, INC.
WESTERN MacARTHUR COMPANY
10
MacARTHUR COMPANY
WESTERN ASBESTOS COMPANY
11
HONEYWELL INTERNATIONAL, INC.
DAIMLERCHRYSLER CORPORATION
12
FORD MOTOR COMPANY
GENERAL MOTORS CORPORATION
13
TOYOTA MOTOR SALES U.S.A., INC.
NISSAN NORTH AMERICA, INC.
14
AMERICAN HONDA MOTOR CO., INC.
FMC CORPORATION
15
FIAT USA INC.
GENUINE PARTS COMPANY (GPC)
16
CROW-BURLINGAME COMPANY
HOPEMAN BROTHERS, INC.
17
J.T. THORPE & SON, INC.
GEORGIA-PACIFIC CORPORATION
18
TOSCO REFINING COMPANY, INC.
METROPOLITAN LIFE INSURANCE COMPANY
19
GATKE CORPORATION
AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
20
UNDERWRITERS LABORATORIES, INC.
PNEUMO ABEX LLC
21
and DOES 1-8500,

22
          Defendants.
23

24

25

26

27

28
<u>Samuel Rester vs. Asbestos Defendants (B❖P)</u>
San Francisco Superior Court

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**PRAKASH JAY, M.D., INC.**
INTERNAL MEDICINE
OCCUPATIONAL MEDICINE
MEDICAL TOXICOLOGY

3975 JACKSON ST., SUITE 105
RIVERSIDE, CA 92503
(951) 785-0530 • FAX (714) 835-6943

**MAILING ADDRESS:**
801 N. TUSTIN AVE., SUITE 605
SANTA ANA, CA 92705
(714) 835-5883 • FAX (714) 835-6943

October 10, 2006

Gaylord & Nantais
Attorneys at Law
4001 Atlantic Avenue
Long Beach, CA  90807

|  |  |
|---|---|
| RE: | SAMUEL RESTER |
| EMP: | VARIOUS EMPLOYERS |
| OCC: | Iron Worker |
| D/I: | CT 1972 to 1995 |
| CLAIM: | 05 LBO 370152 |
| D/E: | 7/28/06 |

## MEDICAL-LEGAL EVALUATION IN INTERNAL MEDICINE AND TOXICOLOGY

Dear Gentlepersons:

At your request, Mr. Samuel Rester was seen in my Riverside office on July 28, 2006, for a Medical-Legal Evaluation in Internal Medicine and Toxicology. I personally and directly obtained the following medical and occupational histories from this sixty-nine-year-old gentleman. Thereafter, I independently examined Mr. Rester, reviewed the diagnostic materials, and prepared this report.

**HISTORY OF INJURY** as related by Mr. Rester:

Mr. Rester stated that he worked for many California employers as an Iron Worker from 1972 to 1993. He indicated that he worked in Arkansas as a Concrete Finisher from 1993 to 1995. He related that from 1956 to 1958, he was in the Navy. He stated that from 1951 to 1971, he worked as a Welder's Helper in Arkansas.

According to Mr. Rester, when he worked as an Iron Worker in California he worked through the Iron Workers Union and had worked for many employers. He does not recall their names. He stated that he was exposed to asbestos, welding fumes, and dust, without any respiratory protection. He stated that for about three years in the 1970's, he worked for Levine Scrap Metal in Richmond, California, and was involved in the demolition of old ships, and during that process he was exposed to asbestos. He also did welding for Olivan Scrap Metal.

RE: Samuel Rester
October 10, 2006
Page 2

Mr. Rester stated that he was in the Navy from 1956 to 1958 and had exposure to asbestos. He related that as a Welder's Helper in Arkansas from 1951 to 1971 he was exposed to welding fumes and dust.

Mr. Rester stated that he has experienced shortness of breath on exertion during the last few years. He has never smoked.

## PAST MEDICAL HISTORY:

Prior major illness:            None.

Prior hospitalizations:         None.

Prior surgeries:                None.

Allergies:                      None known.

## CURRENT MEDICATIONS:

None.

## HABITS:

Alcohol:                        Denied.

Cigarettes:                     Never smoked.

Illicit Drugs:                  Denied.

## FAMILY HISTORY:

Father died at age ninety-one, of old age. Mother died at age sixty-three, of unknown cause. He had four sisters and two brothers. His older brothers are deceased. He had three daughters and seven sons. One son died at age forty-three with hydrocephalus.

## JOB DESCRIPTION:

Mr. Rester stated that he worked as an Iron Worker for many California employers from 1972 to 1993 and had exposure to asbestos, welding fumes, and dust. For details of occupational exposures, please refer to History of Injury.

RE: Samuel Rester
October 10, 2006
Page 3


## REVIEW OF MEDICAL RECORDS:

Chest X-Ray Report of J.P. Seagram, M.D., a non-certified "B-reader", dated January 11, 2005.  "Interstitial changes consistent with pulmonary asbestosis in a subject assuming an appropriate environmental exposure history and an adequate latent period."

Pulmonary Function Study, dated February 8, 2005, read by Christopher John, M.D. "The reduced volumes indicate a restrictive process."  FVC was 96% of predicted.  Total lung capacity was 65% of predicted.

## PHYSICAL EXAMINATION:

Examination revealed a well developed, well nourished, mildly obese sixty-nine-year-old male who was in no acute distress.  He was alert, well oriented, and cooperative.  No cyanosis, clubbing, or scleral icterus noted.

| | |
|---|---|
| WEIGHT: | 197 pounds. |
| HEIGHT: | 65 inches. |
| VITAL SIGNS: | Pulse 66 per minute. Respirations 14 per minute. Blood pressure 120/78 mmHg. |
| HEAD: | Normocephalic, no masses or tenderness. |
| EYES: | External ocular movements normal. Pupils were round, equal in size and reactive to light and accommodation. Fundi clear. No hemorrhages or exudates present. |
| EARS: | Clear, tympanic membrane appeared normal, no evidence of discharge from the ears. |
| THROAT: | Clear. No exudates or inflammation noted. |
| NOSE: | Unremarkable. No evidence of nasal perforations or ulcerations or bleeding sites noted. |

RE:  Samuel Rester
October 10, 2006
Page 4


| | |
|---|---|
| NECK: | Supple, no masses were felt. There was no thyromegaly and no lymphadenopathy. Carotids did not reveal any bruits, there was no jugular venous distention. |
| CHEST: | Appeared normal. |
| LUNGS: | Clear to auscultation and percussion. |
| HEART: | Regular rhythm, S1 and S2 normal. No S3 or S4 heard. No murmur, rub or click heard. No parasternal heaves noted. No thrills felt in the precordial region. |
| ABDOMEN: | Soft, nontender, no masses, no organomegaly. Bowel sounds were present, no hernia noted. |
| EXTREMITIES: | No edema noted. Pedal pulses were well felt. There was no tenderness in calves. |
| NEUROLOGICAL: | Cranial nerves 2 to 12 grossly intact. Good motor strength noted in both upper and lower extremities. No localized weakness noted. Deep tendon reflexes were 2+ and equal bilaterally. Sensory examination was normal for touch, pin prick, joint and vibratory sense. Cerebellar function including coordination, finger to nose and heel to knee was normal. Gait was normal. |

## DIAGNOSTIC STUDIES:

| | |
|---|---|
| CBC and PLATELETS: | Normal. |
| CHEMISTRY PANEL: | Normal. |
| LIPID PANEL: | Cholesterol 200 mg%, HDL 35 mg%, triglycerides 198 mg% (non-fasting blood sample). |
| THYROID PANEL: | Normal. |

## ELECTROCARDIOGRAM:

Normal.

RE: Samuel Rester
October 10, 2006
Page 5

COMPLETE PULMONARY FUNCTION STUDY:

Forced vital capacity was normal, at 94% of predicted. FEV1 was 94% of predicted. FEV1/FVC ratio was 7% of predicted. Total lung capacity was 88% of predicted. Diffusion capacity was 80% of predicted. Oxygen saturation on room air by pulse oximetry was 95%. These findings indicate mild obstructive airways dysfunction.

CHEST X-RAY, SPIRAL CT SCAN, AND HRCT SCAN OF THE CHEST:

Performed on August 17, 2006, at Health Care Imaging Center in Riverside, California, and read by radiologist Daniel Powers, M.D., a certified "B-reader":

"1.    Definite parenchymal changes on prone HRCT and limited, but definite, left-sided thin paravertebral and en face pleural plaquing, consistent with the imaging diagnosis of asbestosis.

2.    No visual evidence for emphysema."

**DIAGNOSIS**:

**1.    ASBESTOSIS.**

**2.    MILD OBSTRUCTIVE AIRWAYS DYSFUNCTION.**

**SUMMARY AND DISCUSSION**:

According to Mr. Rester, when he worked as an Iron Worker in California he worked through the Iron Workers Union and had worked for many employers. He does not recall their names. He stated that he was exposed to asbestos, welding fumes, and dust, without any respiratory protection. He stated that for about three years in the 1970's, he worked for Levine Scrap Metal in Richmond, California, and was involved in the demolition of old ships, and during that process he was exposed to asbestos. He also did welding for Olivan Scrap Metal.

Mr. Rester stated that he was in the Navy from 1956 to 1958 and had exposure to asbestos. He related that as a Welder's Helper in Arkansas from 1951 to 1971 he was exposed to welding fumes and dust.

Mr. Rester stated that he has experienced shortness of breath on exertion during the last few years. He has never smoked.

RE:  Samuel Rester
October 10, 2006
Page 6

Mr. Rester underwent a thorough physical examination, and this was normal. Mr. Rester was administered a battery of diagnostic tests, including blood tests, electrocardiogram, a complete pulmonary function study, chest x-ray, spiral CT scan, and HRCT scan of the chest.  The results of these tests are noted above.

## CAUSATION:

Based upon the aforementioned information, it is evident that as a result of Mr. Rester's cumulative exposure to asbestos, he has developed asbestosis.  Mr. Rester's asbestosis has been confirmed by radiographic findings.  However, Mr. Rester's complete pulmonary function study does not show any evidence of restrictive lung disease.  Therefore, it is evident that although Mr. Rester has evidence of asbestosis, he does not have any permanent disability or work restrictions as a result at this time.

Based upon the aforementioned information, it is evident that as a result of Mr. Rester's cumulative workplace exposure to welding fumes and dust over many years during the course of his employment as an Iron Worker, he has developed mild obstructive airways dysfunction.  Mr. Rester does not have any evidence of emphysema by radiographic studies.  I should further note that he has never smoked.  Therefore, it is evident that Mr. Rester's obstructive airways dysfunction is the direct result of his cumulative workplace exposure to welding fumes and dust.

## DISABILITY STATUS:

Mr. Rester is permanent and stationary.

Subjective factors of disability:

Shortness of breath on exertion, slight.

Objective factors of disability:

Mild obstructive airways dysfunction.

## WORK RESTRICTIONS:

As a result of Mr. Rester's exertional dyspnea due to mild obstructive airways dysfunction, he is precluded from very heavy work.  Additionally, he is prophylactically precluded from exposure to inhalant irritants, including smoke, fumes, and dust.  As I

RE: Samuel Rester
October 10, 2006
Page 7

have indicated earlier in this report, I should note that although Mr. Rester has evidence of asbestosis, he does not have any permanent disability or work restrictions because he does not have any evidence of restrictive lung disease by pulmonary function testing.

**MEDICAL TREATMENT**:

Mr. Rester is in need of ongoing follow-up and treatment of his obstructive airways dysfunction. This treatment includes periodic visits to his physician's office, the need for medications, and the need for periodic diagnostic testing.

As a result of Mr. Rester's asbestosis, he clearly needs ongoing follow-up and monitoring. This includes annual physical examinations, chest x-rays, complete pulmonary function studies, and periodic HRCT scans of the chest.

**APPORTIONMENT** (pursuant to Labor Code §4663 and §4664):

There is no basis for apportionment. Mr. Rester had no preexistent pulmonary problems and had no preexisting pulmonary disability. He had no prior industrial internal medicine disability award. Additionally, I should note that Mr. Rester has never smoked. Therefore, Mr. Rester's present disability due to obstructive airways dysfunction is 100% apportionable to industrial factors and 0% to nonindustrial factors.

Mr. Rester's permanent disability due to obstructive airways dysfunction is proportionately apportionable to the duration of his employment with various employers.

Thank you for asking me to evaluate this patient, and if you should have any questions please do not hesitate to contact this office.

Sincerely,

Prakash Jay, M.D.
Qualified Medical Evaluator
Diplomate American Board of Internal Medicine
Diplomate American Board of Preventive Medicine
with Specialty in Occupational Medicine
Certified Independent Medical Examiner

PJ/ats

RE: Samuel Rester
October 10, 2006
Page 8

**Pursuant to LC 139.2, 139.3, 4628(b), 4628(j) 5703.6 & 5703 (a)(2):**
I declare under penalty of perjury that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I have indicated I received from others. As to that information, I declare under penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, that I believe it to be true.

I further declare under penalty of perjury that I personally performed the evaluation of the patient on July 28, 2006, at 3975 Jackson St., Suite 105, Riverside, California, and except as otherwise stated herein, the evaluation was performed and the time spent performing the evaluation complies with the guidelines, if any, established by the Industrial Medical Council or the Administrative Director pursuant Section 139.2 (j) (5) or Section 5307.6.

I further declare under penalty of perjury that I have not violated the provisions of L.C. Section 139.3 with regard to the evaluation of this patient or the preparation of this report.

I further declare under penalty of perjury that I personally and directly obtained the history from this patient. Thereafter, I independently examined the patient, reviewed the available records, and prepared this report. The vital statistics were taken by Patricia Acosta, C.M.A., and/or Laureen Battershill, R.C.P., R.P.F.T., R.C.P.T. All diagnostic studies were performed in this office using the equipment owned by Prakash Jay, M.D, under the direction of Prakash Jay, M.D., unless otherwise stated. Blood tests, if performed, were performed in this office by Peter Munchheimer, licensed clinical laboratory technologist, under the direction of Prakash Jay, M.D., unless otherwise stated. Echocardiogram, if performed, was performed by Gretchen Koscki, and/or Fran Aronson, specialty trained graduates in echocardiography, under the supervision of Prakash Jay, M.D. Other diagnostic tests including electrocardiogram, spirometry, holter monitoring, and blood pressure monitoring, if performed, were performed by Patricia Acosta, C.M.A. and/or Laureen Battershill, R.C.P., R.P.F.T., R.C.P.T., under the supervision of Prakash Jay, M.D. Complete Pulmonary Function testing, when indicated, is performed by Scott Johnson, Registered Pulmonary Function Technician. The interpretation of all diagnostic tests were done by Prakash Jay, M.D., unless otherwise stated. The entire report was dictated and reviewed by Prakash Jay, M.D.

Date of Report: October 10, 2006

Signature: _____ Dated: October 10, 2006
            Prakash Jay, M.D.
in Orange County, California

801 N. TUSTIN AVE. # 605
SANTA ANA, CA 92705
(714) 835-5883     FAX (714) 835-6943

FINAL SAMPLE REPORT                          Page:1

Patient Name: **RESTER, SAMUEL**              Reported:07/29/06 15:38
Patient ID: 03-09-37-SR                       Doctor: PRAKASH JAY, M.D.
DOB: 03/09/1937 AGE:69  Sex: M                Location: PRAKASH JAY, M.D., INC.
Comments:
---------------------------------------------------------------------
Lab No:    10926 Drawn:07/28/06 12:00  Tech: LAU
Comments: NON-FASTING
---------------------------------------------------------------------

| PROCEDURE | NORMAL | ABNORMAL | REFERENCE RANGE | | UNITS |
|---|---|---|---|---|---|
| **\*\*\* HEMATOLOGY \*\*\*** | | | | | |
| WHITE CELL COUNT | 5.2 | | 4.2 - | 10.8 | X1000/CUMM |
| RED CELL COUNT | 4.99 | | 4.37 - | 5.63 | MIL/CUMM |
| HEMOGLOBIN | 14.6 | | 13.5 - | 18.0 | G/DL |
| HEMATOCRIT | 43.7 | | 41.0 - | 52.0 | % |
| MCV | 87.6 | | 80.0 - | 100.0 | FL |
| MCH | 29.3 | | 27.0 - | 32.0 | PG |
| MCHC | 33.4 | | 31.0 - | 36.0 | G/DL |
| PLATELETS | 220 | | 150 - | 400 | X1000/CUMM |
| **\*\*\* CORONARY PROFILE \*\*\*** | | | | | |
| CHOLESTEROL | 200 | | 120 - | 200 | mg/dL |
| TRIGLYCERIDES | | **198** + | 35 - | 160 | mg/dL |
| HDL | 35 | | 35 - | 100 | mg/dL |
| LDL-CALCULATED | 125 | | 0 - | 130 | CALC |
| RISK FACTOR CHOLESTEROL/HDL | 5.7 | | 2.0 - | 7.0 | CALC |
| **\*\*\* COMPREHENSIVE METABOLIC PANEL \*\*\*** | | | | | |
| SODIUM | 144 | | 135 - | 148 | mmol/L |
| POTASSIUM | 4.3 | | 3.5 - | 5.5 | mmol/L |
| CHLORIDE | 102 | | 98 - | 109 | mEq/L |
| CARBON DIOXIDE | 24 | | 22 - | 33 | mEq/L |
| GLUCOSE | 87 | | 73 - | 113 | mg/dL |
| UREA NITROGEN | 11 | | 7 - | 22 | mg/dL |
| CREATININE | 1.1 | | 0.5 - | 1.4 | mg/dL |
| TOTAL PROTEIN | 7.9 | | 6.0 - | 8.5 | g/dL |
| ALBUMIN | 4.0 | | 3.5 - | 5.3 | g/dL |
| CALCIUM | 9.4 | | 8.0 - | 10.3 | mg/dL |
| ALT (SGPT) | 19 | | 5 - | 49 | U/L |

TESTING PERFORMED BY PETER MUNCHHEIMER C.L.S

PRAKASH JAY, M.D., INC.
801 N. TUSTIN AVE. # 605
SANTA ANA, CA 92705
(714) 835-5883      FAX (714) 835-6943

FINAL SAMPLE REPORT                    Page:2

Patient Name: **RESTER, SAMUEL**              Reported:07/29/06 15:38
Patient ID: 03-09-37-SR                       Doctor: PRAKASH JAY, M.D.
DOB: 03/09/1937 AGE:69  Sex: M                Location: PRAKASH JAY, M.D., INC.
Comments:
-------------------------------------------------------------------------
Lab No:    10926 Drawn:07/28/06 12:00  Tech: LAU
Comments: NON-FASTING
-------------------------------------------------------------------------

| PROCEDURE | NORMAL | ABNORMAL | REFERENCE RANGE | | UNITS |
|---|---|---|---|---|---|
| AST (SGOT) | 16 | | 9 - | 48 | U/L |
| ALK. PHOS. | 146 | | 31 - | 147 | U/L |
| TOTAL BILIRUBIN | 0.7 | | 0.0 - | 1.5 | mg/dL |
| URIC ACID | 7.5 | | 2.6 - | 7.7 | mg/dL |

*** THYROID TESTS ***

| | | | | | |
|---|---|---|---|---|---|
| Ultra TSH | 0.77 | | 0.47 - | 5.01 | uIU/mL |
| T4 | 7.1 | | 4.5 - | 12.0 | |
| T-UPTAKE | 1.01 | | 0.72 - | 1.24 | units |
| FREE THYROXINE INDEX | 7.0 | | 5.0 - | 12.0 | CALC |
| FREE T4, DIRECT | 0.90 | | 0.71 - | 1.85 | ug/dL |
| TOTAL T3 | 1.15 | | 0.51 - | 1.65 | |

TESTING PERFORMED BY PETER MUNCHHEIMER C.L.S



Name: RESTER, JAMES
Gender: Male
Age: 69    Race: Black
Height(cm): 168    Weight(lb): 197
Any Info:

Id: 081906023
Date: 08/19/06
Temp: 24    PBar: 764
Physician: JAY
Technician: SJ

| Spirometry | (BTPS) | PRED | PRE-RX BEST | PRE-RX %PRED | POST-RX BEST | POST-RX %PRED | % Chg |
|---|---|---|---|---|---|---|---|
| FVC | Liters | 3.95 | 3.69 | 93 | 3.72 | 94 | 1 |
| FEV1 | Liters | 3.08 | 2.94 | 95 | 2.88 | 94 | -2 |
| FEV1/FVC | % | 78 | 80 | | 77 | | |
| FEF25-75% | L/sec | 2.94 | 2.96 | 101 | 2.76 | 94 | -7 |
| FEF50% | L/sec | | 3.65 | | 3.47 | | -5 |
| PEF | L/sec | | 5.56 | | 3.72 | | -33 |
| MVV | L/min | | 91 | | | | |

### Lung Volumes (BTPS)

| | | PRED | BEST | %PRED |
|---|---|---|---|---|
| TLC | Liters | 6.24 | 5.51 | 88 |
| RV | Liters | 2.22 | 1.82 | 82 |
| RV/TLC | % | 35 | 33 | |
| FRC N2 | Liters | 3.26 | 2.29 | 70 |
| VC | Liters | 3.95 | 3.69 | 93 |

### Diffusion

| | | PRED | BEST | %PRED |
|---|---|---|---|---|
| DLCO | mL/mmHg/min | 28.4 | 22.8 | 80 |
| DL Adj | mL/mmHg/min | 28.4 | 22.8 | 80 |
| DLCO/VA | mL/mHg/min/L | 4.73 | 4.56 | 96 |
| DL/VA Adj | mL/mHg/min/L | | 4.56 | |
| VA | Liters | | 5.00 | |

PRE___    POST___

Comments:
Spirometry data is ACCEPTABLE and REPRODUCIBLE. SAO2 95%. 2 PUFFS ALB. MIP<-60 MEP>60

Interpretation: *Mild Obstructive Airways Dysfunction*

( ) = OUTSIDE 95% CONFIDENCE INTERVAL    Norm Set: Crapo/Hsu    Version: IVS-0101-06-2





**DISCOVERY DIAGNOSTICS** INC.

PATIENT NAME:              RESTER, SAMUEL        DOB: 03/09/37  (69 yrs old)

FILE NO.:                  47082

DATE OF TESTING:          AUGUST 17, 2006

REFERRING PHYSICIAN:      PRAKASH JAY, M.D.

## OVERALL CONCLUSIONS:

The four plain radiographic views of the chest, the supine computerized tomographic scan of the chest without iodinated contrast (spiral CT scan) and the prone high resolution, thin slice computerized tomographic scan of the lungs (HRCT) revealed:

1.  **DEFINITE PARENCHYMAL CHANGES ON PRONE HRCT AND LIMITED, BUT DEFINITE, LEFT-SIDED THIN PARAVERTEBRAL AND EN FACE PLEURAL PLAQUING, CONSISTENT WITH THE IMAGING DIAGNOSIS OF ASBESTOSIS.**

2.  **OTHER FINDINGS:**

    A)  **NO VISUAL EVIDENCE FOR EMPHYSEMA.**

    B)  **PRIOR GRANULOMATOUS DISEASE WITH CALCIFIED RIGHT HILAR LYMPH NODES, ADJACENT CALCIFIED LUNG GRANULOMAS, AND CALCIFIED SPLENIC GRANULOMAS.**

## ADDITIONAL COMMENTS:

This is a classic case of how the chest radiograph shows equivocal to negative evidence for interstitial disease, but the prone HRCT is able to show very visually obvious interstitial disease at the posterior lung bases along with very thin, but definite, left-sided pleural plaquing – meaning that the chest x-ray was a false negative with the HRCT proving the positive nature of the findings.

## DISCUSSION:

The PA upright chest x-ray (CXR) gives an overview of the thorax for plaquing, interstitial/parenchymal changes, nodules and/or other masses, effusions and diffuse pleural changes. However the chest wall, pleura, hila, mediastinum and lung parenchyma are superimposed and thus, findings may be missed, underestimated or overlapping and difficult to separate out from one another.  Oblique views of the chest allow for additional analysis of the chest walls.

Discovery Diagnostics, Inc.
**Providing Statewide Diagnostic Imaging Services and Second Opinions**
Administrative Offices: 6200 Wilshire Blvd., Suite 1006, Los Angeles, CA 90048
(323) 933-5100 • (800) 222-6768   • Fax Numbers: (323) 933-5847 • (800) 272-2713

RE:   RESTER, SAMUEL
Asbestos Overall Conclusions
August 17, 2006
Page 2

**DISCUSSION: – (continued)**

The supine computerized tomographic scan of the chest without iodinated contrast (spiral CT scan) is designed to screen for pleural plaquing and differentiate extra-pleural fat from pleural plaques. It also looks for pulmonary nodules suggestive for carcinoma, rounded atelectasis, mesotheliomas and pleural effusions. Compared with plain radiographs, it is better able to separate out the chest wall, pleura, hila, mediastinum and lung parenchyma for improved delineation of individual findings. It is superior to plain radiographs for the detection of calcification within plaques.  Should interstitial fibrosis be a concern, then prone HRCT would be necessary because the spiral CT scan is performed with relatively thick slices (5 mm thick, 5 mm apart) and in the supine position, leading to dependent density where the blood pools in the posterior aspects of the lungs causing increased density, the areas most often the location of interstitial fibrosis caused by asbestosis.

The prone high resolution, thin slice computerized tomographic scan of the lungs (HRCT) is designed to evaluate the chest for interstitial fibrosis, given its thin slices (1.0 mm thick). Improved resolution, but lesser screening for pleural plaque formation and improved pulmonary nodule characterization, if specifically scanned, is afforded by this technique.

**PROCEDURE:**

All three studies - the plain radiographs, supine spiral CT and prone HRCT were obtained at **HEALTHCARE IMAGING CENTER (RIVERSIDE, CALIFORNIA)** by Tony Marchbanks, CRT, ARRT. The supine spiral CT and prone HRCT studies were performed on a General Electric, Hi-Speed spiral CT scanner.

Statement Regarding Section 139.3 of the Labor Code and Truth in Reporting:
Under penalty of perjury, the above diagnostic imaging studies and report have not been obtained in knowing violation of Labor Code Section 139.3 and the contents of the report are true and correct to the best knowledge of the signing physician below.

Mailing Notice and Lien Settlement Request – Please add Discovery Diagnostics, Inc. (DD) to the address list for service of all notices of conferences, MSC's and hearings before the WCAB. DD is advising the WCAB that it may not appear at hearings or MSC's for the case in chief; however, in accordance with Procedures set forth in the Policy and Procedural Manual Index No. 6.610 effective 2/1/95, DD requests defendants to have full authority to resolve DD's lien by contacting DD's office and asking to speak with a DD "lien negotiator".

Daniel Powers, M.D.
Diagnostic Radiologist
American Board of Radiology Certified
Federal Government Certified "B-Reader"
California License #G034426

DP:lz/gs

# DISCOVERY
# DIAGNOSTICS INC.

6200 WILSHIRE BLVD. #1008, LOS ANGELES, CA 90048
(323) 933-5100 or (800) 222-6768

**PERSON'S NAME AND AGE:**

Samuel Rester   69 years old

**FILE NUMBER:**

47082

**FACILITY:**

Healthcare Imaging (Riverside, CA.)

**X-RAY TECHNOLOGIST:**

Tony Marchbank, CRT, ARRT

**REFERRING PHYSICIAN:**

Prakash Jay, MD

| 1A. DATE OF X-RAY | 1B. FILM QUALITY ON PA VIEW | 1C. IS FILM COMPLETELY NEGATIVE? |
|---|---|---|

**1A. DATE OF X-RAY**

MONTH 0 8 | DAY 1 [X] | YEAR 0 6

4 FILMS

**1B. FILM QUALITY ON PA VIEW**   1  2 [X]   *If Not Grade 1, Give Reason:*

- Overexposed (dark)
- [X] Underexposed (light)
- [X] Lateral Chest Walls
- Artifacts
- Other ___
- Rotation
- Poor Contrast
- Poor Processing
- [X] Underinflation
- Mottle
- Scapulae

**1C. IS FILM COMPLETELY NEGATIVE?**

YES       NO [X]   PROCEED TO SECTION 2

---

**2A.  ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**    YES [X]  COMPLETE 2B and 2C    NO    PROCEED TO SECTION 3

**2B. SMALL OPACITIES**

a. SHAPE/SIZE

| PRIMARY | SECONDARY |
|---|---|
| [X] | [X] |

b. ZONES   R   L

| | R | L |
|---|---|---|
| UPPER | | |
| MIDDLE | [X] | [X] |
| LOWER | [X] | [X] |

c. PROFUSION

[X]

**2C. LARGE OPACITIES**

SIZE [X] A B C   PROCEED TO SECTION 3A

---

**3A.  ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**    YES   COMPLETE 3B, 3C, and 3D    NO [X]   PROCEED TO SECTION 4

**3B. PLEURAL PLAQUES** *(mark site, calcification, extent, and width)*

| Chest wall | Site | Calcification | Extent (chest wall; combined for in profile and face on) Up to 1/4 of lateral chest wall = 1 1/4 to 1/2 of lateral chest wall = 2 > 1/2 of lateral chest wall = 3 | Width (in profile only) (3mm minimum width required 3 to 5 mm = a 5 to 10 mm = b > 10 mm = c |
|---|---|---|---|---|
| In profile | | | | |
| Face on | | | | |
| Diaphragm | | | | |
| Other site(s) | | | | |

**3C.  COSTOPHRENIC ANGLE OBLITERATION**       PROCEED TO SECTION 3D    NO    PROCEED TO SECTION 4A

**3D. DIFFUSE PLEURAL THICKENING** *(mark site, calcification, extent, and width)*

| Chest wall | Site | Calcification | Extent (chest wall; combined for in profile and face on) Up to 1/4 of lateral chest wall = 1 1/4 to 1/2 of lateral chest wall = 2 > 1/2 of lateral chest wall = 3 | Width (in profile only) (3mm minimum width required 3 to 5 mm = a 5 to 10 mm = b > 10 mm = c |
|---|---|---|---|---|
| In profile | | | | |
| Face on | | | | |

**Page 1 of 2  CXR**

**PERSON'S NAME AND AGE:**      **CASE NUMBER:**

Samuel Rester   69 years old       47082

DANIEL POWERS, M.D.
B READER
AMERICAN BOARD OF RADIOLOGY CERTIFIED
CALIFORNIA MEDICAL LICENSE # G 34426

**DISCOVERY DIAGNOSTICS INC.**
6200 WILSHIRE BLVD. #1008, LOS ANGELES, CA 90048
(323) 933-5100 or (800) 222-6768

| | |
|---|---|
| **4A.**   **ANY OTHER ABNORMALITIES?**    YES   ☒ COMPLETE 4B, 4C, 4D, 4E | NO |

**4B.**   **OTHER SYMBOLS (OBLIGATORY)**

☒

Other diseases or significant abnormalities

Date Personal Physician or Worker Notified? ☒

| MONTH | DAY | YEAR |
|---|---|---|
| | | |

**4C.**    **MARK ALL BOXES THAT APPLY:**

**Abnormalities of the Diaphragm**
- [ ] Eventration
- [ ] Prominent muscles slips
- [ ] Hiatal hernia

**Airway Disorders**
- [ ] Hyperinflation
- [ ] Bronchovascular markings, heavy or increased

**Bony Abnormalities**
- [ ] Bony chest cage abnormality
- [ ] Scoliosis
- [ ] Vertebral body compression fracture
- [ ] Kyphosis
- [ ] Clavicle fracture
- [ ] AC joint/glenohumeral joint abnormalities
- [ ] Vertebral column deteriorative changes which can include bony spurring, disc space narrowing, vacuum disc phenomenon and/or calcified disc

**Lung Parenchymal Abnormalities**
- [ ] Azygos lobe
- [ ] Nodule, nodular lesion
- [ ] Infiltrate/Consolidation
- [ ] Other lung density

**Miscellaneous Abnormalities**
- [ ] Post-surgical changes/sternal wire
- [ ] Pacemaker
- [ ] Shorter pacemaker lead, curved upwards
- [ ] Foreign body
- [ ] Prominent fatty deposition involving the mediastinum or cardiophrenic fat pads

**Vascular Disorders**
- [ ] Anomaly of Aorta
- [ ] Vascular abnormality

**4D.**    **OTHER COMMENTS** _____

_____

_____

_____

_____

_____

_____

**4E. SHOULD PERSON SEE PERSONAL PHYSICIAN BECAUSE OF FINDINGS IN SECTIONS 4B, 4C, 4D?**   ☒   (UNLESS CLINICALLY INDICATED)

☒ NO PLAIN RADIOGRAPHIC EVIDENCE FOR ASBESTOSIS AT THIS TIME.

[ ] PLEURAL PLAQUE FORMATION CONSISTENT WITH PRIOR ASBESTOS EXPOSURE.

[ ] PARENCHYMAL CHANGES HAVING THE APPEARANCE AND DISTRIBUTION OF ASBESTOSIS.

[ ] PARENCHYMAL CHANGES AND PLEURAL PLAQUING CONSISTENT WITH THE RADIOGRAPHIC DIAGNOSIS OF ASBESTOSIS.

**B-READER PHYSICIAN:** _____

Page 2 of 2   CXR

| 47082 | Samuel Rester 69 years old | Healthcare Imaging (Riverside, CA.) |

**DANIEL POWERS, M.D.**
B READER
AMERICAN BOARD OF RADIOLOGY CERTIFIED
CALIFORNIA MEDICAL LICENSE # G 34426

| **1A. DATE OF CT** | **1B. SCANNER** | **1C. IS STUDY COMPLETELY NEGATIVE?** |
|---|---|---|
| MONTH 0 8 DAY 1 7 YEAR 0 6 | GENERAL ELECTRIC, HI SPEED SPIRAL CT/i SUPINE 5mm THICK SLICES, 5mm APART | YES    NO X  Proceed to Section 2 |

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**   YES   COMPLETE 2B and 2C   NO X PROCEED TO SECTION 3

**2B. SMALL OPACITIES**

a. NO VISUALIZED INTERSTITIAL CHANGES—SUGGEST PRONE HRCT TO EXCLUDE MILD DISEASE  X

b. DEPENDENT DENSITY MAKING MILD DISEASE DIFFICULT TO IDENTIFY—SUGGEST PRONE HRCT

c. MODERATE DISEASE

d. SEVERE DISEASE

**2C. NODULES/MASSES**   SITE

| | | |
|---|---|---|
| NON-CALCIFIED NODULES UNDER 5mm | | X |
| NON-CALCIFIED NODULES ≥ 5mm | 3 | X |
| PROBABLE CALCIFIED GRANULOMA(S) | | X |
| ROUNDED ATELECTASIS | | X |
| CICATRICIAL MASS | | X |

PROCEED TO SECTION 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**   YES X   COMPLETE 3B, 3C, and 3D   NO   PROCEED TO SECTION 4

**3B. PLEURAL PLAQUES** (mark site, calcification, extent, and width)

| Chest wall | Site | Calcification | Extent (chest wall; combined for in profile and face on) Up to 1/4 of lateral chest wall = 1  1/4 to 1/2 of lateral chest wall = 2  > 1/2 of lateral chest wall = 3 | Width (in profile only) 1 to 5 mm = a  5 to 10 mm = b  > 10 mm = c |
|---|---|---|---|---|
| In profile | X R L | X R L | | |
| Face on | O R L | X R L | | |
| Diaphragm | X R L | X R L | O R L  1 2 3 | X R L a b c |
| Other site(s) | O R X | X R L | O R X  2 3 | X R L a b c |

**3C. COSTOPHRENIC ANGLE OBLITERATION**   PLEURAL/MEDIAL 7th → 9th   O R L   PROCEED TO SECTION 3D   NO X   PROCEED TO SECTION 4A

**3D. DIFFUSE PLEURAL THICKENING** (mark site, calcification, extent, and width)

| Chest wall | Site | Calcification | Extent | Width |
|---|---|---|---|---|
| In profile | O R L | O R L | O P 2 3 | O R L a b c |
| Face on | O R L | O R L | O 1 2 3 | O R L a b c |

**4A. ANY OTHER ABNORMALITIES?**   YES X   COMPLETE 4B, 4C, 4D, 4E   NO

**4B. OTHER SYMBOLS (OBLIGATORY)**

O O O O O O X O O O O O O O O O O O O O X(R) O O O O O O O O

Other diseases or significant abnormalities

Date Personal Physician or Worker Notified?   MONTH   DAY   YEAR

**4C/D. OTHER COMMENTS?**

(1) PLAQUING IS VERY THIN

(2) #25 → PROBABLY BRANCHING VESSEL RATHER THAN NODULE ON (R).

**4E. SHOULD PERSON SEE PERSONAL PHYSICIAN BECAUSE OF FINDINGS IN SECTIONS 4B, 4C, 4C(2), 4D?**   X (UNLESS CLINICALLY INDICATED)

DISCOVERY DIAGNOSTICS INC.
6200 WILSHIRE BLVD. #1008, LOS ANGELES, CA 90048
(323) 933-5100 or (800) 222-6768

**PERSON'S NAME AND AGE:**

Samuel Resrter 69 years old

**FILE NUMBER:**

47082

**4C(2).   ANY OTHER ABNORMALITIES?**   YES ☒   NO

**DANIEL POWERS, M.D.**
B READER
AMERICAN BOARD OF RADIOLOGY CERTIFIED
CALIFORNIA MEDICAL LICENSE # G 34426

**MARK ALL BOXES THAT APPLY:**

**Abnormalities of the Diaphragm**
- ☐ Eventration
- ☐ Hiatal Hernia

**Airway Disorders**
- ☐ Thickened Bronchial walls   ☐ Mucous Plugging
- ☐ Bronchiectasis

**Bony Abnormalities**
- ☐ Scoliosis
- ☐ Vertebral column deteriorative changes which can include bony spurring, disc space narrowing, vacuum disc phenomenon and/or calcified disc
- ☐ Costovertebral Joint Deteriorative Changes
- ☐ Vertebral body spurring or calcified ligamentum flava encroaching into neuroforamina of spinal canal
- ☐ Facet Joint Deteriorative Changes
- ☐ Schmorl's Node(s)

**Vascular Disorders**
- ☐ Anomoly of Aorta
- ☐ Vascular abnormality
- ☐ Coronary Artery Calcifications
  - ☐ Limited  ☐ Moderate  ☐ Dense/Severe

**Abdominal Abnormalities**

**Abnormalities of the Liver**
- ☐ Rounded Low Density Lesions  ☐ Calcified Granulomas  ☐ Fatty Infiltration

**Abnormalities of the Spleen**
- ☒ Calcified Granulomas  ☐ Small Splenic Size  ☐ Elongated/Enlarged Splenic Size

**Abnormalities of the Adrenal Glands**
- ☐ Right  ☐ Left  ☐ Hyperplasia/Diffuse Enlargement  ☐ Focal Mass

**Abnormalities of the Gall Bladder**
- ☐ Distended  ☐ Sludge  ☐ Calcified Stone(s)  ☐ S/P Cholecystectomy

**Abnormalities of the Kidneys**
- ☐ Right  ☐ Left  ☐ Apparent low density "cysts"  ☐ High density masss
- ☐ Isodense or heterogeneous mass  ☐ Rim calcified mass  ☐ Stone(s)/Nephrolithiasis

**Lung Parenchymal Abnormalities**
- ☐ Azygos Lobe
- ☐ Infiltrate/Consolidation
- ☐ Nodule, Nodular Lesion
- ☐ Volume Loss
- ☐ Mediastinal Shift to ☐ Right or ☐ Left
- ☐ Paravertebral Atelectasis/Scarring to ☐ Right or ☐ Left
- ☐ Emphysema
  - ☐ Centrilobular  ☐ Paraseptal  ☐ Panlobular  ☐ Paracicatricial

**Miscellaneous Abnormalities**
- ☐ Foreign Body
- ☐ Post-surgical Changes/Sternal Wire
- ☐ Pacemaker
- ☐ Prominent fatty deposition involving the mediastinum or cardiophrenic fat pads
- ☐ Extra-pleural chest wall fatty deposition
- ☒ Calcified Lymph Nodes  3c/31
  - ☐ Pretracheal ☒ Right Hilar ☐ Left Hilar
  - ☐ Subcarinal ☐ Para-aortic ☐ Other

6200 WILSHIRE BLVD. #1008, LOS ANGELES, CA 90048
(323) 933-5100 or (800) 222-6768
**DISCOVERY** DIAGNOSTICS INC.

- ☐ NO CT EVIDENCE FOR ASBESTOSIS AT THIS TIME.
- ☒ (D)SIDED VERY THIN PLEURAL PLAQUE FORMATION CONSISTENT WITH PRIOR ASBESTOS EXPOSURE.
- ☐ PARENCHYMAL CHANGES HAVING THE APPEARANCE AND DISTRIBUTION OF ASBESTOSIS.
- ☐ PARENCHYMAL CHANGES AND PLEURAL PLAQUING CONSISTENT WITH THE CT DIAGNOSIS OF ASBESTOSIS.

**B-READER PHYSICIAN:**   _____ MD

**FILE NUMBER:** 47082 — **PERSON'S NAME AND AGE:** Samuel Rester 69 years old — **FACILITY:** Healthcare Imaging (Riverside, CA.)

**DANIEL POWERS, M.D.**
B READER
AMERICAN BOARD OF RADIOLOGY CERTIFIED
CALIFORNIA MEDICAL LICENSE # G 34426

| 1A. DATE OF HRCT | 1B. SCANNER | 1C. IS STUDY COMPLETELY NEGATIVE? |
|---|---|---|
| MONTH 0 8 DAY 1 7 0 6 | GENERAL ELECTRIC HI-SPEED CT / PRONE 1mm THICK SLICES | YES · NO X Proceed to Section 2 |

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** — YES X COMPLETE 2B and 2C — NO PROCEED TO SECTION 3

**2B. SMALL OPACITIES**  SITE

| | EXTENT | EXTENT |
|---|---|---|
| INTRALOBULAR INTERSTITIAL THICKENING | X | X |
| INTERLOBULAR SEPTAL THICKENING | X | X |
| NON-DEPDT. SUBPLEURAL LINE FORMATION | X | X |
| PARENCHYMAL BANDS | X | X |
| HONEYCOMBING | | |
| GROUND GLASS AREAS | | |

(handwritten near top: 1|1 → 1|7)

**2C. NODULES/MASSES**  SITE

| | |
|---|---|
| NON-CALCIFIED NODULES UNDER 5mm | |
| NON-CALCIFIED NODULES ≥ 5mm | |
| PROBABLE CALCIFIED GRANULOMA(S) | 1|1 |
| ROUNDED ATELECTASIS | |
| CICATRICIAL MASS | |

(handwritten: 1|3)

PROCEED TO SECTION 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** — YES X COMPLETE 3B, 3C, and 3D — NO PROCEED TO SECTION 4

**3B. PLEURAL PLAQUES** *(mark site, calcification, extent, and width)*

Chest wall — Site / Calcification / Extent *(chest wall; combined for in profile and face on)* — Width *(in profile only)*

Extent: Up to 1/4 of lateral chest wall = 1; 1/4 - 1/2 of lateral chest wall = 2; > 1/2 of lateral chest wall = 3

Width: 1 to 5 mm = a; 5 to 10 mm = b; > 10 mm = c

In profile — O R L | O R L
Face on — O R L X | O R L
Diaphragm — X R L | O R L  (handwritten 1|3/4)
Other site(s) — O R L X | O R L  (PARAVERTEBRAL)

**3C. COSTOPHRENIC ANGLE OBLITERATION** — PROCEED TO SECTION 3D — NO X PROCEED TO SECTION 4A

**3D. DIFFUSE PLEURAL THICKENING** *(mark site, calcification, extent, and width)*

Chest wall — Site / Calcification / Extent / Width
In profile — O R L | | | O R L | a b c
Face on — O R L | | | O R L | a b c

**4A. ANY OTHER ABNORMALITIES?** — YES X COMPLETE 4B, 4C, 4D, 4E — NO

**4B. OTHER SYMBOLS (OBLIGATORY)**

[ at bx ca cg cn co cp cv di ef em es fr hi ho id ih kl me pa pb pi px ra rp tb ... ]  (ca marked X)

Other diseases or significant abnormalities _____

Date Personal Physician or Worker Notified?  MONTH | DAY | YEAR

**4C/D. OTHER COMMENTS?**
_____
_____
_____
_____
_____

**4E. SHOULD PERSON SEE PERSONAL PHYSICIAN BECAUSE OF FINDINGS IN SECTIONS 4B, 4C, 4C(2), 4D?** — X (UNLESS CLINICALLY INDICATED)

DISCOVERY DIAGNOSTICS INC.
6200 WILSHIRE BLVD. #1008, LOS ANGELES, CA 90048
(323) 933-5100 or (800) 222-6768

**PERSON'S NAME AND AGE:**     **FILE NUMBER:**

Samuel Rester  69 years old                    47082

| 4C(2).   ANY OTHER ABNORMALITIES?   YES ☒ | NO |

**DANIEL POWERS, M.D.**
B READER
AMERICAN BOARD OF RADIOLOGY CERTIFIED
CALIFORNIA MEDICAL LICENSE # G 34426

**MARK ALL BOXES THAT APPLY:**

**Abnormalities of the Diaphragm**
- ☐ Eventration
- ☐ Hiatal Hernia

**Airway Disorders**
- ☐ Thickened Bronchial walls   ☐ Mucous Plugging
- ☐ Bronchiectasis

**Bony Abnormalities**
- ☐ Scoliosis
- ☐ Vertebral column deteriorative changes which can include bony spurring, disc space narrowing, vacuum disc phenomenon and/or calcified disc
- ☐ Costovertebral Joint Deteriorative Changes
- ☐ Vertebral body spurring or calcified ligamentum flava encroaching into neuroforamina of spinal canal
- ☐ Facet Joint Deteriorative Changes
- ☐ Schmorl's Node(s)

**Vascular Disorders**
- ☐ Anomoly of Aorta
- ☐ Vascular abnormality
- ☐ Coronary Artery Calcifications
  - ☐ Limited   ☐ Moderate   ☐ Dense/Severe

**Lung Parenchymal Abnormalities**
- ☐ Azygos Lobe
- ☐ Infiltrate/Consolidation
- ☐ Nodule, Nodular Lesion
- ☐ Volume Loss
- ☐ Mediastinal Shift to ☐ Right or ☐ Left
- ☐ Paravertebral Atelectasis/Scarring to ☐ Right or ☐ Left
- ☐ Emphysema
  - ☐ Centrilobular   ☐ Paraseptal   ☐ Panlobular   ☐ Paracicatricial

**Miscellaneous Abnormalities**
- ☐ Foreign Body
- ☐ Post-surgical Changes/Sternal Wire
- ☐ Pacemaker
- ☐ Prominent fatty deposition involving the mediastinum or cardiophrenic fat pads
- ☐ Extra-pleural chest wall fatty deposition
- ☒ Calcified Lymph Nodes
  - ☐ Pretracheal  ☒ Right Hilar  ☐ Left Hilar
  - ☐ Subcarinal  ☐ Para-aortic  ☐ Other

**Abdominal Abnormalities**

**Abnormalities of the Liver**
- ☐ Rounded Low Density Lesions  ☐ Calcified Granulomas  ☐ Fatty Infiltration

**Abnormalities of the Spleen**
- ☒ Calcified Granulomas  ☐ Small Splenic Size  ☐ Elongated/Enlarged Splenic Size

**Abnormalities of the Adrenal Glands**
- ☐ Right  ☐ Left  ☐ Hyperplasia/Diffuse Enlargement  ☐ Focal Mass

**Abnormalities of the Gall Bladder**
- ☐ Distended  ☐ Sludge  ☐ Calcified Stone(s)  ☐ S/P Cholecystectomy

**Abnormalities of the Kidneys**
- ☐ Right  ☐ Left  ☐ Apparent low density "cysts"  ☐ High density masss
- ☐ Isodense or heterogeneous mass  ☐ Rim calcified mass  ☐ Stone(s)/Nephrolithiasis

**DISCOVERY DIAGNOSTICS INC.**
6200 WILSHIRE BLVD. #1008, LOS ANGELES, CA 90048
(323) 933-5100 or (800) 222-6768

- ☐ NO HRCT EVIDENCE FOR ASBESTOSIS AT THIS TIME .
- ☐ PLEURAL PLAQUE FORMATION CONSISTENT WITH PRIOR ASBESTOS EXPOSURE.
- ☐ PARENCHYMAL CHANGES HAVING THE APPEARANCE AND DISTRIBUTION OF ASBESTOSIS.
- ☒ PARENCHYMAL CHANGES AND PLEURAL PLAQUING CONSISTENT WITH THE HRCT DIAGNOSIS OF ASBESTOSIS.   *DEFINITE THIN (L) PARENCHYMAL + ENFACE*

**B-READER PHYSICIAN:** _____



# DISCOVERY DIAGNOSTICS INC.

PATIENT NAME:         RESTER, SAMUEL        DOB: 03/09/37  (69 yrs old)

FILE NO.:             47082

DATE OF TESTING:      AUGUST 17, 2006

REFERRING PHYSICIAN:  PRAKASH JAY, M.D.

## OVERALL CONCLUSIONS:

The four plain radiographic views of the chest, the supine computerized tomographic scan of the chest without iodinated contrast (spiral CT scan) and the prone high resolution, thin slice computerized tomographic scan of the lungs (HRCT) revealed:

1.   **DEFINITE PARENCHYMAL CHANGES ON PRONE HRCT AND LIMITED, BUT DEFINITE, LEFT-SIDED THIN PARAVERTEBRAL AND EN FACE PLEURAL PLAQUING, CONSISTENT WITH THE IMAGING DIAGNOSIS OF ASBESTOSIS.**

2.   **OTHER FINDINGS:**

     A)   **NO VISUAL EVIDENCE FOR EMPHYSEMA.**

     B)   **PRIOR GRANULOMATOUS DISEASE WITH CALCIFIED RIGHT HILAR LYMPH NODES, ADJACENT CALCIFIED LUNG GRANULOMAS, AND CALCIFIED SPLENIC GRANULOMAS.**

## ADDITIONAL COMMENTS:

This is a classic case of how the chest radiograph shows equivocal to negative evidence for interstitial disease, but the prone HRCT is able to show very visually obvious interstitial disease at the posterior lung bases along with very thin, but definite, left-sided pleural plaquing – meaning that the chest x-ray was a false negative with the HRCT proving the positive nature of the findings.

## DISCUSSION:

The PA upright chest x-ray (CXR) gives an overview of the thorax for plaquing, interstitial/parenchymal changes, nodules and/or other masses, effusions and diffuse pleural changes. However the chest wall, pleura, hila, mediastinum and lung parenchyma are superimposed and thus, findings may be missed, underestimated or overlapping and difficult to separate out from one another.  Oblique views of the chest allow for additional analysis of the chest walls.

Discovery Diagnostics, Inc.
**Providing Statewide Diagnostic Imaging Services and Second Opinions**
Administrative Offices: 6200 Wilshire Blvd., Suite 1006, Los Angeles, CA 90048
(323) 933-5100 • (800) 222-6768   • Fax Numbers: (323) 933-5847 • (800) 272-2713

RE:   RESTER, SAMUEL
Asbestos Overall Conclusions
August 17, 2006
Page 2

**DISCUSSION:** – (continued)

The supine computerized tomographic scan of the chest without iodinated contrast (spiral CT scan) is designed to screen for pleural plaquing and differentiate extra-pleural fat from pleural plaques. It also looks for pulmonary nodules suggestive for carcinoma, rounded atelectasis, mesotheliomas and pleural effusions. Compared with plain radiographs, it is better able to separate out the chest wall, pleura, hila, mediastinum and lung parenchyma for improved delineation of individual findings. It is superior to plain radiographs for the detection of calcification within plaques. Should interstitial fibrosis be a concern, then prone HRCT would be necessary because the spiral CT scan is performed with relatively thick slices (5 mm thick, 5 mm apart) and in the supine position, leading to dependent density where the blood pools in the posterior aspects of the lungs causing increased density, the areas most often the location of interstitial fibrosis caused by asbestosis.

The prone high resolution, thin slice computerized tomographic scan of the lungs (HRCT) is designed to evaluate the chest for interstitial fibrosis, given its thin slices (1.0 mm thick). Improved resolution, but lesser screening for pleural plaque formation and improved pulmonary nodule characterization, if specifically scanned, is afforded by this technique.

**PROCEDURE:**

All three studies - the plain radiographs, supine spiral CT and prone HRCT were obtained at **HEALTHCARE IMAGING CENTER (RIVERSIDE, CALIFORNIA)** by Tony Marchbanks, CRT, ARRT. The supine spiral CT and prone HRCT studies were performed on a General Electric, Hi-Speed spiral CT scanner.

Statement Regarding Section 139.3 of the Labor Code and Truth in Reporting:
Under penalty of perjury, the above diagnostic imaging studies and report have not been obtained in knowing violation of Labor Code Section 139.3 and the contents of the report are true and correct to the best knowledge of the signing physician below.

Mailing Notice and Lien Settlement Request – Please add Discovery Diagnostics, Inc. (DD) to the address list for service of all notices of conferences, MSC's and hearings before the WCAB. DD is advising the WCAB that it may not appear at hearings or MSC's for the case in chief; however, in accordance with Procedures set forth in the Policy and Procedural Manual Index No. 6.610 effective 2/1/95, DD requests defendants to have full authority to resolve DD's lien by contacting DD's office and asking to speak with a DD "lien negotiator".

Daniel Powers, M.D.
Diagnostic Radiologist
American Board of Radiology Certified
Federal Government Certified "B-Reader"
California License #G034426

DP:lz/gs



# DISCOVERY
# DIAGNOSTICS INC.

6200 WILSHIRE BLVD. #1008, LOS ANGELES, CA 90048
(323) 933-5100 or (800) 222-6768

**PERSON'S NAME AND AGE:**

Samuel Rester   69 years old

**FILE NUMBER:**

47082

**FACILITY:**

Healthcare Imaging (Riverside, CA.)

**X-RAY TECHNOLOGIST:**

Tony Marchbank, CRT, ARRT

**REFERRING PHYSICIAN:**

Prakash Jay, MD

---

**1A. DATE OF X-RAY**

| MONTH | DAY | YEAR |
|-------|-----|------|
| 0 8 | 1 ? 0 | 0 6 |

____4____ FILMS

**1B. FILM QUALITY ON PA VIEW**   1  2  [X]  U/R   *If Not Grade 1, Give Reason:*

- [ ] Overexposed (dark)
- [X] Underexposed (light)
- [X] Lateral Chest Walls
- [ ] Artifacts
- [ ] Other
- [ ] Rotation
- [ ] Poor Contrast
- [ ] Poor Processing
- [X] Underinflation
- [ ] Mottle
- [ ] Scapulae

**1C. IS FILM COMPLETELY NEGATIVE?**

YES [ ]   NO [X]

PROCEDE TO SECTION 2

---

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**   YES [X] COMPLETE 2B and 2C   NO [ ] PROCEED TO SECTION 3

**2B. SMALL OPACITIES**

a. SHAPE/SIZE

| PRIMARY | SECONDARY |
|---------|-----------|
| p [X] | p  s |
| q  t | q [X] |
| r  u | r  u |

b. ZONES

|  | R | L |
|--|---|---|
| UPPER |  |  |
| MIDDLE | [X] | [X] |
| LOWER | [X] | [X] |

c. PROFUSION

| 0/- | 0/0 | 0/1 |
| 1/0 | 1/1 | 1/2 |
| 2/1 [X] | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/+ |

**2C. LARGE OPACITIES**

SIZE  [X] A  B  C   PROCEED TO SECTION 3A

---

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**   YES [ ] COMPLETE 3B, 3C, and 3D   NO [X] PROCEED TO SECTION 4

**3B. PLEURAL PLAQUES** *(mark site, calcification, extent, and width)*

| Chest wall | Site | Calcification | Extent *(chest wall; combined for in profile and face on)* Up to 1/4 of lateral chest wall = 1 / 1/4 to 1/2 of lateral chest wall = 2 / > 1/2 of lateral chest wall = 3 | Width *(in profile only)* (3mm minimum width required) 3 to 5 mm = a / 5 to 10 mm = b / > 10 mm = c |
|------------|------|---------------|--------|-------|
| In profile | O R L | O R L | O R  1 2 3    O L  1 2 3 | O R  a b c    O L  a b c |
| Face on | O R L | O R L | | |
| Diaphragm | O R L | | | |
| Other site(s) | O R L | O R L | | |

**3C. COSTOPHRENIC ANGLE OBLITERATION**   R  L   PROCEED TO SECTION 3D   NO [ ] PROCEED TO SECTION 4A

**3D. DIFFUSE PLEURAL THICKENING** *(mark site, calcification, extent, and width)*

| Chest wall | Site | Calcification | Extent *(chest wall; combined for in profile and face on)* Up to 1/4 of lateral chest wall = 1 / 1/4 to 1/2 of lateral chest wall = 2 / > 1/2 of lateral chest wall = 3 | Width *(in profile only)* (3mm minimum width required) 3 to 5 mm = a / 5 to 10 mm = b / > 10 mm = c |
|------------|------|---------------|--------|-------|
| In profile | O R L | O R L | O R  1 2 3    O L  1 2 3 | O R  a b c    O L  a b c |
| Face on | O R L | O R L | | |

Discovery Diagnostics, Inc.
6200 Wilshire Blvd., #1006
Los Angeles, Ca 90048
(323) 933-5100
WCAB: LBO 370152


PROOF OF SERVICE BY MAIL
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.
I am over the age of 18 and not a party to the within action; my
business address is 6200 WILSHIRE BLVD., #1006, LOS ANGELES, CA 90048.

On September 11, 2006, I served the foregoing document described as

    SAMUEL D. RESTER VS. VARIOUS
    BILL, REPORT & GREEN LIEN

on the parties listed below in this action by placing a true copy
thereof enclosed in a sealed envelope with postage thereon fully
prepaid in the United States mail at: Los Angeles, California,
addressed as follows:

| | |
|---|---|
| Ned  Gaylord, Esq.<br>4001 Atlantic Avenue<br><br>Long Beach Ca 90807 | Adelson, Testan, Brundo & Popa<br>100 Oceangate<br>Suite 830<br>Long Beach Ca 90802 |
| Aig Claims Service<br>South Coast Metro<br>1 Macarthur Place #400<br>Santa Ana Ca 92707 | Argonaut Insurance Co.<br>Abestos Unit<br>101 California Ste#1150<br>San Francisco Ca 94111 |
| W.C.A.B.<br>Arco Ctr, 300 Oceangate<br>Rm 202<br>Long Beach Ca 90802 | Liberty Mutual Insurance<br>333 City Blvd West<br>Suite # 500<br>Orange Ca 92868-1020 |

(BY MAIL) I caused such envelope with postage thereon fully prepaid
be placed in the United States mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of
California that the above is true and correct, to the best of my
knowledge.

File:    47082

by: Amy Cosio



# DISCOVERY DIAGNOSTICS INC.

6200 WILSHIRE BLVD. #1008, LOS ANGELES, CA 90048
(323) 933-5100 or (800) 222-6768

**PERSON'S NAME AND AGE:**

Samuel Rester   69 years old

**FILE NUMBER:**

47082

**FACILITY:**

Healthcare Imaging (Riverside, CA.)

**X-RAY TECHNOLOGIST:**

Tony Marchbank, CRT, ARRT

**REFERRING PHYSICIAN:**

Prakash Jay, MD

---

**1A. DATE OF X-RAY**

| MONTH | DAY | YEAR |
|-------|-----|------|
| 0 8 | 1 1 7 0 | 0 6 |

4 FILMS

**1B. FILM QUALITY ON PA VIEW**  [1] [2] [☒] [U/R]   *If Not Grade 1, Give Reason:*

- [ ] Overexposed (dark)
- [☒] Underexposed (light)
- [☒] Lateral Chest Walls
- [ ] Artifacts
- [ ] Other

- [ ] Rotation
- [ ] Poor Contrast
- [ ] Poor Processing

- [☒] Underinflation
- [ ] Mottle
- [ ] Scapulae

**1C. IS FILM COMPLETELY NEGATIVE?**
YES [ ]   NO [☒]
PROCEED TO SECTION 2

---

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**   YES [☒] COMPLETE 2B and 2C   NO [ ] PROCEED TO SECTION 3

**2B. SMALL OPACITIES**

a. SHAPE/SIZE

| PRIMARY | SECONDARY |
|---------|-----------|
| p [☒] | p s |
| q t | q [☒] |
| r u | r u |

b. ZONES

| | R | L |
|---|---|---|
| UPPER | [☒] | [☒] |
| MIDDLE | [☒] | [☒] |
| LOWER | [☒] | [☒] |

c. PROFUSION

| 0/- | 0/0 | 0/1 |
|-----|-----|-----|
| [☒] | 1/1 | 1/2 |
| 2/1 | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/+ |

**2C. LARGE OPACITIES**

SIZE [☒] A B C   PROCEED TO SECTION 3A

---

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**   YES [ ] COMPLETE 3B, 3C, and 3D   NO [☒] PROCEED TO SECTION 4

**3B. PLEURAL PLAQUES** *(mark site, calcification, extent, and width)*

| Chest wall | Site | Calcification | Extent (chest wall; combined for in profile and face on) Up to 1/4 of lateral chest wall = 1 1/4 to 1/2 of lateral chest wall = 2 > 1/2 of lateral chest wall = 3 | Width (in profile only) (3mm minimum width required) 3 to 5 mm = a 5 to 10 mm = b > 10 mm = c |
|---|---|---|---|---|
| In profile | O R L | O R L | | |
| Face on | O R L | O R L | | |
| Diaphragm | O R L | O R L | O R [1][2][3]   O L [1][2][3] | O R [a][b][c]   O L [a][b][c] |
| Other site(s) | O R L | O R L | | |

**3C. COSTOPHRENIC ANGLE OBLITERATION**   [R] [L] PROCEED TO SECTION 3D   NO [ ] PROCEED TO SECTION 4A

**3D. DIFFUSE PLEURAL THICKENING** *(mark site, calcification, extent and width)*

| Chest wall | Site | Calcification | Extent (chest wall; combined for in profile and face on) Up to 1/4 of lateral chest wall = 1 1/4 to 1/2 of lateral chest wall = 2 > 1/2 of lateral chest wall = 3 | Width (in profile only) (3mm minimum width required) 3 to 5 mm = a 5 to 10 mm = b > 10 mm = c |
|---|---|---|---|---|
| In profile | O R L | O R L | O R [1][2][3]   O L [1][2][3] | O R [a][b][c]   O L [a][b][c] |
| Face on | O R L | O R L | | |

---

PERSON'S NAME AI    AGE:                                    ILE NUMBER:

**Samuel Rester   69 years old** _____    **47082** _____

---

**4A.** **ANY OTHER ABNORMALITIES?**    YES ☒  COMPLETE 4B, 4C, 4D, 4E    NO ☐

---

**4B.** **OTHER SYMBOLS (OBLIGATORY)**

| o ☒ | at | ax | bu | ca | cg | cn | co | cp | cv | di | el | em | es | fr | hi | ho | id | ih | kl | me | pa | pb ☒ | px | ra | rp | tb |

Other diseases or significant abnormalities

OD

Date Personal Physician or Worker Notified?

| MONTH | DAY | YEAR |
|---|---|---|

---

**4C.    MARK ALL BOXES THAT APPLY:**

**Abnormalities of the Diaphragm**
☐ Eventration        ☐ Prominent muscles slips
☐ Hiatal hernia

**Airway Disorders**
☐ Hyperinflation
☐ Bronchovascular markings, heavy or increased

**Bony Abnormalities**
☐ Bony chest cage abnormality        ☐ Scoliosis
☐ Vertebral body compression fracture        ☐ Kyphosis
☐ Clavicle fracture        ☐ AC joint/glenohumeral joint abnormalities
☐ Vertebral column deteriorative changes which can include bony spurring, disc space narrowing, vacuum disc phenomenon and/or calcified disc

**Lung Parenchymal Abnormalities**
☐ Azygos lobe        ☐ Nodule, nodular lesion
☐ Infiltrate/Consolidation        ☐ Other lung density

**Miscellaneous Abnormalities**
☐ Post-surgical changes/sternal wire
☐ Pacemaker
☐ Shorter pacemaker lead, curved upwards
☐ Foreign body
☐ Prominent fatty deposition involving the mediastinum or cadiophrenic fat pads

**Vascular Disorders**
☐ Anomaly of Aorta
☐ Vascular abnormality

---

**4D.    OTHER COMMENTS** _____

_____
_____
_____
_____
_____
_____
_____

---

**4E. SHOULD PERSON SEE PERSONAL PHYSICIAN BECAUSE OF FINDINGS IN SECTIONS 4B, 4C, 4D?**    YES N ☒    (UNLESS CLINICALLY INDICATED)

☒ NO PLAIN RADIOGRAPHIC EVIDENCE FOR ASBESTOSIS AT THIS TIME.

☐ PLEURAL PLAQUE FORMATION CONSISTENT WITH PRIOR ASBESTOS EXPOSURE.

☐ PARENCHYMAL CHANGES HAVING THE APPEARANCE AND DISTRIBUTION OF ASBESTOSIS.

☐ PARENCHYMAL CHANGES AND PLEURAL PLAQUING CONSISTENT WITH THE RADIOGRAPHIC DIAGNOSIS OF ASBESTOSIS.

**B-READER PHYSICIAN:** _____

DANIEL POWERS, M.D.
B READER
AMERICAN BOARD OF RADIOLOGY CERTIFIED
CALIFORNIA MEDICAL LICENSE # G 34426

DISCOVERY DIAGNOSTICS INC.
6200 WILSHIRE BLVD. #1008, LOS ANGELES, CA 90048
(323) 933-5100 or (800) 222-6768

**DANIEL POWERS, M.D.**
B READER
AMERICAN BOARD OF RADIOLOGY CERTIFIED
CALIFORNIA MEDICAL LICENSE # G 34426

| FILE NUMBER: | PERSON'S NAME AND AGE: | FACILITY: |
|---|---|---|
| 47082 | Samuel Rester 69 years old | Healthcare Imaging (Riverside, CA.) |

**1A. DATE OF CT**
MONTH 08  DAY 1▼  YEAR 06

**1B. SCANNER**
GENERAL ELECTRIC, HI SPEED SPIRAL CT/i
SUPINE 5mm THICK SLICES, 5mm APART

**1C. IS STUDY COMPLETELY NEGATIVE?**
YES ☐    NO ☒ Proceed to Section 2

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**
YES ☐ COMPLETE 2B and 2C    NO ☒ PROCEED TO SECTION 3

**2B. SMALL OPACITIES**

a. NO VISUALIZED INTERSTITIAL CHANGES---SUGGEST PRONE HRCT TO EXCLUDE MILD DISEASE ☒

b. DEPENDENT DENSITY MAKING MILD DISEASE DIFFICULT TO IDENTIFY—SUGGEST PRONE HRCT ☐

c. MODERATE DISEASE ☐

d. SEVERE DISEASE ☐

**2C. NODULES/MASSES**                    SITE

| | O | R | L |
|---|---|---|---|
| NON-CALCIFIED NODULES UNDER 5mm | ☒ | ☒ | ☒ |
| NON-CALCIFIED NODULES ≥ 5mm | ☒ | ☒ | ☒ |
| PROBABLE CALCIFIED GRANULOMA(S) | ☒ | O | R | L | 31 |
| ROUNDED ATELECTASIS | ☒ | R | L |
| CICATRICIAL MASS | ☒ | R | L |

PROCEED TO SECTION 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**
YES ☒ COMPLETE 3B, 3C, and 3D    NO ☐ PROCEED TO SECTION 4

**3B. PLEURAL PLAQUES** *(mark site, calcification, extent, and width)*

| Chest wall | Site | Calcification | Extent *(chest wall; combined for in profile and face on)* | Width *(in profile only)* |
|---|---|---|---|---|
| In profile | O ☒ R L | O ☒ R L | Up to 1/4 of lateral chest wall = 1 / 1/4 to 1/2 of lateral chest wall = 2 / > 1/2 of lateral chest wall = 3 | 1 to 5 mm = a / 5 to 10 mm = b / > 10 mm = c |
| Face on | O ☒ R L | O ☒ R L | | |
| Diaphragm | O ☒ R L | O ☒ R L | ☒ R L | O ☒ R L | ☒ O R | ☒ L |
| Other site(s) | O ☒ R L | ☒ R L | 1 2 3 | ☒ 2 3 | O R a b c | a b c | ☒ R a b c | L a b c |

PARACARDIAL 24 → 30

**3C. COSTOPHRENIC ANGLE OBLITERATION**    R L PROCEED TO SECTION 3D    NO ☒ PROCEED TO SECTION 4A

**3D. DIFFUSE PLEURAL THICKENING** *(mark site, calcification, extent, and width)*

| | Site | Calcification | Extent | Width |
|---|---|---|---|---|
| In profile | O R L | O R L | O R | O L | O R | O L |
| Face on | O R L | O R L | 1 2 3 | 1 2 3 | a b c | a b c |

**4A. ANY OTHER ABNORMALITIES?**
YES ☒ COMPLETE 4B, 4C, 4D, 4E    NO ☐

**4B. OTHER SYMBOLS (OBLIGATORY)**
O  aa  at  ax  bu  ca  ☒  cn  co  cp  cv  di  ef  em  es  fr  hi  ho  id  ih  kl  me  ②☒  pb  pi  px  ra  rp  tb

Other diseases or significant abnormalities
OD _____

Date Personal Physician or Worker Notified?
MONTH  DAY  YEAR

**4C/D. OTHER COMMENTS?**

① PLAQUING IS VERY THIN

② #25 → PROBABLY BRANCHING VESSEL RATHER THAN NODULE ON Ⓡ

**4E. SHOULD PERSON SEE PERSONAL PHYSICIAN BECAUSE OF FINDINGS IN SECTIONS 4B, 4C, 4C(2), 4D?**
YES ☒    (UNLESS CLINICALLY INDICATED)



**DISCOVERY DIAGNOSTICS INC.**
6200 WILSHIRE BLVD. #1008, LOS ANGELES, CA 90048
(323) 933-5100 or (800) 222-6768

Page 1 of 2  CT

**PERSON'S NAME AN_ AGE:**        _LE NUMBER:_

Samuel Resrter 69 years old        47082

**DANIEL POWERS, M.D.**
B READER
AMERICAN BOARD OF RADIOLOGY CERTIFIED
CALIFORNIA MEDICAL LICENSE # G 34426

**DISCOVERY DIAGNOSTICS INC.**
6200 WILSHIRE BLVD. #1008, LOS ANGELES, CA 90048
(323) 933-5100 or (800) 222-6768

---

**4C(2).**   **ANY OTHER ABNORMALITIES?**   YES ☒     NO ☐

**MARK ALL BOXES THAT APPLY:**

**Abnormalities of the Diaphragm**
- ☐ Eventration
- ☐ Hiatal Hernia

**Airway Disorders**
- ☐ Thickened Bronchial walls   ☐ Mucous Plugging
- ☐ Bronchiectasis

**Bony Abnormalities**
- ☐ Scoliosis
- ☐ Vertebral column deteriorative changes which can include bony spurring, disc space narrowing, vacuum disc phenomenon and/or calcified disc
- ☐ Costovertebral Joint Deteriorative Changes
- ☐ Vertebral body spurring or calcified ligamentum flava encroaching into neuroforamina of spinal canal
- ☐ Facet Joint Deteriorative Changes
- ☐ Schmorl's Node(s)

**Vascular Disorders**
- ☐ Anomoly of Aorta
- ☐ Vascular abnormality
- ☐ Coronary Artery Calcifications
  - ☐ Limited   ☐ Moderate   ☐ Dense/Severe

**Lung Parenchymal Abnormalities**
- ☐ Azygos Lobe
- ☐ Infiltrate/Consolidation
- ☐ Nodule, Nodular Lesion
- ☐ Volume Loss
- ☐ Mediastinal Shift to ☐ Right or ☐ Left
- ☐ Paravertebral Atelectasis/Scarring to ☐ Right or ☐ Left
- ☐ Emphysema
  - ☐ Centrilobular   ☐ Paraseptal   ☐ Panlobular   ☐ Paracicatricial

**Miscellaneous Abnormalities**
- ☐ Foreign Body
- ☐ Post-surgical Changes/Sternal Wire
- ☐ Pacemaker
- ☐ Prominent fatty deposition involving the mediastinum or cardiophrenic fat pads
- ☐ Extra-pleural chest wall fatty deposition
- ☒ Calcified Lymph Nodes   3-4/31
  - ☐ Pretracheal   ☒ Right Hilar   ☐ Left Hilar
  - ☐ Subcarinal   ☐ Para-aortic   ☐ Other

**Abdominal Abnormalities**

**Abnormalities of the Liver**
- ☐ Rounded Low Density Lesions   ☐ Calcified Granulomas   ☐ Fatty Infiltration

**Abnormalities of the Spleen**
- ☒ Calcified Granulomas   ☐ Small Splenic Size   ☐ Elongated/Enlarged Splenic Size

**Abnormalities of the Adrenal Glands**
- ☐ Right   ☐ Left   ☐ Hyperplasia/Diffuse Enlargement   ☐ Focal Mass

**Abnormalities of the Gall Bladder**
- ☐ Distended   ☐ Sludge   ☐ Calcified Stone(s)   ☐ S/P Cholecystectomy

**Abnormalities of the Kidneys**
- ☐ Right   ☐ Left   ☐ Apparent low density "cysts"   ☐ High density masss
- ☐ Isodense or heterogeneous mass   ☐ Rim calcified mass   ☐ Stone(s)/Nephrolithiasis

---

- ☐ NO CT EVIDENCE FOR ASBESTOSIS AT THIS TIME.
- ☒ (2 SIDED VERY THIN) PLEURAL PLAQUE FORMATION CONSISTENT WITH PRIOR ASBESTOS EXPOSURE.
- ☐ PARENCHYMAL CHANGES HAVING THE APPEARANCE AND DISTRIBUTION OF ASBESTOSIS.
- ☐ PARENCHYMAL CHANGES AND PLEURAL PLAQUING CONSISTENT WITH THE CT DIAGNOSIS OF ASBESTOSIS.

**B-READER PHYSICIAN:** _____ /s/ Powers MD

**DANIEL POWERS, M.D.**
B READER
AMERICAN BOARD OF RADIOLOGY CERTIFIED
CALIFORNIA MEDICAL LICENSE # G 34426

| FILE NUMBER: | PERSON'S NAME AND AGE: | FACILITY: |
|---|---|---|
| 47082 | Samuel Rester 69 years old | Healthcare Imaging (Riverside, CA.) |

**1A. DATE OF HRCT**
MONTH 0 8  DAY 1 3  YEAR 0 6

**1B. SCANNER**
GENERAL ELECTRIC HI-SPEED CT/i
PRONE 1mm THICK SLICES

**1C. IS STUDY COMPLETELY NEGATIVE?**
YES ☐   NO ☒ Proceed to Section 2

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**
YES ☒ COMPLETE 2B and 2C    NO ☐ PROCEED TO SECTION 3

**2B. SMALL OPACITIES** SITE O ☒

| | | EXTENT | | EXTENT |
|---|---|---|---|---|
| INTRALOBULAR INTERSTITIAL THICKENING | 0 ☒ 2 3 | | 0 ☒ 2 3 | |
| INTERLOBULAR SEPTAL THICKENING | 0 ☒ 2 3 | | 0 ☒ 2 3 | |
| NON-DEPDT. SUBPLEURAL LINE FORMATION | 0 ☒ 2 3 | | 0 ☒ 2 3 | |
| PARENCHYMAL BANDS | ☒ 1 2 3 | | ☒ 1 2 3 | |
| HONEYCOMBING | ☒ 1 2 3 | | ☒ 1 2 3 | |
| GROUND GLASS AREAS | ☒ 1 2 3 | | ☒ 1 2 3 | |

**2C. NODULES/MASSES** SITE

| | SITE |
|---|---|
| NON-CALCIFIED NODULES UNDER 5mm | ☒ R L |
| NON-CALCIFIED NODULES ≥ 5mm | ☒ R L |
| PROBABLE CALCIFIED GRANULOMA(S) | O ☒ L |
| ROUNDED ATELECTASIS | ☒ R L |
| CICATRICIAL MASS | ☒ R L |
| PROCEED TO SECTION 3 | |

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**
YES ☐ COMPLETE 3B, 3C, and 3D    NO ☐ PROCEED TO SECTION 4

**3B. PLEURAL PLAQUES** (mark site, calcification, extent, and width)

Extent (chest wall; combined for in profile and face on)
Up to 1/4 of lateral chest wall = 1
1/4 to 1/2 of lateral chest wall = 2
> 1/2 of lateral chest wall = 3

Width (in profile only)
1 to 5 mm = a
5 to 10 mm = b
> 10 mm = c

| Chest wall | Site | Calcification | Extent | Width |
|---|---|---|---|---|
| In profile | O R L | O R L | | |
| Face on | O R ☒ | ☒ R L | | |
| Diaphragm | ☒ R L | O R L | ☒ R / O ☒ L | ☒ R / ☒ L |
| Other site(s) | O R ☒ | ☒ | ☒ 2 3 | a b c / a b c |

PARAVERTEBRAL

**3C. COSTOPHRENIC ANGLE OBLITERATION**
R L PROCEED TO SECTION 3D    NO ☒ PROCEED TO SECTION 4A

**3D. DIFFUSE PLEURAL THICKENING** (mark site, calcification, extent, and width)

| Chest wall | Site | Calcification | Extent | Width |
|---|---|---|---|---|
| In profile | O R L | O R L | O R / O L | O R / O L |
| Face on | O R L | O R L | 1 2 3 / 1 2 3 | a b c / a b c |

**4A. ANY OTHER ABNORMALITIES?**
YES ☒ COMPLETE 4B, 4C, 4D, 4E    NO ☐

**4B. OTHER SYMBOLS (OBLIGATORY)**
O  aa  at  ax  bu  ca ☒ cn  co  cp  cv  di  ef  em  es  fr  hi  ho  id  ih  kl  me  pa  pb  pi  px  ra  rp  tb

Other diseases or significant abnormalities
OD _____

Date Personal Physician or Worker Notified?
MONTH  DAY  YEAR

**4C/D. OTHER COMMENTS?**
_____
_____
_____
_____
_____
_____

**4E. SHOULD PERSON SEE PERSONAL PHYSICIAN BECAUSE OF FINDINGS IN SECTIONS 4B, 4C, 4C(2), 4D?**
YES ☒ (UNLESS CLINICALLY INDICATED)

**DISCOVERY DIAGNOSTICS INC.**
6200 WILSHIRB BLVD. #1008, LOS ANGELES, CA 90048
(323) 933-5100 or (800) 222-6768

**PERSON'S NAME AND AGE:**                     **LE NUMBER:**

Samuel Rester  69 years old                     47082

**DANIEL POWERS, M.D.**
B READER
AMERICAN BOARD OF RADIOLOGY CERTIFIED
CALIFORNIA MEDICAL LICENSE # G 34426

**DISCOVERY DIAGNOSTICS INC.**
6200 WILSHIRE BLVD. #1008, LOS ANGELES, CA 90048
(323) 933-5100 or (800) 222-6768

---

**4C(2).   ANY OTHER ABNORMALITIES?**   YES ☒   NO ☐

**MARK ALL BOXES THAT APPLY:**

**Abnormalities of the Diaphragm**
- ☐ Eventration
- ☐ Hiatal Hernia

**Airway Disorders**
- ☐ Thickened Bronchial walls   ☐ Mucous Plugging
- ☐ Bronchiectasis

**Bony Abnormalities**
- ☐ Scoliosis
- ☐ Vertebral column deteriorative changes which can include bony spurring, disc space narrowing, vacuum disc phenomenon and/or calcified disc
- ☐ Costovertebral Joint Deteriorative Changes
- ☐ Vertebral body spurring or calcified ligamentum flava encroaching into neuroforamina of spinal canal
- ☐ Facet Joint Deteriorative Changes
- ☐ Schmorl's Node(s)

**Vascular Disorders**
- ☐ Anomoly of Aorta
- ☐ Vascular abnormality
- ☐ Coronary Artery Calcifications
  - ☐ Limited   ☐ Moderate   ☐ Dense/Severe

**Lung Parenchymal Abnormalities**
- ☐ Azygos Lobe
- ☐ Infiltrate/Consolidation
- ☐ Nodule, Nodular Lesion
- ☐ Volume Loss
- ☐ Mediastinal Shift to ☐ Right or ☐ Left
- ☐ Paravertebral Atelectasis/Scarring to ☐ Right or ☐ Left
- ☐ Emphysema
  - ☐ Centrilobular   ☐ Paraseptal   ☐ Panlobular   ☐ Paracicatricial

**Miscellaneous Abnormalities**
- ☐ Foreign Body
- ☐ Post-surgical Changes/Sternal Wire
- ☐ Pacemaker
- ☐ Prominent fatty deposition involving the mediastinum or cardiophrenic fat pads
- ☐ Extra-pleural chest wall fatty deposition
- ☒ Calcified Lymph Nodes
  - ☐ Pretracheal   ☒ Right Hilar   ☐ Left Hilar
  - ☐ Subcarinal   ☐ Para-aortic   ☐ Other

**Abdominal Abnormalities**

**Abnormalities of the Liver**
- ☐ Rounded Low Density Lesions ☐ Calcified Granulomas ☐ Fatty Infiltration

**Abnormalities of the Spleen**
- ☒ Calcified Granulomas ☐ Small Splenic Size ☐ Elongated/Enlarged Splenic Size

**Abnormalities of the Adrenal Glands**
- ☐ Right   ☐ Left   ☐ Hyperplasia/Diffuse Enlargement ☐ Focal Mass

**Abnormalities of the Gall Bladder**
- ☐ Distended ☐ Sludge ☐ Calcified Stone(s) ☐ S/P Cholecystectomy

**Abnormalities of the Kidneys**
- ☐ Right ☐ Left ☐ Apparent low density "cysts" ☐ High density masss
- ☐ Isodense or heterogeneous mass ☐ Rim calcified mass ☐ Stone(s)/Nephrolithiasis

---

- ☐ NO HRCT EVIDENCE FOR ASBESTOSIS AT THIS TIME .
- ☐ PLEURAL PLAQUE FORMATION CONSISTENT WITH PRIOR ASBESTOS EXPOSURE.
- ☐ PARENCHYMAL CHANGES HAVING THE APPEARANCE AND DISTRIBUTION OF ASBESTOSIS.
- ☒ PARENCHYMAL CHANGES AND PLEURAL PLAQUING CONSISTENT WITH THE HRCT DIAGNOSIS OF ASBESTOSIS.   *DEFINITE THIN(S) PARADIAPHRAGM + ENTIRE*

**B-READER PHYSICIAN:** _____

Discovery Diagnostics, Inc.
6200 Wilshire Blvd, #1006
Los Angeles, Ca 90048
(323) 933-5100
WCAB: LBO 370152

PROOF OF SERVICE BY MAIL
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.
I am over the age of 18 and not a party to the within action; my
business address is 6200 WILSHIRE BLVD., #1006, LOS ANGELES, CA 90048.

On September 11, 2006, I served the foregoing document described as

    SAMUEL D. RESTER VS. VARIOUS
    BILL, REPORT & GREEN LIEN

on the parties listed below in this action by placing a true copy
thereof enclosed in a sealed envelope with postage thereon fully
prepaid in the United States mail at: Los Angeles, California,
addressed as follows:

| | |
|---|---|
| Ned  Gaylord, Esq.<br>4001 Atlantic Avenue<br><br>Long Beach Ca 90807 | Adelson, Testan, Brundo & Popa<br>100 Oceangate<br>Suite 830<br>Long Beach Ca 90802 |
| Aig Claims Service<br>South Coast Metro<br>1 Macarthur Place #400<br>Santa Ana Ca 92707 | Argonaut Insurance Co.<br>Abestos Unit<br>101 California Ste#1150<br>San Francisco Ca 94111 |
| W.C.A.B.<br>Arco Ctr, 300 Oceangate<br>Rm 202<br>Long Beach Ca 90802 | Liberty Mutual Insurance<br>333 City Blvd West<br>Suite # 500<br>Orange Ca 92868-1020 |
| | |

(BY MAIL) I caused such envelope with postage thereon fully prepaid
be placed in the United States mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of
California that the above is true and correct, to the best of my
knowledge.

File:      47082

by: Amy Cosio

1   <u>CERTIFICATE OF SERVICE</u>

2       I am employed in the County of Marin, State of California.  I am over the age of 18
    years and am not a party to the within action.  My business address is 222 Rush Landing Road,
3   P.O. Box 6169, Novato, California, 94948-6169.

4       On the date indicated below, I served the foregoing Statement of Case Status and
    attachments upon all counsel of record pursuant to the local rules of the United States District
5   Court for the Northern District of California, upon filing with that Court, using that Court's
    transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case
6   Filing) system.

7       On this _____ day of July 2007

8                                                       /s/ John Derby
                                                       _____
9                                                       John Derby

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRAYTON◆PURCELL, LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 8986-1555

1