ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | Civil Action No. MDL. 875 |
| This document relates to James Guthrie, Tony Davidson, Ronald Zerangue, Samuel Rester, John Gray, Elmer Parolini, Wayne Dufault, Jesse Beverly, Jr. v. General Electric Company, Todd Shipyards Corporation, Lockheed Martin Corporation, Raytheon Aircraft Company, McDonnell Douglas Corporation, United States District Court for the Northern District of California, Case No.C07-2542-JL , Filed May 14, 2007. | STATEMENT OF CASE STATUS AS TO PLAINTIFF Tony L. Davidson |

Pursuant to Administrative Order No. 12 of May 31, 2007, the above-referenced plaintiff makes the following statements:

1. SUBMISSION OF IDENTIFICATION INFORMATION

Plaintiff (full name): Tony L. Davidson;

Date of Birth: June 18, 1939;

Last four digits of plaintiff's social security number: 5741;

Plaintiff is a: asbestos-related injury victim.

2. SUBMISSION OR RELATED COURT ACTIONS

Plaintiff identifies the following related actions, the status of each of the following being "pending" in the court unless otherwise indicated; with additional information on these related

1  action(s) attached hereto and incorporated herein by this reference:

2      Tony L. Davidson v. Asbestos Defendants, San Francisco Superior Court of the State of

3  California, Case No 455767.; Claim of the Asbestos Injured Party for his personal injury.

4      3.    SUBMISSION OF STATEMENT OF CASE STATUS

5      A.    Plaintiff identifies the following defendants as non-bankrupt and unsettled the

6      above stated plaintiff has pled against:  GENERAL ELECTRIC COMPANY

7      B.    Plaintiff has achieved resolution of plaintiff's claim with the following

8      defendants: Not applicable.

9      C.    Plaintiff now desires to dismiss from Plaintiff's action the following Defendants:

10      Not applicable.

11      D.    Plaintiff identifies the following defendant(s) as currently in bankruptcy: Not

12      applicable.

13      4.    SUBMISSION OF MEDICAL REPORTS

14      Plaintiff informs the Court that there was a pulmonary examination done July 9, 2007 by

15  Dr. Herman Bruch from which a detailed medical report will be produced – the expectation is

16  that the report will be received from Dr. Bruch within two to three months upon which time

17  Plaintiff will forward the report to the Court with copy to counsel.   Attached hereto is the July

18  27, 2006 report of Donald Breyer diagnosing asbestos-related pleural disease.

19      5.    ALTERNATIVE PLAINTIFF SUBMISSION:

20      Not Applicable.

21      6.    TIMING REQUIREMENTS:

22      Above plaintiff's action was filed on May 14, 2007 making this submission due

23  on or before  August 1, 2007.

24      7.    SCREENED CASES:

25      Plaintiff's claims are not the result of a mass screening.

26      8.    EXCLUSIONS:

27      This case is not designated as 2MDL 875 (MARDOC).

28

1  9.   SETTLEMENT CONFERENCE / SUGGESTIONS OF REMAND

2  Plaintiff asks that a settlement conference be set in this matter and seeks remand of this
3  case back to the originating court.

4  10.  MANNER OF SUBMISSIONS

5  In accordance with FRCivP Rule 5, a copy of the foregoing submission is served upon all
6  parties in this above-identified action (Case No.C07-2542-JL) pursuant to the local rules of the
7  United States District Court for the Northern District of California, upon filing with that Court,
8  using that Court's transmission facilities by means of the Court's CM/ECF (Case Management /
9  Electronic Case Filing) system.

10 Dated: 7/10/07                           BRAYTON❖PURCELL LLP

12                                  By: _____
                                        David R. Donadio
13                                      Attorneys for Plaintiff Tony L. Davidson

G:\MDL\AUGUST 1 PROJECT\run on 7 6 07 as of 1051.wpd [ 106026.003 Tony L. Davidson ]
STATEMENT OF CASE STATUS -- MDL DOCKET NO. 875

DEFENDANTS IN RELATED COURT ACTION

ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST
ASBESTOS CORPORATION LIMITED
CLEAVER-BROOKS, INC.
BUCYRUS INTERNATIONAL, INC.
CROWN CORK & SEAL COMPANY, INC.
CRANE CO.
EATON ELECTRICAL INC.
ROCKWELL AUTOMATION, INC.
THOMAS DEE ENGINEERING CO., INC.
FOSTER WHEELER LLC
GARLOCK SEALING TECHNOLOGIES, LLC
GENERAL REFRACTORIES
OWENS-ILLINOIS, INC.
PARKER-HANNIFIN CORPORATION
PLANT INSULATION COMPANY
QUINTEC INDUSTRIES, INC.
RAPID-AMERICAN CORPORATION
R.F. MACDONALD CO.
THORPE INSULATION COMPANY
UNIROYAL HOLDING, INC.
VIACOM, INC.
WESTERN MacARTHUR COMPANY
MacARTHUR COMPANY
WESTERN ASBESTOS COMPANY
HONEYWELL INTERNATIONAL, INC.
GENERAL MOTORS CORPORATION
BORG-WARNER CORPORATION BY ITS SUCCESSOR IN INTEREST, BORGWARNER MORSE TEC INC.
THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA
BUFFALO PUMPS, INC.
FMC CORPORATION
CARRIER CORPORATION
ELLIOTT TURBOMACHINERY CO., INC.
FISHER CONTROLS INTERNATIONAL, INC.
INGERSOLL-RAND COMPANY
WARREN PUMPS, LLC
J.T. THORPE & SON, INC.
METROPOLITAN LIFE INSURANCE COMPANY
GATKE CORPORATION
AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
UNDERWRITERS LABORATORIES, INC.
PNEUMO ABEX LLC
and DOES 1-8500,

    Defendants.

Tony Davidson vs. Asbestos Defendants (B❖P)
San Francisco Superior Court

**DONALD BREYER, M.D., F.A.C.R.**
Certified ILO B Reader

6861 Gunn Drive
Oakland, CA 94611
(510) 339-9204
Fax: (510) 338-0069

---

July 27, 2006

**DAVIDSON, TONY**

**EXAMINATION:** A CT scan of the chest including conventional and prone high resolution images. The study is performed at Long Beach Medical Imaging on 7/19/06 and is technically adequate.

**DATE OF EXAMINATION:** July 19, 2006

Bilateral changes of chest wall pleural plaque formation is seen. These are present on the posterior chest wall. In addition, a calcified left anterolateral chest wall pleural plaque is present.

A one centimeter parenchymal lung nodule is present in the right upper lung field on images 11 and 12.

The patient is status post coronary artery bypass graft is aortic valve and coronary artery calcification is seen. A pacemaker is noted in situ.

**IMPRESSION:**

BILATERAL CHANGES OF CHEST WALL PLEURAL PLAQUE INCLUDING CALCIFIED CHEST WALL. THESE FINDINGS ARE STRONGLY SUGGESTIVE OF ASBESTOS-RELATED PLEURAL DISEASE.

STATUS POST CORONARY ARTERY BYPASS GRAFT.

PACEMAKER.

THERE IS A 1 CM SOFT TISSUE NODULE IN THE RIGHT UPPER LONG ZONE. THIS FINDING IS SUSPICIOUS FOR MALIGNANCY. FURTHER EVALUATION RECOMMENDED.

DAB:gmp:B
D: 7/27/06 T: 7/29/06 # 734079

## CERTIFICATE OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California, 94948-6169.

On the date indicated below, I served the foregoing Statement of Case Status and attachments upon all counsel of record pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

On this __19TH__ day of July 2007

/s/ John Derby

_____

John Derby

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

STATEMENT OF CASE STATUS - - MDL DOCKET NO. 875

1