ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | ) ) ) ) ) ) | Civil Action No. MDL. 875 |
| This document relates to James Guthrie, Tony Davidson, Ronald Zerangue, Samuel Rester, John Gray, Elmer Parolini, Wayne Dufault, Jesse Beverly, Jr. v. General Electric Company, Todd Shipyards Corporation, Lockheed Martin Corporation, Raytheon Aircraft Company, McDonnell Douglas Corporation, United States District Court for the Northern District of California, Case No.C07-2542-JL , Filed May 14, 2007. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | STATEMENT OF CASE STATUS AS TO PLAINTIFF Ronald C. Zerangue |

Pursuant to Administrative Order No. 12 of May 31, 2007, the above-referenced plaintiff makes the following statements:

1.    SUBMISSION OF IDENTIFICATION INFORMATION

Plaintiff (full name): Ronald C. Zerangue ;

Date of Birth: August 23, 1948;

Last four digits of plaintiff's social security number: "0797";

Plaintiff is a:    asbestos-related injury victim. (The person who suffered the asbestos-related injury was Ronald C. Zerangue ).

2.    SUBMISSION OR RELATED COURT ACTIONS

Plaintiff identifies the following related actions, the status of each of the following being

1  "pending" in the court unless otherwise indicated; with additional information on these related

2  action(s) attached hereto and incorporated herein by this reference:

3       Ronald C. Zerangue v. Asbestos Defendants, San Francisco Superior Court of the State

4  of California, Case No. 274024.Claim of the Asbestos Injured Party for his personal injury. This

5  case is active, pre-trial.

6       3.    SUBMISSION OF STATEMENT OF CASE STATUS

7       A.    Plaintiff identifies the following defendants as non-bankrupt and unsettled the

8             above stated plaintiff has pled against:  GENERAL ELECTRIC COMPANY

9       B.    Plaintiff has achieved resolution of plaintiff's claim with the following

10            defendants: Not applicable.

11      C.    Plaintiff now desires to dismiss from Plaintiff's action the following Defendants:

12            Not applicable.

13      D.    Plaintiff identifies the following defendant(s) as currently in bankruptcy: Not

14            applicable.

15      4.    SUBMISSION OF MEDICAL REPORTS

16      Plaintiff submits that attached medical diagnosing report / opinion based upon objective

17  and subjective data which is identified and descriptively set out within the report / opinion which

18  will withstand a dispositive motion, and is based on objective and subjective data which is

19  identified and descriptively set out within the report / opinion.

20      5.    ALTERNATIVE PLAINTIFF SUBMISSION

21      Not Applicable.

22      6.    TIMING REQUIREMENTS

23      Above plaintiff's action was filed on May 14, 2007 making this submission due on or

24  before  August 1, 2007.

25      7.    SCREENED CASES

26      Plaintiff's claims are not the result of a mass screening.

27      8.    EXCLUSIONS

28      This case is not designated as 2MDL 875 (MARDOC).

9.     SETTLEMENT CONFERENCE / SUGGESTIONS OF REMAND

Plaintiff asks that a settlement conference be set in this matter and seeks remand of this case back to the originating court.

10.     MANNER OF SUBMISSIONS

In accordance with FRCivP Rule 5, a copy of the foregoing submission is served upon all parties in this above-identified action (Case No.C07-2542-JL) pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

Dated: __7|10|07__                                  BRAYTON❖PURCELL LLP

                                                    By: _____
                                                         David R. Donadio
                                                         Attorneys for Plaintiff Ronald C. Zerangue

DEFENDANTS IN RELATED COURT ACTION

ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST
CLEAVER-BROOKS, INC.
BUCYRUS INTERNATIONAL, INC.
THOMAS DEE ENGINEERING CO., INC.
FOSTER WHEELER LLC
GARLOCK SEALING TECHNOLOGIES, LLC
GENERAL ELECTRIC COMPANY
LAMONS GASKET COMPANY
OWENS-ILLINOIS, INC.
PARKER-HANNIFIN CORPORATION
QUINTEC INDUSTRIES, INC.
RAPID-AMERICAN CORPORATION
R.F. MACDONALD CO.
UNIROYAL HOLDING, INC.
VIACOM, INC.
ZURN INDUSTRIES, INC.
WESTERN MacARTHUR COMPANY
MacARTHUR COMPANY
WESTERN ASBESTOS COMPANY
HONEYWELL INTERNATIONAL, INC.
FORD MOTOR COMPANY
GENERAL MOTORS CORPORATION
TOYOTA MOTOR SALES U.S.A., INC.
NISSAN NORTH AMERICA, INC.
TITUSVILLE BOILER COMPANY
DAIKEN KOGYO COMPANY
HOPEMAN BROTHERS, INC.
J.T. THORPE & SON, INC.
METROPOLITAN LIFE INSURANCE COMPANY
GATKE CORPORATION
AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
UNDERWRITERS LABORATORIES, INC.
PNEUMO ABEX LLC AND EXEDY GLOBALPARTS CORPORATION
and DOES 1-8500,

    Defendants.

Ronald Zerangue vs. Asbestos Defendants (B✜P)
San Francisco Superior Court

BRAYTON✜PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# DONALD BREYER, M.D., F.A.C.R.
### Certified ILO B Reader

6861 Gunn Drive
Oakland, CA 94611
(510) 339-9204
Fax:  (510) 338-0069

February 8, 2007

**ZERANGUE, RONALD**

**EXAMINATION**:  A CT scan of the chest including conventional and high resolution images.  High resolution images are obtained in prone and supine positions.  The study is performed at Doctors Medical Center San Pablo  on 1/30/07 and is technically adequate.

**DATE OF EXAMINATION**:  January 30, 2007

In the nondependent lung fields on the prone high resolution images there are bilateral changes of an increased profusion of ill defined centrilobular nodular opacities.

Bilateral changes of chest wall and diaphragmatic pleural plaque are noted. These include bilateral calcified chest wall pleural plaques. Chest wall plaque calcification is noted on both anterior and posterior chest walls.  Calcified left pericardial pleural plaque is also present.

Borderline cardiomegaly.

**IMPRESSION**:

THE PARENCHYMAL FINDINGS PRESENT ARE COMPATIBLE WITH MILD INTERSTITIAL FIBROSIS. THE DISTRIBUTION AND APPEARANCE ARE COMPATIBLE WITH ASBESTOS RELATED INTERSTITIAL FIBROSIS.

BILATERAL CHANGES OF CHEST WALL AND DIAPHRAGMATIC PLEURAL PLAQUE INCLUDING BILATERAL CALCIFIED CHEST WALL PLEURAL PLAQUES ARE PRESENT. CALCIFIED LEFT DIAPHRAGMATIC PLEURAL PLAQUE IS ALSO SEEN. THESE FINDINGS ARE PATHOGNOMONIC OF ASBESTOS RELATED PLEURAL DISEASE.

ZERANGUE, RONALD C.

**DATE OF RADIOGRAPH**

| MONTH | DAY | YEAR |
|-------|-----|------|
| 1 0 | 2 0 | 2 0 0 3 |

**WORKER'S Social Security Number**

| | | | | | | | | |
|--|--|--|--|--|--|--|--|--|

Note: Please record your interpretation of a single film by placing an "x" in the appropriate boxes on this form.

**ROENTGENOGRAPHIC INTERPRETATION**

**TYPE OF READING**

□ A   ☒ B   □ F

---

**1. FILM QUALITY**

☒ Overexposed (dark)   □ Improper position   □ Underinflation

□ 1 ☒ [2] □ 3 □ U/R

(If not Grade 1, mark all boxes that apply)

□ Underexposed (light)   □ Poor contrast   □ Mottle

□ Artifacts   □ Poor processing   □ Other (please specify) _____

---

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**   YES ☒   Complete Sections 2B and 2C   NO □   Proceed to Section 3A

**2B. SMALL OPACITIES**

a. SHAPE/SIZE

| PRIMARY | SECONDARY |
|---------|-----------|
| p | p |
| q ☒ t | q | s |
| r | u | r | u |

b. ZONES

| | R | L |
|------|---|---|
| UPPER | | |
| MIDDLE | ☒ | ☒ |
| LOWER | ☒ | ☒ |

c. PROFUSION

| 0/- | 0/0 | 0/1 |
|-----|-----|-----|
| 1/0 | ☒ 1/1 | 1/2 |
| 2/1 | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/+ |

**2C. LARGE OPACITIES**

SIZE ☒ □ A □ B □ C   Proceed to Section 3A

---

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**   YES ☒   Complete Sections 3B, 3C   NO □   Proceed to Section 4A

**3B. PLEURAL PLAQUES** (mark site, calcification, extent, and width)

| Chest wall | Site | Calcification | Extent (chest wall: combined for in profile and face on) Up to 1/4 of lateral chest wall = 1 / 1/4 to 1/2 of lateral chest wall = 2 / > 1/2 of lateral chest wall = 3 | Width (in profile only) (3mm minimum width required) 3 to 5 mm = a / 5 to 10 mm = b / > 10 mm = c |
|------------|------|---------------|---|---|
| In profile | O R ☒ | ☒ R L | | |
| Face on | ☒ R L | ☒ R L | | |
| Diaphragm | O R ☒ | ☒ R L | O R □   O ☒ | O R □   O ☒ |
| Other site(s) | ☒ R L | ☒ R L | 1 2 3   ☒ 2 3 | a b c   ☒ b c |

**3C. COSTOPHRENIC ANGLE OBLITERATION**   R L   Proceed to Section 3D   NO ☒   Proceed to Section 4A

**3D. DIFFUSE PLEURAL THICKENING** (mark site, calcification, extent, and width)

| | Site | Calcification | Extent (chest wall: combined for in profile and face on) Up to 1/4 of lateral chest wall = 1 / 1/4 to 1/2 of lateral chest wall = 2 / > 1/2 of lateral chest wall = 3 | Width (in profile only) (3mm minimum width required) 3 to 5 mm = a / 5 to 10 mm = b / > 10 mm = c |
|---|------|---------------|---|---|
| Chest wall | | | | |
| In profile | O R L | O R L | O R □   O L | O R □   O L |
| Face on | O R L | O R L | 1 2 3   1 2 3 | a b c   a b c |

---

**4A. ANY OTHER ABNORMALITIES?**   YES □   Complete Sections 4B, 4C, 4D, 4E   NO ☒   Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

| aa | at | ax | bu | ca | cg | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | me | pa | pb | pi | px | ra | rp | tb |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

OD   If other diseases or significant abnormalities, findings must be recorded on reverse. (section 4C/4D)   Date Physician or Worker notified?

| MONTH | DAY | YEAR |
|-------|-----|------|
| | | |

**4E.** Should worker see personal physician because of findings in section 4?   YES □   NO □

Proceed to Section 5

| MONTH | DAY | YEAR |
|-------|-----|------|
| | | |

---

5.



Donald Breyer, M.D.
6861 Gunn Drive
Oakland, CA 94611-1442

**DATE OF READING**

| MONTH | DAY | YEAR |
|-------|-----|------|
| 0 9 | 2 9 | 2 0 0 6 |

4C. MARK ALL BOXES THAT APPLY: (Use of this list is intended to reduce handwritten comments and is optional)

**Abnormalities of the Diaphragm**

☐ Eventration

☐ Hiatal hernia

**Airway Disorders**

☐ Bronchovascular markings, heavy or increased

☐ Hyperinflation

**Bony Abnormalities**

☐ Bony chest cage abnormality

☐ Fracture, healed (non-rib)

☐ Fracture, not healed (non-rib)

☐ Scoliosis

☐ Vertebral column abnormality

**Lung Parenchymal Abnormalities**

☐ Azygos lobe

☐ Density, lung

☐ Infiltrate

☐ Nodule, nodular lesion

**Miscellaneous Abnormalities**

☐ Foreign body

☐ Post-surgical changes/sternal wire

☐ Cyst

**Vascular Disorders**

☐ Aorta, anomaly of

☐ Vascular abnormality

---

4D.  OTHER COMMENTS

1

<u>CERTIFICATE OF SERVICE</u>

2

    I am employed in the County of Marin, State of California.  I am over the age of 18

3

years and am not a party to the within action.  My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California, 94948-6169.

4

    On the date indicated below, I served the foregoing Statement of Case Status and

5

attachments upon all counsel of record pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's

6

transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

7

    On this _____ 27TH day of July 2007

8

                                      /s/ John Derby

                                  _____

9

                                    John Derby

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BRAYTON♦PURCELL, LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1