1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California  94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

7                    UNITED STATES DISTRICT COURT
8                  EASTERN DISTRICT OF PENNSYLVANIA

9  IN RE: ASBESTOS PRODUCTS LIABILITY      )   Civil Action No.  MDL. 875
10 LITIGATION (NO. VI),                     )
                                            )
11                                          )
                                            )
12                                          )
   This document relates to James Guthrie, Tony  )   STATEMENT OF CASE STATUS AS
13 Davidson, Ronald Zerangue, Samuel Rester,    )   TO PLAINTIFF  Ronald C. Zerangue
   John Gray, Elmer Parolini, Wayne Dufault, Jesse )
14 Beverly, Jr. v. General Electric Company, Todd  )
   Shipyards Corporation, Lockheed Martin     )
15 Corporation, Raytheon Aircraft Company,     )
   McDonnell Douglas Corporation, United States )
16 District Court for the Northern District of    )
   California, Case No.C07-2542-JL , Filed May  )
17 14, 2007.                                    )
                                               )
18 ─────────────────────────────────────        )

19       Pursuant to Administrative Order No. 12 of May 31, 2007, the above-referenced plaintiff

20 makes the following statements:

21       1.       SUBMISSION OF IDENTIFICATION INFORMATION

22       Plaintiff (full name):  Ronald C. Zerangue ;

23       Date of Birth:  August 23, 1948;

24       Last four digits of plaintiff's social security number:  "0797";

25       Plaintiff is a:    asbestos-related injury victim.  (The person who suffered the asbestos-

26 related injury was Ronald C. Zerangue ).

27       2.       SUBMISSION OR RELATED COURT ACTIONS

28       Plaintiff  identifies the following related actions, the status of each of the following being

1  "pending" in the court unless otherwise indicated; with additional information on these related

2  action(s) attached hereto and incorporated herein by this reference:

3         Ronald C. Zerangue v. Asbestos Defendants, San Francisco Superior Court of the State

4  of California, Case No. 274024.Claim of the Asbestos Injured Party for his personal injury. This

5  case is active, pre-trial.

6         3.      SUBMISSION OF STATEMENT OF CASE STATUS

7         A.      Plaintiff identifies the following defendants as non-bankrupt and unsettled the

8                 above stated plaintiff has pled against:  GENERAL ELECTRIC COMPANY

9         B.      Plaintiff has achieved resolution of plaintiff's claim with the following

10                defendants: Not applicable.

11        C.      Plaintiff now desires to dismiss from Plaintiff's action the following Defendants:

12                Not applicable.

13        D.      Plaintiff identifies the following defendant(s) as currently in bankruptcy: Not

14                applicable.

15        4.      SUBMISSION OF MEDICAL REPORTS

16        Plaintiff submits that attached medical diagnosing report / opinion based upon objective

17  and subjective data which is identified and descriptively set out within the report / opinion which

18  will withstand a dispositive motion, and is based on objective and subjective data which is

19  identified and descriptively set out within the report / opinion.

20        5.      ALTERNATIVE PLAINTIFF SUBMISSION

21        Not Applicable.

22        6.      TIMING REQUIREMENTS

23        Above plaintiff's action was filed on May 14, 2007 making this submission due on or

24  before August 1, 2007.

25        7.      SCREENED CASES

26        Plaintiff's claims are not the result of a mass screening.

27        8.      EXCLUSIONS

28        This case is not designated as 2MDL 875 (MARDOC).

9.    SETTLEMENT CONFERENCE / SUGGESTIONS OF REMAND

Plaintiff asks that a settlement conference be set in this matter and seeks remand of this case back to the originating court.

10.    MANNER OF SUBMISSIONS

In accordance with FRCivP Rule 5, a copy of the foregoing submission is served upon all parties in this above-identified action (Case No.C07-2542-JL) pursuant to the local rules of the United States District Court for the Northern District of California, upon filing with that Court, using that Court's transmission facilities by means of the Court's CM/ECF (Case Management / Electronic Case Filing) system.

Dated:    7/18/07

BRAYTON❖PURCELL LLP

By:    _____
David R.  Donadio
Attorneys for Plaintiff Ronald C. Zerangue

DEFENDANTS IN RELATED COURT ACTION

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

2

3 ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST

4 CLEAVER-BROOKS, INC.
BUCYRUS INTERNATIONAL, INC.

5 THOMAS DEE ENGINEERING CO., INC.
FOSTER WHEELER LLC

6 GARLOCK SEALING TECHNOLOGIES, LLC
GENERAL ELECTRIC COMPANY

7 LAMONS GASKET COMPANY
OWENS-ILLINOIS, INC.

8 PARKER-HANNIFIN CORPORATION
QUINTEC INDUSTRIES, INC.

9 RAPID-AMERICAN CORPORATION
R.F. MACDONALD CO.

10 UNIROYAL HOLDING, INC.
VIACOM, INC.

11 ZURN INDUSTRIES, INC.
WESTERN MacARTHUR COMPANY

12 MacARTHUR COMPANY

13 WESTERN ASBESTOS COMPANY
HONEYWELL INTERNATIONAL, INC.

14 FORD MOTOR COMPANY
GENERAL MOTORS CORPORATION

15 TOYOTA MOTOR SALES U.S.A., INC.
NISSAN NORTH AMERICA, INC.

16 TITUSVILLE BOILER COMPANY
DAIKEN KOGYO COMPANY

17 HOPEMAN BROTHERS, INC.
J.T. THORPE & SON, INC.

18 METROPOLITAN LIFE INSURANCE COMPANY
GATKE CORPORATION

19 AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
UNDERWRITERS LABORATORIES, INC.

20 PNEUMO ABEX LLC  AND  EXEDY GLOBALPARTS  CORPORATION
and DOES 1-8500,

21

22     Defendants.

23

24

25

26

27

28 Ronald Zerangue vs. Asbestos Defendants (B❖P)
San Francisco Superior Court

# *East Bay Pulmonary Medical Group*  Professional Corporation

Herman R Bruch, M.D.
Richard A Bordow, M.D
Frederick J Nachtwey, M D
Abid Majid, M D

Pulmonary Medicine
Internal Medicine
Critical Care Medicine
Occupational Lung Diseases
Sleep Medicine

January 30, 2007

Alan R. Brayton, Esq.
Brayton Purcell Law Firm
222 Rush Landing Road
Novato, CA 94948

**RE:** RONALD C. ZERANGUE
**DOB:** 08-23-1948

## MEDICAL-LEGAL EVALUATION

Dear Mr. Brayton:

At your kind request, I had the pleasure of seeing Mr. Ronald C. Zerangue for a medical-legal evaluation regarding pulmonary consequences of the industrial exposure that he experienced while working in a variety of trades between 1972 and the present time. I did a complete pulmonary evaluation, including review of medical history, review of occupational history, physical examination, review of pulmonary function studies, and review of a CT scan done at Doctors Hospital San Pablo on January 30, 2007. These evaluations were performed in my office in San Pablo on January 30, 2007.

## CHIEF COMPLAINT AND HISTORY OF PRESENT ILLNESS

The patient is a 58-year-old Caucasian man, former auto mechanic and engine room worker, who is referred for a medical-legal evaluation in conjunction with exposures to a variety of toxic agents that he experienced during his work career.

The patient is currently being treated for ulcerative colitis and is cared for by the VA Hospital for this condition as well as for hypertension and hypercholesterolemia. He smoked 1 pack per day of cigarettes for approximately nine years between 1968 and 1977 and inhaled. He denies a history of lung disease and atherosclerotic heart disease (i.e., angina and myocardial infarction). He has no cough or shortness of breath. He occasionally wheezes in the morning and coughs up clear sputum. He has never had a workup or complained to a physician regarding this symptom. He is able to keep up with other men his own age. He has intermittent symptoms that appear related to chronic sinusitis including intermittent headaches, but these symptoms are inconsistent.

2101 Vale Road, Suite 300 ● San Pablo, CA 94806          ☎ (510) 233-3788 ● fax (510) 233-3114

MEDICAL-LEGAL EVALUATION
RE: RONALD C. ZERANGUE
January 30, 2007, Page 2


There is no history of childhood lung disease and no prior history of tuberculosis, rheumatic fever, or other medical problems.

During his work career, he describes extensive exposure to asbestos fiber dust while working and removing lagging and insulation in different careers.  He is being evaluated today for possible pulmonary injury from these exposures.


## PAST MEDICAL HISTORY

No history of diabetes mellitus, tuberculosis, or rheumatic heart disease. Positive for hypertension, increased cholesterol, sinus disease, and ulcerative colitis.


## MEDICATIONS

1.    Atenolol 50 mg one b.i.d.
2.    Hydrochlorothiazide 25 mg one-half tab daily.
3.    Levothyroxine 0.25 daily.
4.    Lovastatin 40 mg q.h.s.
5.    Aspirin 81 mg daily.
6.    Fish oil 1000 mg and omega-3 one per day.
7.    Daily multivitamins.


## ALLERGIES

None.


## HOSPITALIZATIONS

None.


## SURGERY

Sinus times two as an outpatient, one for a deviated septum.

MEDICAL-LEGAL EVALUATION
RE: RONALD C. ZERANGUE
January 30, 2007, Page 3

## SOCIAL HISTORY

He is currently a nonsmoker (see above). He drank moderately up until about 10 years ago, but has not had anything since then.

## PERSONAL/FAMILY HISTORY

He is married. He has one child, age 32, who has a child, age 12, with asthma. His father died at age 83 of kidney failure. His mother died around age 88, he believes of a cerebrovascular accident. There is no history of lung disease in the family.

## REVIEW OF SYSTEMS

He has been in reasonably good health. He has a good appetite. His weight is stable. He describes himself as active.

**CNS:** No history of strokes or seizures. He has periodic sinus headaches.

**Musculoskeletal:** He has a little bit of pain in his fingers and some morning stiffness; otherwise unremarkable.

**Cardiovascular:** Negative.

**Pulmonary:** See History of Present Illness.

**Gastrointestinal:** History of ulcerative colitis for one year; however, approximately five years ago he had endoscopy for rectal bleeding. No history of other gastrointestinal abnormalities.

**Genitourinary:** No history of kidney or bladder problems.

## OCCUPATIONAL HISTORY

For the last three weeks, he has been on a new job installing office furniture. In 2006, he was unemployed, primarily due to ulcerative colitis.

Between 1981 and 2006, he worked full-time as an auto mechanic. He did general mechanic work, including brakes and clutches, and worked in a specialty shop doing sports cars. He was not exposed to toxins, but did do at least one brake job per day on

MEDICAL-LEGAL EVALUATION
RE: RONALD C. ZERANGUE
January 30, 2007, Page 4

the old-fashioned brakes, including asbestos-containing brake pads. He said this was quite dusty and he would be blowing out the drums with an air hose, and he could see visible dust in the air. He also owns 12 cars and for the last 30 years he has done one brake job per car per year.

Between 1976 and 1981, he worked for Allied or General Chemical in Richmond as a maintenance mechanic. He was exposed to a variety of toxic fumes, including sulfur, hydrosulfuric acid, and other gases. He often worked with insulation, particularly for asbestos-insulated gaskets on catalytic converters (approximately every two months for approximately two days). He stated that he manually pulled the gaskets apart and then replaced them. He said it was very dusty and that he could see visible dust in the air and that he also was responsible for reapplying insulating material that contained asbestos. He knocked the insulation off with a hammer to remove the lagging. During the last couple of years of this employment, he did wear a mask.

Between 1972 and 1976, he worked in the U.S. Navy as a boiler tender doing maintenance on steam lines that were covered with asbestos insulation. Whenever there was a leak or a need for maintenance, he removed the insulation, which was comprised of asbestos, using a hammer and chisel and ripping it apart. This was quite a dusty job. He did it mostly indoors. His clothes were covered with the visible dust.

There were no other exposures to toxic materials that he could recall during his working career.

## PHYSICAL EXAMINATION

On physical examination, the patient is an alert comfortable gentleman in no acute distress.

**Vital Signs:** $SaO_2$ is 97%. Blood pressure 145/95 (notified him that it was elevated). Heart rate 50. Respiratory rate 14.

**HEENT:** Examination of the head, eyes, ears, nose, and throat is unremarkable. The pupils are equal, round, and reactive to light. Extraocular movements intact. The fundi are benign.

**Neck:** The neck is supple. There is no cervical or supraclavicular adenopathy.

**Chest:** Clear to percussion and auscultation.

MEDICAL-LEGAL EVALUATION
RE: RONALD C. ZERANGUE
January 30, 2007, Page 5


**Cardiac:** Examination of the heart reveals a regular rhythm without gallops, murmurs or rubs.

**Abdomen:** Soft, no hepatosplenomegaly.

**Extremities:** No clubbing, cyanosis or edema.

**Neurologic:** Grossly unremarkable.


## PULMONARY FUNCTION STUDIES

Pulmonary function studies were done at Doctors Hospital San Pablo on January 30, 2007. The vital capacity and other static lung volumes were within normal range. During the forced vital capacity maneuver, the $FEV_1/FVC$ was mildly reduced at 73%, and there is some concavity on the flow-volume loop. Following the administration of bronchodilators, there was a significant improvement in airflow as measured by the improvement in the FVC and $FEV_1$, suggesting that at least some of this airflow obstruction was reversible. The pulmonary diffusing capacity was mildly reduced at 70% of predicted, suggesting that a gas exchange abnormality is also present.

Conclusion: This is an abnormal pulmonary function study showing reversible airflow obstruction, but no evidence for restrictive lung disease. The abnormal pulmonary diffusing capacity suggests a gas exchange abnormality and could reflect the presence of either underlying interstitial lung disease or underlying emphysema.


## CT SCAN

A noncontrast thin-section high-resolution CT of the thorax was done at Doctors Hospital San Pablo on January 30, 2007. Multiple contiguous 7-mm axial helical images were acquired throughout the entire chest in the prone and supine positions. Standard CTs were also done of the lungs and upper abdomen. The heart and mediastinum are normal. There was a profusion of centrilobular nodular opacities on the prone views. In addition, there are bilateral pleural plaques and a calcified left diaphragmatic pleural plaque.

These films were reviewed by Dr. Donald Breyer on February 8, 2008 and his report is attached. Dr. Breyer concluded that the parenchymal findings were "consistent with mild interstitial fibrosis..." and that there were bilateral pleural plaques. Regarding the

MEDICAL-LEGAL EVALUATION
RE: RONALD C. ZERANGUE
January 30, 2007, Page 6

calcified pleural findings he concluded that they were "pathognomonic of asbestos related pleural disease".

## IMPRESSION

1.  History of cigarette smoking, approximately 10 pack-years.

2.  History of intermittent intense asbestos exposure in his employment as a maintenance mechanic, auto mechanic, and home car enthusiast.

3.  Chronic obstructive pulmonary disease in association with cigarette smoking with reversible airflow obstruction.

4.  Asbestosis secondary to #2

5.  Asbestos pleural disease secondary to #2

6.  History of hypertension.

7.  History of hypercholesterolemia.

8.  History of hypothyroidism.

9.  History of chronic sinus disease.

10. History of ulcerative colitis.

## DISCUSSION

Thank you for asking me to evaluate Mr. Zerangue.   In summary, he is an asymptomatic 58 year old man with (1) a history of relatively intense asbestos exposure in a variety of employments, (2) abnormal pulmonary function studies, suggesting reversible airflow obstruction and a gas exchange abnormality, and (3) an abnormal thin-section high-resolution CT showing changes consistent with interstitial fibrosis and pleural plaques.   His physical examination is normal. I believe that the interstitial fibrosis is more likely than not to be due to his asbestos exposure and that the plaques are a consequence of his asbestos exposure.  He also has chronic obstructive pulmonary disease, which is most likely secondary to his cigarette smoking, and his pulmonary function studies demonstrate that this is at least partially reversible. The observed gas exchange abnormality could be a consequence of underlying emphysema or of

MEDICAL-LEGAL EVALUATION
RE: RONALD C. ZERANGUE
January 30, 2007, Page 7


destructive lung disease as is seen in asbestosis. Fortunately, he has not suffered a pulmonary disability at this time from his employment.


## RECOMMENDATIONS

Mr. Zerangue is currently asymptomatic. His pulmonary function studies suggest that he has a component of reversible airflow obstruction and he might benefit from a medication program in the future (including rescue and control drugs), should his clinical condition dictate this. He clearly should maintain his nonsmoking status.

Mr. Zerangue has asbestosis and is relatively young. In view of the long latency period between asbestos exposure and adverse effects, it is possible that his asbestosis could progress as he ages. Therefore, he should have periodic thin-section CT scans of the chest and pulmonary function studies, at least every three years and regular monitoring of his oxygen saturation. His medical program should focus on measures of good lung health to include yearly influenza vaccination, pneumococcal vaccination, and early treatment of respiratory tract infection. Further exposure to asbestos fiber dust should be avoided.

Mr. Zerangue's asbestos exposure is worrisome and requires that he be followed carefully and re-evaluated regularly because he has a markedly elevated risk for the development of primary lung cancer and additionally for the development of other cancers of the pleura, upper airways, gastrointestinal tract, and kidneys. His risk for lung cancer is further aggravated by his cigarette smoking history. I have discussed my findings with Mr. Zerangue today.

Thank you very much for asking me to see him in consultation. If I can be of any further help in explaining my findings, please feel free to contact me.


Yours truly,

Richard A. Bordow, M.D.


RAB/mt504/181

DOCTORS MEDICAL CENTER
San Pablo Campus 2000 Vale Road. San Pablo, CA 94806
PT: ZERANGUE, RONALD    DOB:
ADM: 01/30/2007
ACCT: 0703000111  MR#:    ROOM:
Richard Bordow, MD*  200706130096367800
AUTH ID: 646

OTHER


Pulmonary function study was done on the patient on 01/30/07.
The operator noted that the patient exhibited a good and
consistent effort and ATS criteria were met.   The vital capacity
and other static lung volumes were within normal range.  During
the forced vital capacity maneuver, the FEV1/FVC was mildly
reduced at 73%, and there was some concavity on the flow volume
loop particularly at lower lung volumes.  Following
administration of bronchodilators, there was a significant
improvement in air flow as measured by the improvement in the FVC
and FEV1 suggesting only some of this air flow obstruction is
reversible.  The pulmonary diffusing capacity was mildly reduced
to 70% of predicted suggesting that a gas exchange abnormality is
also present.   This is an abnormal pulmonary function study
showing reversible air flow obstruction but no evidence of
restrictive lung disease.   The abnormal pulmonary diffusing
capacity suggests a gas exchange abnormality and could reflect
the presence of other underlying interstitial lung disease or
underlying emphysema as contributing factors.

RB: Spheris25884
D: 06/13/07 09:51 T: 06/13/07 10:59 DOCUMENT: 200706130096367800


Richard Bordow, MD*




Date Received
M.D. Initial:
Date:


Authenticated by Richard  Bordow, M.D. On 06/26/2007 09:47:33 AM

## DEPARTMENT OF PULMONARY MEDICINE
## DOCTORS MEDICAL CENTER
## SAN PABLO CAMPUS

1). Name: ZELANINE, RUNALD

2). Height: 69 1/2 in.   Finger tip to finger tip: _____ in.

3). Weight: 196 lbs.

4). Tested here before?   Yes ___   No ✓   Date _____

5). Patient's cooperation:   Good ✓   Fair ___   Poor ___

6). Patient's comprehension:   Good ✓   Fair ___   Poor ___

7). Comments: GOOD CONSISTENT EFFORT.
ATS CRITERIA MET.

# DOCTORS MEDICAL CENTER SAN PABLO
## 2000 VALE RD
### SAN PABLO, CA

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | Zerangue, Ronald | ID: | 0703000111 | BSA: 2.05 | Date: | 01/30/2007 |
| Tech: | Trewin, Greg, RPFT | Height: 69.25 | | Age: 58 | Room: | OP |
| Doctor: | Bordow, Richard | Weight: 196.00 | | Sex: Male | Race: | Caucasian |

Diagnosis:
Dyspnea:                    Cough:                      Wheeze:
Tbco Prod:                  Yrs Smk:        Pks/Day:           Yrs Quit:
Medications:
Pre Test Comments:

Post Test Comments: Predicted lung volumes, spirometry, and DLCO are from Crapo, et al, ARRD, Volume 123, pages 650-664 and 185-190, 1981.

| | Pred | Pre-Bronch Actual | %Pred | Post-Bronch Actual | %Pred | %Chng |
|---|---|---|---|---|---|---|
| **— SPIROMETRY —** | | | | | | |
| FVC (L) | 4.66 | 4.15 | 89 | 4.32 | 93 | 4 |
| FEV1 (L) | 3.68 | 3.03 | 82 | 3.26 | 88 | 8 |
| FEV1/FVC (%) | 79 | 73 | 92 | 75 | 95 | 3 |
| FEF 25% (L/sec) | 7.83 | 5.05 | 64 | 4.97 | 63 | -2 |
| FEF 75% (L/sec) | 1.47 | 0.92 | 62 | 1.32 | 90 | 44 |
| FEF 25-75% (L/sec) | 3.52 | 2.18 | 62 | 2.87 | 82 | 32 |
| FEF Max (L/sec) | 9.20 | 7.31 | 79 | 7.43 | 81 | 2 |
| FIVC (L) | | 4.07 | | 4.13 | | 1 |
| FIF Max (L/sec) | 3.80 | 6.14 | 162 | 6.57 | 173 | 7 |
| **— LUNG VOLUMES —** | | | | | | |
| SVC (L) | 4.66 | 4.35 | 93 | 4.39 | 94 | 1 |
| IC (L) | 3.31 | 3.25 | 98 | 3.47 | 105 | 7 |
| ERV (L) | 1.35 | 1.10 | 81 | 0.92 | 68 | -17 |
| TGV (L) | 3.53 | 2.61 | 74 | | | |
| RV (Pleth) (L) | 2.16 | 1.51 | 70 | | | |
| TLC (Pleth) (L) | 6.84 | 5.86 | 86 | | | |
| RV/TLC (Pleth) (%) | 32 | 26 | 81 | | | |
| Trapped Gas (L) | | | | | | |
| **— DIFFUSION —** | | | | | | |
| DLCOunc (ml/min/mmHg) | 34.13 | 24.04 | 70 | | | |
| DLCOcor (ml/min/mmHg) | 34.13 | 23.97 | 70 | | | |
| DL/VA (ml/min/mmHg/L) | 5.11 | 3.92 | 77 | | | |
| VA (L) | 6.76 | 6.11 | 90 | | | |
| Hgb (gm/dL) | 12-18 | 14.7 | | | | |
| **— AIRWAYS RESISTANCE —** | | | | | | |
| Raw (cmH2O/L/s) | 1.45 | 0.81 | 56 | | | |
| Gaw (L/s/cmH2O) | 1.03 | 1.24 | 120 | | | |
| sRaw (cmH2O*s) | 4.76 | 2.54 | 53 | | | |
| sGaw (1/cmH2O*s) | 0.20 | 0.39 | 197 | | | |

## DOCTORS MEDICAL CENTER SAN PABLO
### 2000 VALE RD
### SAN PABLO, CA

| Name: | Zerangue, Ronald | ID: | 0703000111 | BSA: | 2.05 | Date: | 01/30/2007 |
|---|---|---|---|---|---|---|---|
| Tech: | Trewin, Greg, RPFT | Height: | 69.25 | Age: | 58 | Room: | OP |
| Doctor: | Bordow, Richard | Weight: | 196.00 | Sex: | Male | Race: | Caucasian |

| | Pre-Bronch | | | Post-Bronch | | |
|---|---|---|---|---|---|---|
| | Pred | Actual | %Pred | Actual | %Pred | %Chng |

# DOCTORS MEDICAL CENTER SAN PABLO
## 2000 VALE RD
### SAN PABLO, CA



| Name: | Zerangue, Ronald | ID: | 0703000111J | BSA: | 2.05 | Date: | 01/30/2007 |
|-------|------------------|-----|-------------|------|------|-------|------------|
| Tech: | Trewin, Greg, RPFT | Height: | 69.25 | Age: | 58 | Room: | OP |
| Doctor: | Bordow, Richard | Weight: | 196.00 | Sex: | Male | Race: | Caucasian |



# DOCTORS MEDICAL CENTER SAN PABLO
## 2000 VALE RD
### SAN PABLO, CA

| Name: | Zerangue, Ronald | | | ID: | 0703000111 | BSA: 2.05 | Date: | 01/30/2007 |
|---|---|---|---|---|---|---|---|---|
| Tech: | Trewin, Greg, RPFT | | | Height: | 69.25 | Age: 58 | Room: | OP |
| Doctor: | Bordow, Richard | | | Weight: | 196.00 | Sex: Male | Race: | Caucasian |

| Time | Select | RpLp | Test Mode | Source | SVC absolute | SVC % p/c | IC absolute | IC % p/c |
|---|---|---|---|---|---|---|---|---|
| Predicted | | | | | 4.66 | | 3.31 | |
| **Pre** | | | | | | | | |
| 09:43:19 | | | | SVC | 4.05 | 87 | 3.32 | 100 |
| 09:44:46 | | | | SVC | 4.18 | 90 | 3.36 | 102 |
| 09:46:17 | * | | | SVC | 4.35 | 93 | 3.25 | 98 |
| 10:08:12 | | | | DLCO | 4.38 | 94 | 3.74 | 113 |
| 10:16:17 | | | | DLCO | 4.12 | 88 | 3.18 | 96 |
| AVG | | | Pre/Baseline | | 4.35 | 93 | 3.25 | 98 |
| **Post** | | | | | | | | |
| 10:17:35 | | | | SVC | 4.29 | -1 | 3.26 | +0 |
| 10:18:37 | | | | SVC | 4.37 | +0 | 3.39 | +4 |
| 10:19:26 | * | | | SVC | 4.39 | +1 | 3.47 | +7 |
| AVG | | | Post | | 4.39 | +1 | 3.47 | +7 |



## DOCTORS MEDICAL CENTER SAN PABLO
### 2000 VALE RD
### SAN PABLO, CA

| Name: | Zerangue, Ronald | ID: | 0703000111 | BSA: | 2.05 | Date: | 01/30/2007 |
| Tech: | Trewin, Greg, RPFT | Height: | 69.25 | Age: | 58 | Room: | OP |
| Doctor: | Bordow, Richard | Weight: | 196.00 | Sex: | Male | Race: | Caucasian |

| Time | Select | I-Lp | Test Mode | ATS | FVC absolute | FVC % p/c | FEV1 absolute | FEV1 % p/c | FEV1/FVC absolute | FEF 25-75% absolute |
|------|--------|------|-----------|-----|-----|-----|------|------|------|------|
| **Pre** | | | | | | | | | | |
| 09:50:18 | * | | | | 4.15 | 89 | 3.00 | 82 | 72 | 2.18 |
| 09:49:27 | * | | | | 4.11 | 88 | 3.02 | 82 | 73 | 2.25 |
| 09:47:25 | * | | | | 4.07 | 87 | 3.03 | 82 | 74 | 2.35 |
| ATS | | | Pre/Baseline | | 4.15 | 89 | 3.03 | 82 | 73 | 2.18 |
| **Post** | | | | | | | | | | |
| 10:20:05 | * | | | | 4.32 | +4 | 3.26 | +8 | 75 | 2.87 |
| 10:22:23 | * | | | | 4.27 | +3 | 3.15 | +4 | 74 | 2.57 |
| 10:21:24 | * | | | | 4.21 | +1 | 3.21 | +6 | 76 | 2.72 |
| ATS | | | Post | | 4.32 | +4 | 3.26 | +8 | 75 | 2.87 |



## DOCTORS MEDICAL CENTER SAN PABLO
### 2000 VALE RD
### SAN PABLO, CA

| Name: | Zerangue, Ronald | ID: | 0703000111 | BSA: | 2.05 | Date: | 01/30/2007 |
|---|---|---|---|---|---|---|---|
| Tech: | Trewin, Greg, RPFT | Height: | 69.25 | Age: | 58 | Room: | OP |
| Doctor: | Bordow, Richard | Weight: | 196.00 | Sex: | Male | Race: | Caucasian |



# DOCTORS MEDICAL CENTER SAN PABLO
## 2000 VALE RD
### SAN PABLO, CA

| Name: | Zerangue, Ronald | ID: | 0703000111 | BSA: | 2.05 | Date: | 01/30/2007 |
|---|---|---|---|---|---|---|---|
| Tech: | Trewin, Greg, RPFT | Height: | 69.25 | Age: | 58 | Room: | OP |
| Doctor: | Bordow, Richard | Weight: | 196.00 | Sex: | Male | Race: | Caucasian |

| Time | RAW | SREV | SeleRpLp | Test Mode | Codes | Raw absolute | Raw % p/c | Gaw absolute | Gaw % p/c | sRaw absolute | sRaw % p/c |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Predicted | | | | | | 1.45 | | 1.03 | | 4.76 | |
| Pre | | | | | | | | | | | |
| 09:55:06 | * | | * | | | 0.80 | 56 | 1.24 | 121 | 2.55 | 54 |
| 09:55:53 | | | | | | 0.71 | 49 | 1.40 | 136 | 2.24 | 47 |
| 09:56:20 | * | | | | | 0.81 | 56 | 1.23 | 120 | 2.53 | 53 |
| 10:00:17 | | | | Invalid | | | | | | | |
| 10:00:45 | | * | | | | | | | | | |
| 10:01:09 | | | | Invalid | | | | | | | |
| 10:01:32 | | * | | | | | | | | | |
| AVG | | | | Pre/Baseline | | 0.81 | 56 | 1.24 | 120 | 2.54 | 53 |
| Post | | | | | | | | | | | |



## DOCTORS MEDICAL CENTER SAN PABLO
### 2000 VALE RD
### SAN PABLO, CA

| Name: | Zerangue, Ronald | ID: | 0703000111 | BSA: | 2.05 | Date: | 01/30/2007 |
|---|---|---|---|---|---|---|---|
| Tech: | Trewin, Greg, RPFT | Height: | 69.25 | Age: | 58 | Room: | OP |
| Doctor: | Bordow, Richard | Weight: | 196.00 | Sex: | Male | Race: | Caucasian |

| Time | Select | RpLp | Test Mode | Codes | Protncol | DLCOunc absolute | DLCOunc % p/c | DLCOcor absolute | DLCOcor % p/c | DL/VA absolute |
|---|---|---|---|---|---|---|---|---|---|---|
| Predicted | | | | | | 34.13 | | 34.13 | | 5.11 |
| Pre | | | | | | | | | | |
| 10:08:12 | * | | | | Jones-Mea | 24.23 | 71 | 24.16 | 71 | 3.88 |
| 10:16:17 | * | | | | Jones-Mea | 23.85 | 70 | 23.78 | 70 | 3.97 |
| AVG | | | Pre/Baseline | | | 24.04 | 70 | 23.97 | 70 | 3.92 |
| Post | | | | | | | | | | |





# DOCTORS MEDICAL CENTER SAN PABLO
## 2000 VALE RD
### SAN PABLO, CA

| Name: | Zerangue, Ronald | ID: | 0703000111 | BSA: | 2.05 | Date: | 01/30/2007 |
|---|---|---|---|---|---|---|---|
| Tech: | Trewin, Greg, RPFT | Height: | 69.25 | Age: | 58 | Room: | OP |
| Doctor: | Bordow, Richard | Weight: | 196.00 | Sex: | Male | Race: | Caucasian |



 **DOCTORS**
MEDICAL CENTER   San Pablo

2000 Vale Road
San Pablo, CA 94806
Phone (510) 970-5292

**PATIENT DIAGNOSTIC REPORT**
*Verified*

| PATIENT NAME: ZERANGUE, RONALD C | | | EXAM : CT CHEST/THORAX W/O CM | | |
|---|---|---|---|---|---|
| **PATIENT CLASS** OUTPATIENT | **MED REC #** 00083430 | **ACCOUNT #** 0703000111 | **ACCESSION #** 0016019 | **SEX** M | **RACE** 1 |
| **BIRTHDATE** 08/23/48 | **AGE @ EXAM** 58 yr | **LOCATION** | **ADMISSION DATE** 01/30/07   7:41 am | | |

ADMITTING PHYSICIAN : BORDOW, RICHARD A
ATTENDING PHYSICIAN : BORDOW, RICHARD A

REFERRING PHYSICIAN : UNKNOWN, PHYSICIAN
CONSULTING PHYSICIAN :

| **ACCESSION #** 0016019 | **ORDER DATE** 01/30/07 | **EXAM DATE** 1/30/2007 | **REQUESTING SERVICE** RADIOLOGY/SAN PABLO |
|---|---|---|---|
| **REASON :** ASBESTOS PLEURAL DISEASE | | | **ADMITTING DX :** ASBESTOS PLEURA |

EXAM . CT CHEST/THORAX W/O CM

CT SCAN OF THE CHEST/THORAX (71250), 1-30-07:

CLINICAL HISTORY:

Asbestos exposure.

PROCEDURE.
Contiguous non-overlapping 7 mm axial images were obtained from the lung apices through the
hemidiaphragms using helical scanning technique, without use of either intravenous or oral contrast.

FINDINGS:

There is pleural thickening with pleural calcification bilaterally   This is most prominent in the anterior
aspect of both upper lungs. There is some pleural calcification dorsally on the left. There is no
demonstration of focal parenchymal nodule. There is no interstitial lung disease. Coronary artery
calcification is present. There is no mediastinal mass or adenopathy.

IMPRESSION:

1. Bilateral pleural plaquing with calcification.

2. No interstitial lung disease.

3. Coronary artery calcification.

---

TRANSCRIBED : BAVILEZ 02/01/2007 9.26
PATIENT NAME : ZERANGUE, RONALD C

DICTATED BY : EVANS, HAYDEN O
SIGNED BY . EVANS, HAYDEN O
SIGNED DATE : 02/01/2007 9:32

Page 1 of 2

Date Received:
M.D. Initial:
Date:

| PATIENT NAME: ZERANGUE, RONALD C | | | EXAM : CT CHEST/THORAX W/O CM | | |
| --- | --- | --- | --- | --- | --- |
| **PATIENT CLASS** OUTPATIENT | **MED REC #** 00083430 | **ACCOUNT #** 0703000111 | **ACCESSION #** 0016019 | **SEX** M | **RACE** 1 |
| **BIRTHDATE** 08/23/48 | **AGE @ EXAM** 58 yr | **LOCATION** | **ADMISSION DATE** 01/30/07  7:41 am | | |

**ADMITTING PHYSICIAN : BORDOW, RICHARD A**
**ATTENDING PHYSICIAN : BORDOW, RICHARD A**

**REFERRING PHYSICIAN : UNKNOWN, PHYSICIAN**
**CONSULTING PHYSICIAN :**

DD: 01/31/07 at 1506 hours

DD:

*Hayden O. Evans, M.D.*

**TRANSCRIBED :** BAVILEZ 02/01/2007 9:26
**PATIENT NAME :** ZERANGUE, RONALD C

**DICTATED BY : EVANS, HAYDEN O**
**SIGNED BY : EVANS, HAYDEN O**
**SIGNED DATE : 02/01/2007 9:32**

**DONALD BREYER, M.D., F.A.C.R.**
Certified ILO B Reader

6861 Gunn Drive
Oakland, CA 94611
(510) 339-9204
Fax: (510) 338-0069

---

February 8, 2007

**ZERANGUE, RONALD**

**EXAMINATION:** A CT scan of the chest including conventional and high resolution images. High resolution images are obtained in prone and supine positions. The study is performed at Doctors Medical Center San Pablo on 1/30/07 and is technically adequate.

**DATE OF EXAMINATION:** January 30, 2007

In the nondependent lung fields on the prone high resolution images there are bilateral changes of an increased profusion of ill defined centrilobular nodular opacities.

Bilateral changes of chest wall and diaphragmatic pleural plaque are noted. These include bilateral calcified chest wall pleural plaques. Chest wall plaque calcification is noted on both anterior and posterior chest walls. Calcified left pericardial pleural plaque is also present.

Borderline cardiomegaly.

**IMPRESSION:**

THE PARENCHYMAL FINDINGS PRESENT ARE COMPATIBLE WITH MILD INTERSTITIAL FIBROSIS. THE DISTRIBUTION AND APPEARANCE ARE COMPATIBLE WITH ASBESTOS RELATED INTERSTITIAL FIBROSIS.

BILATERAL CHANGES OF CHEST WALL AND DIAPHRAGMATIC PLEURAL PLAQUE INCLUDING BILATERAL CALCIFIED CHEST WALL PLEURAL PLAQUES ARE PRESENT. CALCIFIED LEFT DIAPHRAGMATIC PLEURAL PLAQUE IS ALSO SEEN. THESE FINDINGS ARE PATHOGNOMONIC OF ASBESTOS RELATED PLEURAL DISEASE.



# CLINICAL LABORATORY REPORT

PAGE:  1

```
┌─────────────────────────────────┐
│          HEMATOLOGY             │
└─────────────────────────────────┘
```

SPECIMEN DATE  01/30/07
SPECIMEN TIME  0740

## BLOOD COUNT

| | | REFERENCE | UNITS |
|---|---|---|---|
| WBC X 10^3 | 5.7 | (4.8-10.8) | /CMM |
| RBC X 10^6 | 4.89 | (4.22-5.70) | /CMM |
| HEMOGLOBIN | 14.7 | (13.5-16.6) | GM/DL |
| HEMATOCRIT | 44 | (40-50) | % |
| MCV | 90 | (80-94) | FL |
| MCH | 30 | (26-33) | PG |
| MCHC | 33.7 | (32.0-36.0) | GM/DL |
| RDW | 12.4 | (11.6-14.5) | % |
| PLATELET X 10^3 | 212 | (130-392) | /CMM |
| MEAN PLT VOL | 7.4 | (7.4-10.4) | FL |

DOCTORS MEDICAL CENTER

2000 VALE ROAD
SAN PABLO, CA 94806
                          Date Receive:
MEDICAL DIRECTOR, JOHN POMINGO, MD
                          Date:

REPORT TYPE: CUMULATIVE

PATIENT: **ZERANGUE, RONALD C**

MEDICAL RECORD NUM: (00002)000083430
FINANCIAL NUM: 703000111
DOB: 08/23/1948        SEX: M
PHYSICIAN: BORDOW, RICHARD A
ADMIT DATE: 01/30/2007

NSG STN: 02LA        ROOM:        BED:

PRINT DATE: 01/30/2007    PRINT TIME: 1436

**DONALD BREYER, M.D., F.A.C.R.**
Certified ILO B Reader

6861 Gunn Drive
Oakland, CA 94611
(510) 339-9204
Fax: (510) 338-0069

February 8, 2007

**ZERANGUE, RONALD**

**EXAMINATION:** A CT scan of the chest including conventional and high resolution images. High resolution images are obtained in prone and supine positions. The study is performed at Doctors Medical Center San Pablo on 1/30/07 and is technically adequate.

**DATE OF EXAMINATION:** January 30, 2007

In the nondependent lung fields on the prone high resolution images there are bilateral changes of an increased profusion of ill defined centrilobular nodular opacities.

Bilateral changes of chest wall and diaphragmatic pleural plaque are noted. These include bilateral calcified chest wall pleural plaques. Chest wall plaque calcification is noted on both anterior and posterior chest walls. Calcified left pericardial pleural plaque is also present.

Borderline cardiomegaly.

**IMPRESSION:**

THE PARENCHYMAL FINDINGS PRESENT ARE COMPATIBLE WITH MILD INTERSTITIAL FIBROSIS. THE DISTRIBUTION AND APPEARANCE ARE COMPATIBLE WITH ASBESTOS RELATED INTERSTITIAL FIBROSIS.

BILATERAL CHANGES OF CHEST WALL AND DIAPHRAGMATIC PLEURAL PLAQUE INCLUDING BILATERAL CALCIFIED CHEST WALL PLEURAL PLAQUES ARE PRESENT. CALCIFIED LEFT DIAPHRAGMATIC PLEURAL PLAQUE IS ALSO SEEN. THESE FINDINGS ARE PATHOGNOMONIC OF ASBESTOS RELATED PLEURAL DISEASE.

ZERANGUE, RONALD C.

**DATE OF RADIOGRAPH**

| MONTH | DAY | YEAR |
|---|---|---|
| 1 0 | 2 0 | 2 0 0 3 |

**WORKER'S Social Security Number**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

Note: Please record your interpretation of a single film by placing an "x" in the appropriate boxes on this form.

**ROENTGENOGRAPHIC INTERPRETATION**

**TYPE OF READING**

A ☐   B ☐   F ☐

**1. FILM QUALITY**

☒ Overexposed (dark)   ☐ Improper position   ☐ Underinflation

1 ☐  2 ☒  3 ☐  U/R ☐   (If not Grade 1, mark all boxes that apply)

☐ Underexposed (light)   ☐ Poor contrast   ☐ Mottle

☐ Artifacts   ☐ Poor processing   ☐ Other (please specify)

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**   YES ☒   Complete Sections 2B and 2C   NO ☐   Proceed to Section 3A

**2B. SMALL OPACITIES**

a. SHAPE/SIZE

| PRIMARY | SECONDARY |
|---|---|
| P ☐  q ☒ | p ☐  s ☐ |
| q ☐  t ☐ | q ☐  t ☐ |
| r ☐  u ☐ | r ☐  u ☐ |

b. ZONES

| | R | L |
|---|---|---|
| UPPER | ☒ | ☒ |
| MIDDLE | ☒ | ☒ |
| LOWER | ☒ | ☒ |

c. PROFUSION

| 0/- | 0/0 | 0/1 |
| ☒1/0 | 1/1 | 1/2 |
| 2/1 | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/+ |

**2C. LARGE OPACITIES**

SIZE  ☒  A ☐  B ☐  C ☐   Proceed to Section 3A

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**   YES ☒   Complete Sections 3B, 3C   NO ☐   Proceed to Section 4A

**3B. PLEURAL PLAQUES** (mark site, calcification, extent, and width)

Chest wall

| | Site | Calcification |
|---|---|---|
| In profile | O ☐ R ☐ L ☒ | ☒ R ☐ L ☐ |
| Face on | ☒ R ☐ L ☐ | ☒ R ☐ L ☐ |
| Diaphragm | O ☐ R ☐ L ☒ | ☒ R ☐ L ☐ |
| Other site(s) | ☒ R ☐ L ☐ | ☒ R ☐ L ☐ |

Extent (chest wall; combined for in profile and face on)
Up to 1/4 of lateral chest wall = 1
1/4 to 1/2 of lateral chest wall = 2
> 1/2 of lateral chest wall = 3

| O ☐ R ☐ | O ☐ L ☒ |
| 1 ☐ 2 ☐ 3 ☒ | 2 ☐ 3 ☐ |

Width (in profile only) (3mm minimum width required)
3 to 5 mm = a
5 to 10 mm = b
> 10 mm = c

| O ☐ R ☐ | O ☒ |
| a ☐ b ☐ c ☒ | a ☐ b ☐ c ☒ |

**3C. COSTOPHRENIC ANGLE OBLITERATION**   R ☐ L ☐   Proceed to Section 3D   NO ☒   Proceed to Section 4A

**3D. DIFFUSE PLEURAL THICKENING** (mark site, calcification, extent, and width)

Chest wall

| | Site | Calcification |
|---|---|---|
| In profile | O ☐ R ☐ L ☐ | O ☐ R ☐ L ☐ |
| Face on | O ☐ R ☐ L ☐ | O ☐ R ☐ L ☐ |

Extent (chest wall; combined for in profile and face on)
Up to 1/4 of lateral chest wall = 1
1/4 to 1/2 of lateral chest wall = 2
> 1/2 of lateral chest wall = 3

| O ☐ R ☐ | O ☐ L ☐ |
| 1 ☐ 2 ☐ 3 ☐ | 1 ☐ 2 ☐ 3 ☐ |

Width (in profile only) (3mm minimum width required)
3 to 5 mm = a
5 to 10 mm = b
> 10 mm = c

| O ☐ R ☐ | O ☐ L ☐ |
| a ☐ b ☐ c ☐ | a ☐ b ☐ c ☐ |

**4A. ANY OTHER ABNORMALITIES?**   YES ☐   Complete Sections 4B, 4C, 4D, 4E   NO ☒   Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

| aa | at | ax | bu | ca | cg | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | me | pa | pb | pi | px | ra | rp | tb |

OD ☐   If other diseases or significant abnormalities, findings must be recorded on reverse. (section 4C/4D)

Date Physician or Worker notified?

| MONTH | DAY | YEAR |
|---|---|---|
| | | |

**4E.** Should worker see personal physician because of findings in section 4?   YES ☐   NO ☐   Proceed to Section 5

**5.**

Donald Breyer, M.D.
6861 Gunn Drive
Oakland, CA 94611-1442

**DATE OF READING**

| MONTH | DAY | YEAR |
|---|---|---|
| 0 9 | 2 9 | 2 0 0 6 |

4C. MARK ALL BOXES THAT APPLY: (Use of this list is intended to reduce handwritten comments and is optional)

**Abnormalities of the Diaphragm**

☐ Eventration

☐ Hiatal hernia

**Airway Disorders**

☐ Bronchovascular markings, heavy or increased

☐ Hyperinflation

**Bony Abnormalities**

☐ Bony chest cage abnormality

☐ Fracture, healed (non-rib)

☐ Fracture, not healed (non-rib)

☐ Scoliosis

☐ Vertebral column abnormality

**Lung Parenchymal Abnormalities**

☐ Azygos lobe

☐ Density, lung

☐ Infiltrate

☐ Nodule, nodular lesion

**Miscellaneous Abnormalities**

☐ Foreign body

☐ Post-surgical changes/sternal wire

☐ Cyst

**Vascular Disorders**

☐ Aorta, anomaly of

☐ Vascular abnormality

---

4D.  OTHER COMMENTS