UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

F I L E D

AUG i 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

August 3, 2007

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Re: MDL-875 -- IN RE Asbestos Products Liability Litigation (No. VI)

(See Attached CTO-283)

Dear Mr. Kunz:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 18, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
        Deputy Clerk

Attachments

cc:    Transferee Judge:      Judge James T. Giles
       Transferor Judges:     (See Attached List of Judges)
       Transferor Clerks:     (See Attached List of Clerks)

JPML Form 36A

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 18 2007

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CLERK'S OFFICE

## MDL NO. 875

## IN RE Asbestos Products Liability Litigation (No. VI)

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-283)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,272 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG − 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-283 - TAG-ALONG ACTIONS
## MDL NO. 875
## IN RE Asbestos Products Liability Litigation (No. VI)

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA NORTHERN
CAN 3  07-2542          James Guthrie, et al. v. General Electric Co., et al.
CAN 3  07-2543          Michael Halseth, et al. v. General Electric Co., et al.

MINNESOTA
MN  0  05-2783          Wallace Lynn Whitman v. Garlock Sealing Technologies, LLC, et al.

MISSISSIPPI SOUTHERN
MSS 1  07-695           Augustus Smith v. Owens-Illinois, Inc., et al.
MSS 1  07-905           Charles A. Watson, Jr. v. Budd Co., et al.

NORTH CAROLINA MIDDLE
NCM 1  07-474           Hylton Boone Kallam, et al. v. Aqua-Chem, Inc., et al.
NCM 1  07-476           Thomas Corl, et al. v. Aqua-Chem, Inc., et al.
NCM 1  07-477           Kenneth Wayne Laws, et al. v. Aqua-Chem, Inc., et al.
NCM 1  07-479           Michael Albert Atkins, et al. v. Aqua-Chem, Inc., et al.
NCM 1  07-480           James Franklin Hopper, et al. v. Aqua-Chem, Inc., et al.
NCM 1  07-481           Gerard August Minderlein, et al. v. Aqua-Chem, Inc., et al.
NCM 1  07-494           Florence H. Starnes, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
NCW 1  07-206           K. Fermon Faulkner, et al. v. Aqua-Chem, Inc., et al.
NCW 1  07-207           Lloyd Albert Honeycutt v. Aqua-Chem, Inc., et al.
NCW 1  07-208           Harvey Stanley Freeman, et al. v. Aqua-Chem, Inc., et al.
NCW 1  07-209           Horace Lee Smith v. Aqua-Chem, Inc., et al.
NCW 1  07-210           Thomas Scott Burleson, et al. v. Aqua-Chem, Inc., et al.
NCW 1  07-211           Christopher Clinton Black, et al. v. Aqua-Chem, Inc., et al.
NCW 1  07-212           Joseph Lloyd Crain, et al. v. Aqua-Chem, Inc., et al.
NCW 1  07-221           Michael Anthony Sloan v. Aqua-Chem, Inc., et al.
NCW 1  07-222           Larry Mayfield, et al. v. Aqua-Chem, Inc., et al.
NCW 1  07-223           Larry Elvin Hovis, et al. v. Aqua-Chem, Inc., et al.
NCW 1  07-225           Robert James Young, et al. v. Aqua-Chem, Inc., et al.
NCW 1  07-227           Losie Brooklyn Browning, Jr., et al. v. Aqua-Chem, Inc., et al.
NCW 1  07-229           Raymond Walter Bishop, et al. v. Aqua-Chem, Inc., et al.
NCW 1  07-230           Brian K. Calloway, et al. v. The Anchor Packing Co., et al.

SOUTH CAROLINA
SC  6  07-1758          Francis Carroll Yongue, et al. v. Aqua-Chem, Inc., et al.
SC  7  07-1712          John Wayne Hyatt v. Aqua-Chem, Inc., et al.
SC  8  07-1627          William Hugh Rogers, et al. v. Aqua-Chem, Inc., et al.
SC  8  07-1713          Joseph Webb v. Aqua-Chem, Inc., et al.
SC  8  07-1714          Rube Elzie Turner v. Aqua-Chem, Inc., et al.
SC  8  07-1715          Marion Sturgis Isom, et al. v. Aqua-Chem, Inc., et al.
SC  8  07-1759          Glen Edward Long, et al. v. Aqua-Chem, Inc., et al.
SC  8  07-1760          Joseph Terrell Denny, et al. v. Aqua-Chem, Inc., et al.

## INVOLVED COUNSEL LIST (CTO-283)
## MDL NO. 875
## IN RE Asbestos Products Liability Litigation (No. VI)

William C. Reeves
Balch & Bingham, LLP
P.O. Box 22587
Jackson, MS 39225-2587

John M. Anderson
Bassford Remele, PA
33 South Sixth Street
Suite 3800
Minneapolis, MN 55402-3701

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

James H. Bolin
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Alan R. Brayton
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948-6169

Patrick R. Buchanan
Brown, Buchanan & Sessoms
P.O. Box 1377
Biloxi, MS 39533-1377

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Brian Thomas Clark
Knott & Glazier
201 Spear Street
Suite 1520
San Francisco, CA 94105

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Whitney Aaron Davis
Charter Davis, LLP
1730 I Street
Suite 240
Sacramento, CA 95814

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

David R. Donadio
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948-6169

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Dan J. Gendreau
Rider Bennett, LLP
33 South Sixth Street
Suite 4900
Minneapolis, MN 55402

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

Derek Spencer Johnson
Sedgwick, Detert, Moran & Arnold
One Market Plaza Steuart Tower
8th Floor
San Francisco, CA 94105

Tyler Randolph Johnson
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Mark W. Lee
Maslon, Edelman, Borman & Brand
3300 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402-4140

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Ronald L. Motley
Motley Rice, LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Susan A. Ogdie
Filice, Brown, Eassa & McLeod
1999 Harrison Street
18th Floor
Oakland, CA 94612

E. Spencer Parris
Martin & Jones
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Michael S. Polk
Sieben, Polk, LaVerdiere, Jones
& Hawn
999 Westview Drive
Hastings, MN 55033-2495

Timothy W. Porter
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

Simine Bazyari Reed
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

John J. Repcheck
Marks, O'Neill, O'Brien & Courtney
3200 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

William B. Stewart
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
645 Griswold St.
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Patrick T. Tierney
Collins, Buckley, Sauntry & Haugh
West 1100 First National Bank
Building
332 Minnesota Street
St. Paul, MN 55101

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Mary W. Van Slyke
Page, Mannino, Peresich
& McDermott, PLLC
P.O. Drawer 289
Biloxi, MS 39533-0289

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

## INVOLVED JUDGES LIST (CTO-283)
## MDL NO. 875
## IN RE Asbestos Products Liability Litigation (No. VI)

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Walter J. Gex III
Senior U.S. District Judge
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 572
Gulfport, MS 39501

Hon. N. Carlton Tilley, Jr.
U.S. District Judge
U.S. District Court
P.O. Box 3443
Greensboro, NC 27402-3443

Hon. James A. Beaty, Jr.
Chief Judge, U.S. District Court
248 Hiram H. Ward Federal Building
251 N. Main Street
Winston-Salem, NC 27101

Hon. Lacy H. Thornburg
U.S. District Judge
200 U.S. Courthouse
100 Otis Street
Asheville, NC 28801-2611

Hon. Joseph F. Anderson
Chief Judge
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street, 3rd Floor
Columbia, SC 29201

## INVOLVED CLERKS LIST (CTO-283)
## MDL NO. 875
## IN RE Asbestos Products Liability Litigation (No. VI)

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

Frank G. Johns, Clerk
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Larry W. Propes, Clerk
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201-2328