KNOTT & GLAZIER LLP
GUY P. GLAZIER, SBN 162628
LAURA PATRICIA YEE, SBN 163944
BRIAN T. CLARK, SBN 184003
201 Spear Street, Suite 1520
San Francisco, California 94105
Telephone: (415) 356-1100
Facsimile:  (415) 356-1105
Email: clark@knottglazier.com

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GUTHERIE, TONY DAVIDSON, RONALD ZERANGUE, SAMUEL RESTER, JOHN GRAY, ELMER PAROLINI, WAYNE DUFAULT, JESSE BEVERLY, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, TODD SHIPYARDS CORPORATION, LOCKHEED MARTIN CORPORATION, RAYTHEON AIRCRAFT COMPANY, MCDONNELL DOUGLAS CORPORATION, and DOES 1-300, <br><br> Defendants. | CASE NO. C 07 2542 JL <br><br> **NOTICE OF ADDITIONAL COUNSEL FOR DEFENDANT LOCKHEED MARTIN CORPORATION** |

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2      Please take notice that Brian T. Clark of Knott & Glazier LLP is an additional

3  counsel of record for Lockheed Martin Corporation in the above-entitled action.

4  Dated: January 4, 2008                          KNOTT & GLAZIER LLP

6                                             By: /s/ *Brian T. Clark*

7                                         Brian T. Clark, SBN 184003
                                           Attorneys for Defendant
8                                             LOCKHEED MARTIN CORPORATION