ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email:  DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GUTHRIE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, *et al.*, <br><br> Defendants. <br><br> In Re:  Plaintiff  James Guthrie | Case No. 3:07-cv-02542-TEH <br><br> **REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER** <br><br><br> This document relates to: <br><br> *James Guthrie, et al. v. General Electric Company, et al.,* United States District Court, Eastern District of Pennsylvania, Case No. 2:09-cv-64024-ER |

The parties request this Court dismiss defendant GENERAL ELECTRIC COMPANY from this action without prejudice.  Each party to bear its own fees and costs.

///

///

///

///

1

REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER, Case No. 3:07-cv-02542-TEH

| | | |
|---|---|---|
| 1 | Dated: September 21, 2012 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio |
| | | DAVID R. DONADIO, ESQ., CA S.B. #154436 |
| 6 | | Email: DDonadio@braytonlaw.com |
| | | Tel: (415) 898-1555 |
| 7 | | Fax: (415)898-1247 |
| | | Attorneys for Plaintiffs |
| 8 | | |
| 9 | | |
| 10 | Dated: 9/21/12 | WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP |
| 11 | | |
| 12 | | |
| 13 | | By: [signature] |
| 14 | | DEREK S. JOHNSON |
| 15 | | Attorneys for Defendant |
| | | GENERAL ELECTRIC COMPANY |
| 16 | | |
| 17 | | |
| 18 | Dated: 09/24/2012 | SO ORDERED: |
| 19 | | |
| 20 | | |
| | | [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA] |
| | | United States [District] Judge |
| | | [signature] |
| | | Judge Thelton E. Henderson |