1  ALAN R. BRAYTON, ESQ., CA S.B. #73685
   DAVID R. DONADIO, ESQ., CA S.B. #154436
2  Email: DDonadio@braytonlaw.com
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555
   (415)898-1247 (Facsimile)
6
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES GUTHRIE, et al.,                    ) Case No. 3:07-cv-02542-TEH
                                              )
12          Plaintiffs,                       ) **REQUEST FOR DISMISSAL OF**
                                              ) **DEFENDANT GENERAL ELECTRIC**
13  vs.                                       ) **COMPANY, WITHOUT PREJUDICE;**
                                              ) **ORDER**
14  GENERAL ELECTRIC COMPANY,                 )
    *et al.*,                                 )
15                                            )
            Defendants.                       )
16                                            )
                                              )
17                                            ) This document relates to:
                                              )
18  _____         ) *Tony Davidson v. General Electric*
                                              ) *Company, et al.,* United States District
19  In Re:  Plaintiff  Tony Davidson          ) Court, Eastern District of Pennsylvania,
                                              ) Case No. 2:09-cv-64025-ER
20  _____         )

21
          The parties request this Court dismiss defendant GENERAL ELECTRIC COMPANY
22
    from this action without prejudice.  Each party to bear its own fees and costs.
23

24  ///

25  ///

26  ///

27  ///

28

                                        1
    REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE;
    ORDER, Case No. 3:07-cv-02542-TEH

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1    Dated: September 21, 2012                   BRAYTON❖PURCELL LLP

2

3

4

5                                      By:s/ David R. Donadio
                                         DAVID R. DONADIO, ESQ., CA S.B. #154436

6                                          Email:  DDonadio@braytonlaw.com
                                         Tel: (415) 898-1555

7                                          Fax: (415)898-1247
                                         Attorneys for Plaintiffs

8

9

10   Dated:  9/21/12                    WALSWORTH, FRANKLIN, BEVINS &
                                         McCALL, LLP

11

12

13

14                                       By:
                                      DEREK S. JOHNSON

15                                       Attorneys for Defendant
                                      GENERAL ELECTRIC COMPANY

16

17

18              09/24/2012

19   Dated:                           SO ORDERED:

20

21

22                                        Judge Thelton E. Henderson

23                           United State

24

25

26

27

28

REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE;
ORDER, Case No. 3:07-cv-02542-TEH