ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415)898-1247 (Facsimile)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GUTHRIE, *et al.*,<br>Plaintiffs,<br>vs.<br>GENERAL ELECTRIC COMPANY, *et al.*,<br>Defendants. | Case No. 3:07-cv-02542-TEH<br>**REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER**<br>This document relates to: |
| In Re: Plaintiff Samuel Rester | *Samuel Rester v. General Electric Company, et al.*, United States District Court, Eastern District of Pennsylvania, Case No. 2:09-cv-64027-ER |

The parties request this Court dismiss defendant GENERAL ELECTRIC COMPANY from this action without prejudice. Each party to bear its own fees and costs.

///

///

///

///

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

Case3:07-cv-02542-CRB Document80 Filed09/26/12 Page2 of 2

Dated: September 21, 2012

BRAYTON❖PURCELL LLP

By: s/ David R. Donadio
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
Tel: (415) 898-1555
Fax: (415)898-1247
Attorneys for Plaintiffs

Dated: 9/21/12

WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

By: ______________________
DEREK S. JOHNSON
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

Dated: 09/24/2012

SO ORDERED:

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Judge Thelton E. Henderson

United States District Judge

2

REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER, Case No. 3:07-cv-02542-TEH